*Chauncy Richard™*
*Proper name, pursuant to Title 18 U.S. Code § 1342*
*9201 Warren Parkway 303*
*Frisco, Texas [75035]*

TO: U.S. DEPARTMENT OF JUSTICE
FBI Birmingham, Alabama FIELD OFFICE
ATT: SPECIAL AGENT IN CHARGE CARLTON L. PEEPLES and/or successor
1000 18th Street North, Birmingham, Alabama 35203: Tracking #

2:23-cv-491

To: DISTRICT ATTORNEY for United States District Court, EMILY MARKS and/or successor
One Church Street, Montgomery, Alabama 36104: Tracking #

CC: U.S. MARSHAL for the U.S. Marshall Service, Middle District of Alabama
ATT: U.S. MARSHALL JESSE SEROYER JR. and/or successor
1 Church Street, Suite A-100, Montgomery, Alabama 36104-4018: Tracking#

ALABAMA ATTORNEY GENERAL Steve Marshall
501 Washington Avenue, Montgomery, Alabama 36104
Sent letter Certified Mail #7022 2410 0000 3913 7256 in May 2023, Mr. Groulx has yet to receive a response. *included in exhibits*

## CRIMINAL COMPLAINT

RE: Affidavit of Fact, and Notice of Claims

DEFENDANTS:
 (D1) Max Credit Union
 (D2) Martin Head CEO of Max Credit Union
 (D3) Chambless Math and Carr
 (D4) Mary Wyatt Attorney for Chambless Math and Carr
 (D5) Jessica Sanders (Autauga County District Judge)
 (D6) Autauga Sheriff unidentified employee
 (D7) Sheriff Mark Harrell (Autauga County Sheriff)
 (D8) Debra Hill (Autauga Circuit clerk)
 (D9) Anthony Easterling (process server)
 (D10) Alabama Credit Union Administration



RECEIVED
AUG 16 2023
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

COMPLAINANT:
Chauncy Richard™
9201 Warren Parkway 303
Frisco, Texas 75035

*CRIMINAL COMPLAINT Page 1 of 82*

To Whom it May Concern,

I, Chauncy Richard, am presenting this criminal complaint to you for deliverance to the Grand Jury Foreman, regarding Maurice Groulx. Kindly see that my request is granted.

I am not asking that your office open an investigation into these allegations. Rather, I am asking that you give this complaint to the Grand Jury Foreman for their consideration to determine if further action against the offenders/defendants should take place.

I apology upfront for the length of this complaint; but, I have done my best to show what I believe are blatant violations of the law, in a colluded conspiracy. As a convenience, you will find Exhibits that support the series of events, and more.

For your convenience, I have included a self-addressed stamped envelope for you to return **just this page** once the Grand Jury Foreman has received this document. Please make sure that they initial on the line below.

If I don't receive this letter initialed, postmarked, and sent back in my self-addressed stamped envelope within 15 days, then I will assume that you are complicit with these crimes and consider you a co-conspirator and will hold you personally liable in any civil suits that I bring forward involving this matter.

Please see that my request is granted and promptly executed.

Thank you,

Chauncy Richard™

Grand Jury Foreman's initials: _____    Date: _____

*CRIMINAL COMPLAINT Page 2 of 82*

AFFIDAVIT OF COMPLAINING WITNESS

I, Chauncy Richard™, the undersigned Complainant, a common-law free woman and hereafter, "I", "me" or "my", one of the people of the [Republic] United states of America, over the age of 21 years and competent to testify, having firsthand knowledge, and swearing under the penalty of perjury as God is our witness per the laws of the Alabama Republic, United states of America [Without United States 28 USC 3002(15)], all the material facts and law are true and correct as follows:

1. The following is a true statement of the events that led to the filing of this complaint.
2. For I claim, Chauncy Richard is a woman living on the land, and is a creation of God/Nature known as Chauncy Richard, and is not an 'artificial-fictional-entity' or corporate 'person'.
3. For I claim all rights and remedies and waive no rights or remedies, EVER.
4. For I claim that my body are my property and am not, nor cannot, be property of any other man, woman or service corporation.
5. For I claim, according to the Internal Revenue Service (IRS) during that time Defendant (D1, D2, D3, D4) , filed a civil complaint against Mr. Maurice Groulx. Defendant (D1), according to IRS last mandated return showing for Defendant (D1) as a non-profit is in 2019. (Exhibit)
   A. According IRS, "*Automatic revocation occurs when an exempt organization that is required to file an annual return (e.g., Form 990, 990-EZ or 990-PF) or submit an annual electronic notice (Form 990-N, or e-Postcard) does not do so for three consecutive years. Under the law, the organization automatically loses its federal tax exemption.*" (Exhibit)
6. For I claim, after a search of Secretary State of Alabama, Defendant (D1) was not found in a search, licensed to operate a business in the State of Alabama. (Exhibit)
   A. ***Alabama §10A-3-3.01*** *Formation of Nonprofit Corporation. Incorporators...whether profit or nonprofit, may act as incorporator or incorporators of a nonprofit corporation by signing the certificate of formation and delivering the same to the Secretary of State for filing. (Exhibit)*
   B. ***Alabama §10A-3-3.03*** *Commencement of corporate existence. "...filing of the certificate of formation with the Secretary of State, the corporate existence shall begin. (Exhibit)*
   C. State of Alabama Domestic Non-Profit Corporation Certificate of Formation states on form "Make a separate check or money order payable to the Secretary of State for the state filing fee of $100 and the Judge of Probate's office will transmit fee along with certified copy of the Certificate to the Office of the Secretary of State within 10 days after Certificate is issued." (Exhibit)
7. For I claim in Montgomery County public record dated Nov. 22, 2010 from Alabama Credit Union Administration letter to Mr. McClellan claims "Merger of Saint Jude FCU with Max Credit Union." (pg1); whereas (pg2) of the same document titled "Certification of Completion of Merger into Max Credit Union reads "Merger of our credit union with St. Jude Fairview Medical Center Federal Credit Union was completed as of October 31, 2010." (Exhibit)
8. For I claim Common Law of England was adopted in Alabama.
   A. ***Alabama Code §1-3-1*** *Common law of England adopted. The common law of England, so far as it is not inconsistent with the Constitution, laws and institutions of this state, shall, together with such institutions and laws, be the rule of decisions, and shall continue in force. (Exhibit)*
   B. ***Bill of Exchange Act*** *"(45) Rules as to presentment for payment. Subject to the provisions of this Act a bill must be duly presented for payment. If it be not so presented the drawer and indorsers shall be discharged." (Exhibit)*
9. For I claim notes, credit agreements, bills of exchange and checks are defined as legal tender, or money by statutes such as
   A. ***12 USC §1813*** "*Money or its equivalent. (1)the unpaid balance of money or its equivalent received ...which it has given or is obligated to give credit, either conditionally or unconditionally, to a commercial, checking, savings, time, or thrift account... a letter of credit ...Provided, That, without limiting the generality of the term "money or its*

equivalent", any such account or instrument must be regarded as evidencing the <u>receipt of the equivalent of money when credited</u> or issued in exchange for checks or drafts or for a promissory note upon which the person obtaining any such credit or instrument is primarily or secondarily liable, or for a charge against a deposit account, or in settlement of checks, drafts, or other instruments forwarded to such bank or savings association for collection." (Exhibit)

B. **"H.R.5338 - 88th Congress** (1963-1964): An Act to enact the Uniform Commercial Code" Congress.gov, Library of Congress, 30 December 1963, https://www.congress.gov/bill/88th-congress/house-bill/5338. Aka (**Public Law 88-243** aka UCC) (Exhibit)

  I. §1-201 (24)
  II. §3-104
  III. §8-102(9)
  IV. §9-102(9),(11),(12)b,(49),(64)

10. For I claim Defendant (D1) was given a negotiable instrument, under **1 United States Code (USC) 112 ["STATUTES AT LARGE" [SHALL BE EVIDENCE OF LAWS]; U.S. Congress. U.S. Statutes at Large, Volume 48 -1934, 73rd Congress.** United States, - 1934, 1933. Periodical. Retrieved from the Library of Congress, **http://www.loc.gov/item/llsl-v48;** U.S. Congress; U.S. Congress. **U.S. Statutes at Large, Volume 64 -1951, 81st Congress, Session 2.** United States, - 1951, 1950. Periodical. Retrieved from the Library of Congress, https://www.loc.gov/item/llsl-v64/ ; **"H.R.5338 - 88th Congress** (1963-1964): An Act to enact the **Uniform Commercial Code** for the District of Columbia, and for other purposes." Congress.gov, Library of Congress, 30 December 1963, https://www.congress.gov/bill/88th-congress/house-bill/5338 aka (Public Law 88-243 aka UCC); **HR 1491, Public No. 1 73rd Congress of the United States of America at the 1st Session, 1933; Alabama Code §7-3-103, Alabama Code §1-3-1, Federal Reserve Act, Federal Reserve, Law of Negotiable Instruments, Bill of Exchange Act, etc...** (Exhibit)

A. **1 USC §112** "Statutes at Large; admissibility as evidence. The United States Statutes at Large shall be **evidence of laws;** concurrent resolutions, treaties, international agreements other than treaties, proclamations by the President...contained in all the courts of the United States, the several states and the Territories and insular possessions of the United States." (Exhibit)

B. **HR 1491, Public No. 1 73rd Congress of the United States of America at the 1st Session, 1933.** "Any Federal Reserve bank may make advances to any individual, partnership or corporation on the promissory notes of such individual, partnership or corporation <u>secured by direct obligations of the United States.</u>" (Exhibit)

C. **Statutes at Large Vol 48, 1934, 73rd Congress**
I. First Session 1933; includes, **Emergency Banking Relief; Bank Conservation Act, Securities Act 1933,** Emergency Banking Relief, Direct loans to State banks, etc.,
II. Second Session 1934; includes Reconstruction Finance Corporation, Federal Reserve Notes (Exhibit)

D. **U.S. Congress. U.S. Statutes at Large, Volume 64 -1951, 81st Congress, Session 2. United States** - 1951, 1950. Periodical. Retrieved from the Library of Congress, www.loc.gov/item/llsl-v64/ (2) the term "credit" includes payment, remittance, advice of credit, or authorization to charge and, in cases where the <u>item is received for deposit as well as for payment,</u> such term also includes the making of appropriate entries to the receiving bank's general ledger without regard to whether such item is posted to individual customers' ledgers; (Exhibit)

E. **"H.R.5338 - 88th Congress (1963-1964):** An Act to enact the **Uniform Commercial Code"** Congress.gov, Library of Congress, 30 December 1963, https://www.congress.gov/bill/88th-congress/house-bill/5338. Aka (**Public Law 88-243** aka UCC) current version **3-104** Form of 'negotiable instruments' drafts; checks; ..note.' (1) any writing to be a negotiable instrument within this article must. Be signed by the maker or drawer; and Contain an unconditional promise or order to pay a sum certain

*in money and no other promise, order, obligation or power given by the maker or drawer except as authorized by this article; and Be payable on demand or at a definite time; and Be payable to order or to bearer. "negotiable instrument" means an unconditional promise or order to pay a fixed amount of money, with or without interest or other charges described in the promise or order, if it: (1) Is payable to bearer or to order at the time it is issued or first comes into possession of a holder; (2) Is payable on demand or at a definite time; and (b) "Instrument" means a negotiable instrument. (c) An order that meets all of the requirements of subsection (a), except subdivision (1), and otherwise falls within the definition of "check" in subsection (f) is a negotiable instrument and a check. (d) A promise or order other than a check is not an instrument if, at the time it is issued or first comes into possession of a holder, it contains a conspicuous statement, however expressed, to the effect that the promise or order is not negotiable or is not an instrument governed by this article. (e) An instrument is a "note" if it is a promise and is a "draft" if it is an order. If an instrument falls within the definition of both "note" and "draft," a person entitled to enforce the instrument may treat it as either. (f) "Check" means (i) a draft, other than a documentary draft, payable on demand and drawn on a bank or (ii) a cashier's check or teller's check. An instrument may be a check even though it is described on its face by another term, such as "money order." (Exhibit)"*

F.     ***Alabama §1-3-1*** *Common law of England adopted. The common law of England, so far as it is not inconsistent with the Constitution, laws and institutions of this state, shall, together with such institutions and laws, be the rule of decisions, and shall continue in force. (Exhibit)*

G.     ***Bill of Exchange Act*** *"(45) Rules as to presentment for payment. Subject to the provisions of this Act a bill must be duly presented for payment. If it be not so presented the drawer and indorsers shall be discharged." (Exhibit)*

H.     ***Alabama §7-3-104*** *Form of 'negotiable instruments' drafts; checks; ..note.' (1) any writing to be a negotiable instrument within this article must. Be signed by the maker or drawer; and Contain an unconditional promise or order to pay a sum certain in money and no other promise, order, obligation or power given by the maker or drawer except as authorized by this article; and Be payable on demand or at a definite time; and Be payable to order or to bearer. "negotiable instrument" means an unconditional promise or order to pay a fixed amount of money, with or without interest or other charges described in the promise or order, if it: (1) Is payable to bearer or to order at the time it is issued or first comes into possession of a holder; (2) Is payable on demand or at a definite time; and (b) "Instrument" means a negotiable instrument. (c) An order that meets all of the requirements of subsection (a), except subdivision (1), and otherwise falls within the definition of "check" in subsection (f) is a negotiable instrument and a check. (d) A promise or order other than a check is not an instrument if, at the time it is issued or first comes into possession of a holder, it contains a conspicuous statement, however expressed, to the effect that the promise or order is not negotiable or is not an instrument governed by this article. (e) An instrument is a "note" if it is a promise and is a "draft" if it is an order. If an instrument falls within the definition of both "note" and "draft," a person entitled to enforce the instrument may treat it as either. (f) "Check" means (i) a draft, other than a documentary draft, payable on demand and drawn on a bank or (ii) a cashier's check or teller's check. An instrument may be a check even though it is described on its face by another term, such as "money order." (Exhibit)*

I.     ***31 USC §5312*** *"Monetary Instruments…negotiable instruments" (Exhibit)*

J.     National Association of Credit Management (NACM)'s Principals of Business Credit "Negotiable Instruments. Any medium of exchange recognized as the currency of a government as money." (Exhibit)

K.     *I Bet you Thought by the **Federal Reserve Bank of New York** (Dec. 1977) Part 7, "Money is any generally accepted medium of exchange, not simply coin and paper currency." (Exhibit)*

L.    *"Negotiable Instruments are thus given many of the peculiarities of money-i.e. gold and silver coin and bank bills." Friedlander v. Railway Co. 130 U.S. 416; Russell v. Whipple, 2 Cow (NY) 536; Durgin v. Bartol, 64 Me. 473, The Law of Negotiable Instruments: Including Promissory Notes, Bills of Exchange (Exhibit)*

M.    *Federal Reserve Act, Title IV, states "Upon deposit with Treasury of US any direct obligations of US, notes, drafts, bills of exchange, bankers' acceptance any Federal Reserve bank making such deposit in manner prescribed by Secretary of Treasury entitled to receive from Comptroller of Currency circulating notes in blank, duly registered and countersigned. Circulating notes issued against security of obligations of US, amount of such circulating notes equal to face value of direct obligation of US so deposited as security and when issued against security of notes, drafts, bills of exchange, bankers' acceptance acquired. (Exhibit)*

**VIOLATIONS**: I feel, Defendants (D1, D2) actions are violating Mr. Groulx's rights under the law, what feels like conspiring with Defendant (D3, D4) to injure Mr. Groulx and deprive Mr. Groulx of personal private property.

- *1 U.S.C. 112, Statutes at Large V. 18, Bill of Rights, United States Constitution, Alabama Constitution to equal protection of the laws*

- *18 USC §42. Extortion Credit Transactions. For the purposes of this chapter: (1) To extend credit means to make or renew any loan, or to enter into any agreement, tacit or express, whereby the repayment or satisfaction of any debt or claim, whether acknowledged or disputed, valid or invalid, and however arising, may or will be deferred.(2) The term "creditor", with reference to any given extension of credit, refers to any person making that extension of credit, or to any person claiming by, under, or through any person making that extension of credit.(3) The term "debtor", with reference to any given extension of credit, refers to any person to whom that extension of credit is made, or to any person who guarantees the repayment of that extension of credit, or in any manner undertakes to indemnify the creditor against loss resulting from the failure of any person to whom that extension of credit is made to repay the same.(4) The repayment of any extension of credit includes the repayment, satisfaction, or discharge in whole or in part of any debt or claim, acknowledged or disputed, valid or invalid, resulting from or in connection with that extension of credit.(5) To collect an extension of credit means to induce in any way any person to make repayment thereof. (Exhibit)*

- *18 USC §241 Conspiracy against rights. If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; …with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured. They shall be fined under this title or imprisoned not more than ten years, or both. (Exhibit)*

- *18 USC §242. Deprivation of rights under color of law. Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, …punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; (Exhibit)*

- *18 USC §245 Federally protected activities.… (b) Whoever, whether or not acting under color of law, by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with… (B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States… (Exhibit)*

- *18 USC §1001. Statements or entries generally. Whoever, in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraudulent statements or representations, or makes or uses any false*

*writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be fined under this title or imprisoned not more than five years, or both. (Exhibit)*

- **18 USC §1038.** *False information and hoaxes (a) Criminal Violation.-(1) In general.- Whoever engages in any conduct with intent to convey false or misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity has taken, is taking, or will take place that would constitute a violation... shall-(A) be fined under this title or imprisoned not more than 5 years, or both; (Exhibit)*

- **18 USC §1341.** *Frauds and swindles. Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses... (Exhibit)*

- **18 USC §1346** *Definition of "scheme or artifice to defraud". For the purpose of this chapter, the term "scheme or artifice to defraud" includes a scheme or artifice to deprive another of the intangible rights of honest services. (Exhibit)*

- **18 USC §1349.** *Attempt and conspiracy Any person who attempts or conspires to commit any offense under this chapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy. (Exhibit)*

- **18 USC §1623** *False Declaration before court. (a) Whoever under oath (or in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 of title 28, United States Code) in any proceeding before or ancillary to any court or grand jury of the United States knowingly makes any false material declaration or makes or uses any other information, including any book, paper, document, record, recording, or other material, knowing the same to contain any false material declaration, shall be fined under this title or imprisoned not more than five years, or both... (Exhibit)*

- **18 USC §1951.** *Interference with commerce by threats or violence (a) Whoever in any way or degree obstructs, delays, or affects commerce or the movement of any article or commodity in commerce, by robbery or extortion or attempts or conspires so to do, or commits or threatens physical violence to any person or property in furtherance of a plan or purpose to do anything in violation of this section shall be fined under this title or imprisoned not more than twenty years, or both. (b) As used in this section—(1) The term "robbery" means the unlawful taking or obtaining of personal property from the person or in the presence of another, against his will, by means of actual or threatened force, or violence, or fear of injury, immediate or future, to his person or property, or property in his custody or possession, or the person or property of a relative or member of his family or of anyone in his company at the time of the taking or obtaining.(2) The term "extortion" means the obtaining of property from another, with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right.(3) The term "commerce" means commerce within the District of Columbia, or any Territory or Possession of the United States; ... all other commerce over which the United States has jurisdiction. (Exhibit)*

- **42 USC §1985.** *Conspiracy to interfere with civil rights. (3) Depriving persons of rights or privileges. If two or more persons in any State or Territory conspire ... for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; (Exhibit)*

11. For I claim a negotiable instrument is a medium of exchange.
   A. Federal Reserve Notes are debt instruments as evidenced by the word NOTE (As in Federal Reserve Note) that is on the dollar bill.
   B. Note is a "debt instrument" **Black Law 4th Edition**. (Exhibit)

*CRIMINAL COMPLAINT Page 7 of 82*

C. **International Monetary Fund (IMF)** defines "'bank checks'" (if used as a medium of exchange.)...money can be anything that can serve as a **medium of exchange**, something that people can use to buy and sell from one another." (Exhibit)

D. *"Four Media of Exchange commonly available to U.S. consumers: cash [Federal Reserve Notes], check, credit card and debit card." -The Effect of Time on Check and Debit Card Use at Grocery Stores, **Federal Reserve** (Exhibit)*

E. ***12 USC §1813*** *"Money or its equivalent. (1)the unpaid balance of money or its equivalent received ...which it has given or is obligated to give credit, either conditionally or unconditionally, to a commercial, checking, savings, time, or thrift account... a letter of credit ...Provided, That, without limiting the generality of the term "money or its equivalent", any such account or instrument must be regarded as evidencing the receipt of the equivalent of money when credited or issued in exchange for checks or drafts or for a promissory note upon which the person obtaining any such credit or instrument is primarily or secondarily liable, or for a charge against a deposit account, or in settlement of checks, drafts, or other instruments forwarded to such bank or savings association for collection." (Exhibit)*

F. *U.S. Congress. U.S. **Statutes at Large, Volume 48** -1934, 73rd Congress. United States - 1934, 1933. Periodical. Retrieved from the Library of Congress, <www.loc.gov/item/llsl-v48/>. Senate Document 43, April 17, 1933, Part 14. "The laws of the United States recognize two kinds of money, names coin and paper... 'Dollars in currency' means dollars in notes or any paper money current in the community...as a legal medium there could be no distinction between notes and gold....the court's judgment is not for payment in articles in kind, but for the damages resulting to the creditor in consequences of breach of contract, and this judgment can be paid off and satisfied in whatever money the law has clothes with the attributes of legal tender....it is only by virtue of law that paper notes are money or legal tender; it is only by virtue of law that either coin or paper has a declared value; and only by virtue of law can coin and paper be maintained at a parity in order to afford a proper medium of exchange....**THE COURTS CANNOT CONTROL OUR CITIZENS' PREFERENCES FOR ONE KIND OF MONEY OVER ANOTHER KIND, OR PREVENT THEM FROM GIVING** " (Exhibit)*

G. *"**H.R.5338 - 88th Congress (1963-1964):** An Act to enact the **Uniform Commercial Code**" Congress.gov, Library of Congress, 30 December 1963, https://www.congress.gov/bill/88th-congress/house-bill/5338. Aka (**Public Law 88-243** aka **UCC**) current version §**3-104** Form of 'negotiable instruments' drafts; checks; ..note.' (1) any writing to be a negotiable instrument within this article must. Be signed by the maker or drawer; and Contain an unconditional promise or order to pay a sum certain in money and no other promise, order, obligation or power given by the maker or drawer except as authorized by this article; and Be payable on demand or at a definite time; and Be payable to order or to bearer. "negotiable instrument" means an unconditional promise or order to pay a fixed amount of money, with or without interest or other charges described in the promise or order, if it: (1) Is payable to bearer or to order at the time it is issued or first comes into possession of a holder; (2) Is payable on demand or at a definite time; and (b) "Instrument" means a negotiable instrument. (c) An order that meets all of the requirements of subsection (a), except subdivision (1), and otherwise falls within the definition of "check" in subsection (f) is a negotiable instrument and a check. (d) A promise or order other than a check is not an instrument if, at the time it is issued or first comes into possession of a holder, it contains a conspicuous statement, however expressed, to the effect that the promise or order is not negotiable or is not an instrument governed by this article. (e) An instrument is a "note" if it is a promise and is a "draft" if it is an order. If an instrument falls within the definition of both "note" and "draft," a person entitled to enforce the instrument may treat it as either. (f) "Check" means (i) a draft, other than a documentary draft, payable on demand and drawn on a bank or (ii) a cashier's check or teller's check. An instrument may be a check even though it is described on its face by another term, such as "money order." (Exhibit)*

H. ***I Bet you Thought by the Federal Reserve Bank of New York*** (Dec. 1977) Part 7, "Money is any generally accepted medium of exchange, not simply coin and paper currency." (Exhibit)

I. "Negotiable Instruments are thus given many of the peculiarities of money-i.e. gold and silver coin and bank bills." ***Friedlander v. Railway Co. 130 U.S. 416; Russell v. Whipple, 2 Cow*** (NY) 536; Durgin v. Bartol, 64 Me. 473, ***The Law of Negotiable Instruments: Including Promissory Notes, Bills of Exchange*** (Exhibit)

J. ***31 USC IV*** "The words "United States coins and currency (including Federal reserve notes and circulating notes of Federal reserve banks and national banks)" are substituted for "Circulating notes of national banking associations and United States legal tender notes and other notes and certificates of the United States payable on demand and circulating or intended to circulate as currency and gold, silver, or other coin" (Exhibit)

12. For I claim Defendant (D1) is a depository.

A. Depository institution. A financial institution that obtains its funds mainly through deposits from the public. This includes commercial banks, savings and loan associations, savings banks and credit unions. Nasdaq (Exhibit)

B. ***Federal Reserve Act 15*** Government depositories and financial agents. All banks or trust companies incorporated by special law or organized under the general laws of any State, which are <u>members of the Federal reserve system</u>, when designated for that purpose by the Secretary of the Treasury, shall be <u>depositaries of public money</u>, under such regulations as may be prescribed by the Secretary; and they may also be employed as financial agents of the Government; and they shall perform all such reasonable duties, as depositories of public money and financial agents of the Government, as may be required of them. The Secretary of the Treasury shall require of the banks and trust companies thus designated satisfactory security, by the Deposit of United States Bonds or otherwise, for the safekeeping and prompt payment of the public money deposited with them and for the faithful performance of their duties as financial agents of the Government. ***12 U.S.C. §332***

C. Defendant (D1) has an account with the Federal Reserve. FRB #061000146, FedACH 2622-7595-8 (Fedwire) - Federal Reserve

13. For I claim negotiable instruments depositories can deposit.

A. Federal Reserve banks <u>shall receive in deposit at par from depository institution</u>...<u>negotiable instruments upon funds to the 'credit' of said depositor, from the U.S. Treasury, in the same way banks receive a U.S. dollar bill (Federal Reserve Note) which is also evidence of debt, in exchange for 'credits' to a bank account</u>.- ***Federal Reserve.***

I. A <u>negotiable instrument</u> according to ***H.R.5338 - 88TH CONGRESS (1963-1964): UNIFORM COMMERCIAL CODE (PUBLIC LAW 88-243) 3-104*** can be accepted as a deposit to the Creditor's bank account in exchange for 'credits' according to ***12 U..SC 1813(1).***

II. ***12 U.S.C. §4001*** says a 'check' means <u>any negotiable demand draft</u>...payable through an office of a <u>depository institution</u> located in the U.S.

III. ***31 U.S.C. §3342.*** Check cashing and exchange transactions. (a) A disbursing official of the United States Government may (1) cash and <u>negotiate negotiable instruments payable in United States currency</u>... (a), the words "<u>negotiable instruments</u>" are substituted for "<u>checks, drafts, bills of exchange, and other instruments</u>" for clarity and consistency.

IV. ***Federal Reserve*** 2900 for Credit Unions, Report of Transactions, specially addresses <u>Credit Union accepting negotiable and nonnegotiable aka</u> 'instruments.

V. ***Public Law 111-203, 111th Congress, July 21, 2010, 124 Stat. 1376.*** (9) Credit Union-The term "credit union" means a Federal credit union, State credit union, or state-chartered credit union, as those terms are defined in section 101 of the Federal Credit Union Act ***(12 USC §1752).***

   B.   Title 31. Money and Finance: Treasury. Tells depositories how to endorse for Bureaus of Fiscal Services
      I.   ***31 CFR 328.5*** *Fiscal Services Department of the Treasury "Forms of endorsement" states how banks are to endorse to the Bureau of Fiscal Services. (Exhibit)*
      II.   ***31 CFR 328.6*** *Fiscal Services Department of the Treasury "Endorsements on bearer securities and coupons" (Exhibit)*

14.   For I claim a negotiable instrument aka 'check' a disbursing official may cash.
   A.   ***31 USC §3342.*** *Check cashing and exchange transactions. (a) A disbursing official of the United States Government may (1) cash and negotiate negotiable instruments payable in United States currency... (a), the words <u>"negotiable instruments" are substituted for "checks, drafts, bills of exchange, and other</u> instruments" for clarity and consistency. (Exhibit)*
   B.   ***Federal Reserve 2900*** *for Credit Unions, Report of Transactions, specially addresses Credit Union accepting negotiable and nonnegotiable aka 'instruments. (Exhibit)*
   C.   ***Public Law 111-203, 111th Congress,*** *July 21, 2010, 124 Stat. 1376. (9) Credit Union- The term "credit union" means a Federal credit union, State credit union, or state-chartered credit union, as those terms are defined in section 101 of the Federal Credit Union Act* **(12 USC §1752).** *(Exhibit)*
   D.   ***31 CFR 328.5*** *Fiscal Services Department of the Treasury "Forms of endorsement" states how banks are to endorse to the Bureau of Fiscal Services. (Exhibit)*
   E.   ***31 CFR 328.6*** *Fiscal Services Department of the Treasury "Endorsements on bearer securities and coupons" (Exhibit)*

15.   For I claim Defendant (D1, D2) did receive money. Money is a medium of exchange. A medium of exchange is a negotiable instrument.
   A.   ***26 USC 6867(d)(2)*** *"cash equivalent as a medium of exchange"*
   B.   ***"H.R.5338 - 88th Congress*** *(1963-1964): An Act to enact the* **Uniform Commercial Code** *for the District of Columbia, and for other purposes." Congress.gov, Library of Congress, 30 December 1963, https://www.congress.gov/bill/88th-congress/house-bill/5338 aka* **(Public Law 88-243 aka UCC); 1-201 (24)** *"Money: means a medium of exchange currently authorized or adopted by a domestic or foreign government." (Exhibit)*
   C.   ***Alabama Code §7-1-201*** *defines "(24) "Money" means a medium of exchange currently authorized or adopted by a domestic or foreign government. (Exhibit)*
   D.   ***"H.R.5338 - 88th Congress  aka 9 UCC §102 (9)*** *"Cash proceeds" means proceeds that are money, checks, deposit accounts, or the like."*
   E.   ***Internal Revenue Service Code 26 U.S.C. §6867(d)(2)*** *Cash Equivalent means: any bearer obligation, any medium of exchange.*
   F.   ***31 USC §5312*** *"Monetary Instruments...negotiable instruments"*
   G.   *I Bet You Though David H. Friedman,* **Federal Reserve Bank** *of NY (4th Ed. 1984), states: Money is anything that has value that banks and people accept as money; money does not have to be issued by the government. (Exhibit)*
   H.   *I Bet you Thought by the* **Federal Reserve Bank of New York** *(Dec. 1977) Part 7, "Money is any generally accepted medium of exchange, not simply coin and paper currency." (Exhibit)*
   I.   ***12 USC §1813*** *"<u>Money or its equivalent. (1)the unpaid balance of money or its equivalent received</u> ...which it has given or is obligated to give credit, either conditionally or unconditionally, to a commercial, checking, savings, time, or thrift account... a letter of credit ...Provided, That, without limiting the generality of the term "money or its equivalent", any such account or instrument must be regarded as evidencing the <u>receipt of the equivalent of money when credited</u> or issued in exchange for checks or drafts or for a promissory note upon which the person obtaining any such credit or instrument is primarily or secondarily liable, or for a charge against a deposit account, or in settlement of checks, drafts, or other instruments forwarded to such bank or savings association for collection." (Exhibit)*

*CRIMINAL COMPLAINT Page 10 of 82*

J.   IMF continues to say money can be anything that can serve as a medium of exchange, something that people can use to buy and sell from one another. (Exhibit)

K.   ***U.S. Congress. U.S. Statutes at Large, Volume 48*** -1934, *73rd Congress. United States - 1934, 1933. Periodical. Retrieved from the Library of Congress, <www.loc.gov/item/llsl-v48/>. Senate Document 43, April 17, 1933, Part 14. "The laws of the United States recognize two kinds of money, names coin and paper... 'Dollars in currency' means dollars in notes or any paper money current in the community...as a legal medium there could be no distinction between notes and gold....the court's judgment is not for payment in articles in kind, but for the damages resulting to the creditor in consequences of breach of contract, and this judgment can be paid off and satisfied in whatever money the law has clothes with the attributes of legal tender....it is only by virtue of law that paper notes are money or legal tender; it is only by virtue of law that either coin or paper has a declared value; and only by virtue of law can coin and paper be maintained at a parity in order to afford a proper medium of exchange....the **COURTS CANNOT CONTROL OUR CITIZENS' PREFERENCES FOR ONE KIND OF MONEY OVER ANOTHER KIND, OR PREVENT THEM FROM GIVING** "* (Exhibit)

L.   ***National Association of Credit Management (NACM)'s*** *Principals of Business Credit "Negotiable Instruments. Any medium of exchange recognized as the currency of a government as money." (Exhibit)*

M.   *"Negotiable Instruments are thus given many of the peculiarities of money–i.e. gold and silver coin and bank bills." **Friedlander v. Railway Co. 130 U.S. 416; Russell v. Whipple, 2 Cow** (NY) 536; Durgin v. Bartol, 64 Me. 473 **The Law of Negotiable Instruments: Including Promissory Notes, Bills of Exchange.** (Exhibit)*

N.   **Case Law**
   - *"made by the executrix be paid in their original form or in their [cash equivalent] as provided herein-**Austin v. Pepperman, Supreme Court of Alabama, 1965***
   - *"Cash" is defined as either as 'ready money', paper money, an instrument...anything else being used as a medium of exchange..."-**Hardy v. State, Supreme Court of Texas, 2003.***
   - *"money, that is a medium of exchange, the law know no difference between them."-**Thompson v. Butler, United States Supreme Court, 95 U.S. 694 (1877)***

**VIOLATIONS**: I feel Defendants (D1, D2, D3, D4, D5, D8) actions violate
   - ***Statutes at Large V 18, Bill of Rights, United States of America Constitution, Alabama Constitution*** *to equal protection of the law(s).*
   - ***18 USC §1038*** *False Information and Hoax. (a) Criminal Violation.-(1) In general.- Whoever engages in any conduct with intent to convey false or misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity has taken, is taking, or will take place that would constitute a violation...shall-(A) be fined under this title or imprisoned not more than 5 years, or both.*
   - ***18 USC §241*** *Conspiracy against rights. If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; ...with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured. They shall be fined under this title or imprisoned not more than ten years, or both*
   - ***18 USC §242.*** *Deprivation of rights under color of law. Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United*

*States, ...punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both;*

- ***18 USC §245*** *Federally protected activities.... (b) Whoever, whether or not acting under color of law, by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with... (B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States...*

[the above statutes are a benefit, service, privilege, activity Mr. Groulx is exercising]

- ***18 USC §1341.*** *Frauds and swindles. Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses...*

- ***18 USC §1346*** *Definition of 'scheme or artifice to defraud". For the purpose of this chapter, the term "scheme or artifice to defraud" includes a scheme or artifice to deprive another of the intangible rights of honest services.*

- ***42 USC §1985.*** *Conspiracy to interfere with civil rights. (3) Depriving persons of rights or privilege. If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws;*

16. For I claim Defendant (D1, D2) alleges lending 'credit' to Mr. Groulx. Defendant (D1) has yet to provide a sworn statement affirming the book entries mandated under GAAP and Federal Reserve requirements. Defendant (D1) has yet to provide authenticated evidence from Defendant (D1) lent money. Defendant (D1) has yet to provide authentication where the credit originated from. Defendant (D1) has yet to provide an affidavit Defendant (D1) did or did not lend their own money.

   A. Defendant (D1) needed an Authorized Signature of representative "person", under ***U.S. Congress. U.S. Statutes at Large, Volume 48 -1934, 73rd Congress. United States - 1934, 1933***. *Periodical. Retrieved from the Library of Congress, https://www.loc.gov/item/llsl-v48/. Public Acts and Resolutions of Congress 73rd Congress of the United States to obtain the release of 'credits'. "The laws of the United States recognize two kinds of money, names coin and paper... 'Dollars in currency' means dollars in notes or any paper money current in the community...as a legal medium there could be no distinction between notes and gold....the <u>court's judgment is not for payment in articles in kind, but for the damages resulting to the creditor in consequences of breach of contract</u>, and this ...can be paid off and satisfied in whatever money the law has clothes with the attributes of legal tender....it is only by virtue of law that paper notes are money or legal tender; it is only by virtue of law that either coin or paper has a declared value; and only by virtue of law can coin and paper be maintained at a parity in order to afford a proper medium of exchange....THE COURTS CANNOT CONTROL OUR CITIZENS' PREFERENCES FOR ONE KIND OF MONEY OVER ANOTHER KIND, OR PREVENT THEM FROM GIVING " (Exhibit)*

   B. ***12 CFR §201*** states "201.3 *Extensions of credit.. Federal Reserve banks make to depository institutions". (Exhibit)*

   C. Credit Banking: (3) Bookkeeping entry representing a deposit of funds into an account. Thomas P. Fitch, **Barron's Business Guide Dictionary of Banking Terms.** (Exhibit)

   D. *Modern Money Mechanics by the **Federal Reserve Bank of Chicago**, Part 3, page 6 "what they do when they make loans is to accept promissory notes in exchange for 'credits' they make to the borrower's deposit accounts." (Exhibit)*

   E. ***Federal Reserve Banks*** *Operating Circular No. 10 reads "Advance means an extension of credit to the borrower... The Bank's approval of a request for an Advance shall be evidenced by, and the Advance shall be deemed made at the time of, the Bank's record of the credit of the amount of the Advance to an Account agreed upon by the Borrower and the Bank." (Exhibit)*

F. *I Bet you Thought by the* **Federal Reserve Bank of New York** *(Dec. 1977) Part 7, "..banks create checkbook money whenever they grant a loan simply by adding new deposit dollars to accounts on their books in exchange for a borrower's IOU." (Exhibit)*

G. *Two Faces of Debt by the* **Federal Reserve Bank of Chicago** *(1992), Part 5, 36. Page 19, (2) In exchange for the note or security, the lending or investing institution 'credits' the depositors account or gives a check that can be deposited at yet another depository at yet another institution. (3) In this case no one loses a deposit the money supply is increased." (Exhibit)*

H. *Your Money and the Federal Reserve System by the* **Federal Reserve Bank of Minneapolis** *(1959), Part 9, 43, page 9 states "a promise to pay has, in fact, created new spending money...Whether the borrower receives cash or deposit credit, the amount of money available for spending is increased by the amount of the loan. A promise to pay has in fact created new spending money." (Exhibit)*

I. **12 USC Sec. §1831n(a)(2)** *"Banks must follow the Generally Accepted Accounting Principals (GAAP)." This includes but not limited to* **the matching principle.** *" (Exhibit)*

J. *"Debt is secured by direct obligations of the United States" according to* **12 USC 347c.**

17. For I claim, I have included a copy of the Affidavit of a former legal counsel to the Federal Reserve, Walker F. Todd who describes in detail how the financial institutions process notes; and identifies who the actual creditor of 'credit' is. (Exhibit)

18. For I claim Defendant (D1) is required to adhere to Generally Accepted Accounting Principles.

A. **12 USC Sec. §1831n(a)(2)** *"Banks must follow the Generally Accepted Accounting Principles (GAAP)." (Exhibit) This includes but not limited to the matching principle."*

B. **Wiley 2003, Interpretation and Application of Generally Accepted Accounting Principles.**

→ Section 41. 1) "Anything accepted by a bank for deposit would be considered as cash. Cash must be available for a demand withdraw."

→ Part 13, Chapter 2. "Current Assets. Per ARB 43, Chapter 3, current assets are cash and other assets that are reasonably expected to be realized in cash or sold or consumed during the normal operating cycle by business...

→ 1) Cash and Cash equivalent ...Anything accepted by a bank for deposit would be considered 'cash'.

C. **12 CFR §201** *Banks and Banking. (h) GAAP means generally accepted accounting principles as used in the United States.*

19. I claim Defendant (D1, D2) were sent a letter with a negotiable instrument Feb. 27, 2023, via USPS 7021 2720 0002 8774 9305, (Exhibit) which Defendant signed for acceptance, March 9, 2023. Which paid the account in full. The letter stated if Mr. Groulx did not hear back from Defendant within 10 days, Mr. Groulx will consider accepted by Defendant (D1, D2). The same letter stated "if someone contacts Mr. Groulx and claims to be an agent for Defendant (D1, D2) without providing verified evidence...will be liable for $500,000 for each attempted contact."

A. See USPS documentation affirming Defendant (D1, D2) received the documents. (Exhibit)

B. Defendant did not return the negotiable instrument with instructions to correct.

I. **1 USC §112** *"Statutes at Large; admissibility as evidence. The United States Statutes at Large shall be* **evidence of laws,** *concurrent resolutions, treaties, international agreements other than treaties, proclamations by the President...contained in all the courts of the United States, the several states and the Territories and insular possessions of the United States.".*

II. **"Statutes at Large"; Statutes at Large Vol 48, 1934, 73rd Congress** *Periodical. Retrieved from the Library of Congress, https://www.loc.gov/item/llsl-v48/ "The laws of the United States recognize two kinds of money, names coin and paper... 'Dollars in currency' means dollars in notes or any paper money current in the community...as a legal medium there could be no distinction between notes and gold....the court's judgment is not for payment in articles in kind, but for the damages resulting to the creditor in consequences of breach of contract, and this judgment can be paid off and satisfied*

*in whatever money the law has clothes with the attributes of legal tender....it is only by virtue of law that paper notes are money or legal tender; it is only by virtue of law that either coin or paper has a declared value; and only by virtue of law can coin and paper be maintained at a parity in order to afford a proper medium of exchange....**THE COURTS CANNOT CONTROL OUR CITIZENS' PREFERENCES FOR ONE KIND OF MONEY OVER ANOTHER KIND, OR PREVENT THEM FROM GIVING** " (Exhibit)*

III.    *"**H.R.5338 - 88th Congress (1963-1964):** An Act to enact the **Uniform Commercial Code"** Congress.gov, Library of Congress, 30 December 1963, https://www.congress.gov/bill/88th-congress/house-bill/5338. Aka **(Public Law 88-243** aka UCC) current version **§3-104** "negotiable instrument" means an unconditional promise or order to pay a fixed amount of money, with or without interest or other charges described in the promise or order, if it: (1) Is payable to bearer or to order at the time it is issued or first comes into possession of a holder; (2) Is payable on demand or at a definite time; and (b) "Instrument" means a negotiable instrument. (c) An order that meets all of the requirements of subsection (a), except subdivision (1), and otherwise falls within the definition of "check" in subsection (f) is a negotiable instrument and a check. (d) A promise or order other than a check is not an instrument if, at the time it is issued or first comes into possession of a holder, it contains a conspicuous statement, however expressed, to the effect that the promise or order is not negotiable or is not an instrument governed by this article. (e) An instrument is a "note" if it is a promise and is a "draft" if it is an order. If an instrument falls within the definition of both "note" and "draft," a person entitled to enforce the instrument may treat it as either. (f) "Check" means (i) a draft, other than a documentary draft, payable on demand and drawn on a bank or (ii) a cashier's check or teller's check. An instrument may be a check even though it is described on its face by another term, such as "money order." (Exhibit)"*

IV.    ***Alabama Code §7-3-104** "negotiable instrument" means an unconditional promise or order to pay a fixed amount of money, with or without interest or other charges described in the promise or order, if it: (1) Is payable to bearer or to order at the time it is issued or first comes into possession of a holder; (2) Is payable on demand or at a definite time; and (b) "Instrument" means a negotiable instrument. (c) An order that meets all of the requirements of subsection (a), except subdivision (1), and otherwise falls within the definition of "check" in subsection (f) is a negotiable instrument and a check. (d) A promise or order other than a check is not an instrument if, at the time it is issued or first comes into possession of a holder, it contains a conspicuous statement, however expressed, to the effect that the promise or order is not negotiable or is not an instrument governed by this article. (e) An instrument is a "note" if it is a promise and is a "draft" if it is an order. If an instrument falls within the definition of both "note" and "draft," a person entitled to enforce the instrument may treat it as either. (f) "Check" means (i) a draft, other than a documentary draft, payable on demand and drawn on a bank or (ii) a cashier's check or teller's check. An instrument may be a check even though it is described on its face by another term, such as "money order." (Exhibit)*

V.    ***Alabama Code §1-3-1** Common law of England adopted. The common law of England, so far as it is not inconsistent with the Constitution, laws and institutions of this state, shall, together with such institutions and laws, be the rule of decisions, and shall continue in force. (Exhibit)*

VI.    ***Bill of Exchange Act** "(45) Rules as to presentment for payment. Subject to the provisions of this Act a bill must be duly presented for payment. If it be not so presented the drawer and indorsers shall be discharged." (Exhibit)*

VII.    *"Negotiable Instruments are thus given many of the peculiarities of money-i.e. gold and silver coin and bank bills." **Friedlander v. Railway Co. 130 U.S. 416;***

*Russell v. Whipple, 2 Cow (NY) 536; Durgin v. Bartol, 64 Me. 473* **The Law of Negotiable Instruments: Including Promissory Notes, Bills of Exchange.** *(Exhibit)*

C.   Defendant (D1, D2) received a medium of exchange.

I.   **Internal Revenue Service Code 26 U.S.C. §6867(d)(2)** *Cash Equivalent means: any bearer obligation, any medium of exchange.*

II.   *Federal Reserve Notes are debt instruments as evidence by the word NOTE (As in Federal Reserve Note) that is on the dollar bill..*

III.   *Note is a "debt instrument"* **Black Law 4th Edition.** *(Exhibit)*

IV.   **International Monetary Fund (**IMF**)** defines "bank checks (if used as a medium of exchange) IMF continues to say money can be anything that can serve as a medium of exchange, something that people can use to buy and sell from one another. (Exhibit)

V.   *"Four Media of Exchange commonly available to U.S. consumers: cash [Federal Reserve Notes], check, credit card and debit card." -The Effect of Time on Check and Debit Card Use at Grocery Stores,* **Federal Reserve** *(Exhibit)*

VI.   **1 UCC §201** *defines "Money" means a medium of exchange currently authorized or adopted by a domestic or foreign government. (Exhibit)*

VII.   **Alabama Code §7** *defines "(24) "Money" means a medium of exchange currently authorized or adopted by a domestic or foreign government. (Exhibit)*

VIII.   **12 USC §1813** *"Money or its equivalent. (1)the unpaid balance of money or its equivalent received ...which it has given or is obligated to give credit, either conditionally or unconditionally, to a commercial, checking, savings, time, or thrift account... a letter of credit ...Provided, That, without limiting the generality of the term "money or its equivalent", any such account or instrument must be regarded as evidencing the receipt of the equivalent of money when credited or issued in exchange for checks or drafts or for a promissory note upon which the person obtaining any such credit or instrument is primarily or secondarily liable, or for a charge against a deposit account, or in settlement of checks, drafts, or other instruments forwarded to such bank or savings association for collection." (Exhibit)*

IX.   **U.S. Congress. U.S. Statutes at Large, Volume 48 -1934, 73rd Congress. United States - 1934, 1933. Periodical. Retrieved from the Library of Congress,** *<www.loc.gov/item/llsl-v48/>.* **Senate Document 43, April 17, 1933,** *Part 14. "The laws of the United States recognize two kinds of money, names coin and paper... 'Dollars in currency' means dollars in notes or any paper money current in the community...as a legal medium there could be no distinction between notes and gold....the court's judgment is not for payment in articles in kind, but for the damages resulting to the creditor in consequences of breach of contract, and this judgment can be paid off and satisfied in whatever money the law has clothes with the attributes of legal tender....it is only by virtue of law that paper notes are money or legal tender; it is only by virtue of law that either coin or paper has a declared value; and only by virtue of law can coin and paper be maintained at a parity in order to afford a proper medium of exchange....the* **COURTS CANNOT CONTROL OUR CITIZENS' PREFERENCES FOR ONE KIND OF MONEY OVER ANOTHER KIND, OR PREVENT THEM FROM GIVING "** *(Exhibit)*

X.   **31 USC §IV** *"The words "United States coins and currency (including Federal reserve notes and circulating notes of Federal reserve banks and national banks)" are substituted for "Circulating notes of national banking associations and United States legal tender notes and other notes and certificates of the United States payable on demand and circulating or intended to circulate as currency and gold, silver, or other coin".(Exhibit)*

XI.   **31 USC §5312** "Monetary Instruments...negotiable instruments" (Exhibit)

XII.  ***National Association of Credit Management (NACM)'s*** Principals of Business Credit "Negotiable Instruments. Any medium of exchange recognized as the currency of a government as money." (Exhibit)

XIII.  *I Bet you Thought by the **Federal Reserve Bank of New York** (Dec. 1977) Part 7, "Money is any generally accepted medium of exchange, not simply coin and paper currency." (Exhibit)*

XIV.  *"Negotiable Instruments are thus given many of the peculiarities of money-i.e. gold and silver coin and bank bills." **Friedlander v. Railway Co. 130 U.S. 416; Russell v. Whipple, 2 Cow** (NY) 536; Durgin v. Bartol, 64 Me. 473.* **The Law of Negotiable Instruments: Including Promissory Notes, Bills of Exchange** *(Exhibit)*

D.  Defendant received money.

I.  ***26 USC 6867(d)(2)*** *"cash equivalent as a medium of exchange"*

II.  ***12 USC §1813*** *"Money or its equivalent. (1)the unpaid balance of money or its equivalent received …which it has given or is obligated to give credit, either conditionally or unconditionally, to a commercial, checking, savings, time, or thrift account… a letter of credit …Provided, That, without limiting the generality of the term "money or its equivalent", any such account or instrument must be regarded as evidencing the receipt of the equivalent of money when credited or issued in exchange for checks or drafts or for a promissory note upon which the person obtaining such credit or instrument is primarily or secondarily liable, or for a charge against a deposit account, or in settlement of checks, drafts, or other instruments forwarded to such bank or savings association for collection."* (Exhibit)

III.  U.S. Congress. **U.S. Statutes at Large, Volume 48** -1934, 73rd Congress. *United States - 1934, 1933. Periodical. Retrieved from the Library of Congress, https://www.loc.gov/item/llsl-v48/. Public Acts and Resolutions of Congress 73rd Congress of the United States. "The laws of the United States recognize two kinds of money, names coin and paper… 'Dollars in currency' means dollars in notes or any paper money current in the community…as a legal medium there could be no distinction between notes and gold….the court's judgment is not for payment in articles in kind, but for the damages resulting to the creditor in consequences of breach of contract, and this judgment can be paid off and satisfied in whatever money the law has clothes with the attributes of legal tender….it is only by virtue of law that paper notes are money or legal tender; it is only by virtue of law that either coin or paper has a declared value; and only by virtue of law can coin and paper be maintained at a parity in order to afford a proper medium of exchange….**THE COURTS CANNOT CONTROL OUR CITIZENS' PREFERENCES FOR ONE KIND OF MONEY OVER ANOTHER KIND, OR PREVENT THEM FROM GIVING** "* (Exhibit)

IV.  "**H.R.5338 - 88th Congress** *(1963-1964): An Act to enact the Uniform Commercial Code for the District of Columbia, and for other purposes." Congress.gov, Library of Congress, 30 December 1963, https://www.congress.gov/bill/88th-congress/house-bill/5338. Aka (**Public Law 88-243 aka UCC) §1-201 (24)** "Money: means a medium of exchange currently authorized or adopted by a domestic or foreign government." (Exhibit)*

V.  ***31 USC §5312*** *"Monetary Instruments…negotiable instruments"*

VI.  *I Bet You Though David H. Friedman, **Federal Reserve Bank** of NY (4th Ed. 1984), states: Money is anything that has value that banks and people accept as money; money does not have to be issued by the government. (Exhibit)*

VII.  IMF continues to say money can be anything that can serve as a medium of exchange, something that people can use to buy and sell from one another. (Exhibit)

VIII.  ***1 UCC §201*** defines "Money" means a medium of exchange currently authorized or adopted by a domestic or foreign government. (Exhibit)

IX.    ***Alabama Title 7*** defines "(24) "Money" means a medium of exchange currently authorized or adopted by a domestic or foreign government. (Exhibit)

X.    National Association of Credit Management (NACM)**'s** Principals of Business Credit "Negotiable Instruments. Any medium of exchange recognized as the currency of a government as money." (Exhibit)

XI.    *I Bet you Thought by the* ***Federal Reserve Bank of New York*** *(Dec. 1977) Part 7, "Money is any generally accepted medium of exchange, not simply coin and paper currency." (Exhibit)*

XII.    **Case Law**
- "Negotiable Instruments are thus given many of the peculiarities of money- i.e. gold and silver coin and bank bills." **Friedlander v. Railway Co. 130 U.S. 416; Russell v. Whipple, 2 Cow** *(NY) 536; Durgin v. Bartol, 64 Me. 473.* **The Law of Negotiable Instruments: Including Promissory Notes, Bills of Exchange** *(Exhibit)*
- ""*Cash" is defined* either as "ready money (as coin, specie, paper money, an *instrument*, token, or anything else being used as a *medium of exchange*)" **Hardy v. State,** *102 S.W.3d 123, 131 (Tex. 2003) (Exhibit)*
- It is *settled law that a collecting agent is without authority to accept for the debt of his principal anything but "that which the law declares to be a legal tender, or which is by common consent considered and treated as money, and passes as such at par."* **Ward v. Smith,** *7 Wall. 447, 452.*
- "made by the executrix be paid in their original form or in their [cash equivalent] as provided herein-**Austin v. Pepperman, Supreme Court of Alabama, 1965**
- "money, that is a medium of exchange, the law know no difference between them."-**Thompson v. Butler, United States Supreme Court, 95 U.S. 694 (1877)**

E.    Defendant (D1) exchanges negotiable instruments payable into legal tender.

I.    ***12 CFR Part §210 Federal Reserve System.*** *Under the U.C.C., "instrument" means a "negotiable instrument" which is defined in part as "unconditional promise or order to pay a fixed amount of money."* **U.C.C. §3–104.** *"Promise" is defined as "a written undertaking to pay money signed by the person undertaking to pay."* **U.C.C. §3–103.** *"Order" is defined as "a written instruction to pay money signed by the person giving the instruction."* **U.C.C. §3–103.** *"Writing" and "written" are defined as including "printing, typewriting, or any other intentional reduction to tangible form."* **U.C.C. §1–201.** *(Exhibit)*

II.    ***12 CFR §210.2*** *Collection of Checks and Other Items by* ***Federal Reserve Banks.*** *Items means. (i) An instrument or a promise or order to pay money, whether negotiable or not, that is— (A) Payable in a Federal Reserve District (District); (B) Sent by a sender to a Reserve Bank for handling under this subpart; and (C) Collectible in funds acceptable to the Reserve Bank of the District in which the instrument is payable; or (ii) A check. (Exhibit)*

III.    ***12 USC §360.*** *Receiving checks and drafts on deposit at par; charges for collections, exchange, and clearances. Every Federal reserve bank shall receive on deposit at par from depository institutions or from Federal reserve banks checks and other items, including negotiable orders of withdrawal and share drafts and drafts drawn upon any of its depositors, and when remitted by a Federal reserve bank, checks and other items, including negotiable orders of withdrawal and share drafts and drafts drawn by any depositor in any other Federal reserve bank or depository institution upon funds to the credit of said depositor in said reserve bank or depository institution. Nothing herein contained shall be construed as prohibiting a depository institution from charging its actual expense incurred in collecting and remitting funds, or for exchange sold to its patrons. The Board of Governors of the Federal Reserve System shall, by rule, fix the charges to be*

collected by the depository institutions from its patrons whose checks and other items, including _negotiable orders of withdrawal and share drafts are cleared through the Federal reserve bank_ and the charge which may be imposed for the service of the clearing or collection rendered by the Federal reserve bank. (Exhibit)

IV.    **31 USC §3342.** "Check cashing and exchange transactions. (a) A disbursing official of the United States Government may (1) _cash and negotiate negotiable instruments payable in United States currency... (a), the words "negotiable instruments" are substituted for "checks, drafts, bills of exchange, and other instruments" for clarity and consistency._" (Exhibit)

V.    "...The Treasury makes a payment from its general account, funds flow _from that account into the account of a depository institution either for that institution or for one of the institution's customers._ As a result, a decline in the balances held in the Treasury's general account results in an increase in the deposits of depository institutions..."-**Federal Reserve**

F.    Defendant (D1) was to 'make appropriate entries to the bank's general ledger under

I.    U.S. Congress. **U.S. Statutes at Large, Volume 64** -1951, 81st Congress, Session 2. United States - 1951, 1950. Periodical. Retrieved from the Library of Congress, www.loc.gov/item/llsl-v64/ Per the above (2) the term "credit" includes payment, remittance, advice of credit, or authorization to charge and, in cases where the _item is received for deposit as well as for payment,_ such term also includes the making of appropriate entries to the receiving bank's general ledger without regard to whether such item is posted to individual customers' ledgers; (Exhibit)

II.    Two Faces of Debt by the **Federal Reserve Bank of Chicago** (1992), Part 5, 36. Page 19, (2) In exchange for the note or security, the lending or investing institution 'credits' the depositors account or gives a check that can be deposited at yet another depository at yet another institution. (3) In this case no one loses a deposit the money supply is increased." (Exhibit)

III.    **12 CFR §201** states "201.3 Extensions of credit.. Federal Reserve banks make to depository institutions". (Exhibit)

IV.    Credit Banking: (3) Bookkeeping entry representing a deposit of funds into an account. Thomas P. Fitch, Barron's Business Guide Dictionary of Banking Terms. (Exhibit)

V.    Modern Money Mechanics by the **Federal Reserve Bank of Chicago**, Part 3, page 6 "what they do when they make loans is to accept promissory notes in exchange for 'credits' they make to the borrower's deposit accounts." (Exhibit)

VI.    **Federal Reserve Banks** Operating Circular No. 10 reads "Advance means an extension of credit to the borrower". (Exhibit)

G.    Defendant (D1, D2) has not provided authenticated records from the Federal Reserve regarding negotiable instruments deposited for cash and/or credits.

I.    **Bill of Exchange Act** "(45) Rules as to presentation for payment. Subject to the provisions of this Act a bill must be duly presented for payment. If it be not so presented the drawer and indorsers shall be discharged." (Exhibit)

H.    Defendant (D1, D2) did not apply towards Mr. Groulx account; hence the actions of Defendant (D1, D2, D3,D4, D5, D6, D7, D8, D9)

I.    Defendant (D1, D2) conspiring with Defendant (D3, D4) to file a civil motion. Whereby Defendant (D5) would enlist (D6, D7, D8, D9) to assist with the case in efforts to secure a writ garnishment against Mr. Groulx.

I.    Defendant (D1, D2) did not rebut letter contents.

**VIOLATIONS:** I feel Defendants (D1, D2, D3, D4) actions are violating Mr. Groulx's rights under the law conspiring to injure through a writ of garnishment, while Defendant (D1, D2, D3, D4) have evidence of receiving money equivalent.

•    **18 USC §241** Conspiracy against rights. If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to

him by the Constitution or laws of the United States, or because of his having so exercised the same; ...with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured. They shall be fined under this title or imprisoned not more than ten years, or both. (Exhibit)

- **18 USC §242.** Deprivation of rights under color of law. Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ...punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; (Exhibit)

- **18 USC §245** Federally protected activities.... (b) Whoever, whether or not acting under color of law, by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with... (B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States...(Exhibit)

[the above statutes are a benefit, service, privilege, activity Mr. Groulx is exercising]

- **18 USC §371** Conspiracy to commit Offense to defraud the United States. If two or more persons conspire either to commit any offense against the United States, or to defraud the United States, or any agency thereof in any manner or for any purpose, and one or more of such persons do any act to effect the object of the conspiracy, each shall be fined under this title or imprisoned not more than five years, or both. If, however, the offense, the commission of which is the object of the conspiracy, is a misdeameanor only, the punishment for such conspiracy shall not exceed the maximum punishment provided for such misdeameanor. (Exhibit)

- **18 USC §1341.** Frauds and swindles. Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses...(Exhibit)

- **18 USC §1346** Definition of "scheme or artifice to defraud". For the purpose of this chapter, the term "scheme or artifice to defraud" includes a scheme or artifice to deprive another of the intangible rights of honest services. (Exhibit)

- **42 USC §1985.** Conspiracy to interfere with civil rights. (3) Depriving persons of rights or privileges. If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws;(Exhibit)

- **18 USC §1038.** False information and hoaxes (a) Criminal Violation.-(1) In general.- Whoever engages in any conduct with intent to convey false or misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity has taken, is taking, or will take place that would constitute a violation of chapter 2, 10, 11B, 39, 40, 44, 111, or 113B of this title, ... shall-(A) be fined under this title or imprisoned not more than 5 years, or both; (Exhibit)

20.  I claim Defendant (D1, D2) was sent a letter and negotiable instrument, to Defendant (D1, D2) April 6, 2023, via USPS 7022 2410 000 3913 7447 (Exhibit), which Defendant (D1, D2) signed for acceptance, April 12, 2023. It was a second (2nd) attempt to resolve an account. Mr. Groulx Affidavit stated if Mr. Groulx did not receive a response within 10 days, Defendant will be deemed acquiescence and administrative default. Letter stated, "if someone contacts Mr. Groulx and claims to be an agent without providing verified evidence they shall be deemed a 3rd party intervenor and liable for $500,000 for each attempted contact."

A.  Defendant (D1, D2) did not return the negotiable instrument with instructions to correct.

I.  *1 USC §112* "Statutes at Large; admissibility as evidence. The United States Statutes at Large shall be **evidence of laws**, concurrent resolutions, treaties, international agreements other than treaties, proclamations by the

*President...contained in all the courts of the United States, the several states and the Territories and insular possessions of the United States." (Exhibit)*

II. ***"Statutes at Large"; Statutes at Large Vol 48, 1934, 73rd Congress*** *Periodical. Retrieved from the Library of Congress, https://www.loc.gov/item/llsl-v48/ "The laws of the United States recognize two kinds of money, names coin and paper... 'Dollars in currency' means dollars in notes or any paper money current in the community...as a legal medium there could be no distinction between notes and gold....the court's judgment is not for payment in articles in kind, but for the damages resulting to the creditor in consequences of breach of contract, and this judgment can be paid off and satisfied in whatever money the law has clothes with the attributes of legal tender....it is only by virtue of law that paper notes are money or legal tender; it is only by virtue of law that either coin or paper has a declared value; and only by virtue of law can coin and paper be maintained at a parity in order to afford a proper medium of exchange....the courts* **cannot** *control our citizens' preferences for one kind of money over another kind, or prevent them from giving " (Exhibit)*

III. ***Alabama Code §7-3-103*** *"negotiable instrument" means an unconditional promise or order to pay a fixed amount of money, with or without interest or other charges described in the promise or order, if it: (1) Is payable to bearer or to order at the time it is issued or first comes into possession of a holder; (2) Is payable on demand or at a definite time; and (b) "Instrument" means a negotiable instrument. (c) An order that meets all of the requirements of subsection (a), except subdivision (1), and otherwise falls within the definition of "check" in subsection (f) is a negotiable instrument and a check. (d) A promise or order other than a check is not an instrument if, at the time it is issued or first comes into possession of a holder, it contains a conspicuous statement, however expressed, to the effect that the promise or order is not negotiable or is not an instrument governed by this article. (e) An instrument is a "note" if it is a promise and is a "draft" if it is an order. If an instrument falls within the definition of both "note" and "draft," a person entitled to enforce the instrument may treat it as either. (f) "Check" means (i) a draft, other than a documentary draft, payable on demand and drawn on a bank or (ii) a cashier's check or teller's check. An instrument may be a check even though it is described on its face by another term, such as "money order." (Exhibit)*

IV. ***Alabama Code §1-3-1*** *(Exhibit) Common law of England adopted. The common law of England, so far as it is not inconsistent with the Constitution, laws and institutions of this state, shall, together with such institutions and laws, be the rule of decisions, and shall continue in force.*

V. ***Bill of Exchange Act*** *"(45) Rules as to presentation for payment. Subject to the provisions of this Act a bill must be duly presented for payment. If it be not so presented the drawer and indorsers shall be discharged." (Exhibit)*

VI. ***31 USC §5312*** *"Monetary Instruments...negotiable instruments" (Exhibit)*

VII. National Association of Credit Management (NACM)'s Principals of Business Credit "Negotiable Instruments. Any medium of exchange recognized as the currency of a government as money." (Exhibit)

VIII. *I Bet you Thought by the* ***Federal Reserve Bank of New York*** *(Dec. 1977) Part 7, "Money is any generally accepted medium of exchange, not simply coin and paper currency." (Exhibit)*

IX. *"Negotiable Instruments are thus given many of the peculiarities of money-i.e. gold and silver coin and bank bills."* ***Friedlander v. Railway Co. 130 U.S. 416; Russell v. Whipple, 2 Cow*** *(NY) 536; Durgin v. Bartol, 64 Me. 473.* **The Law of Negotiable Instruments: Including Promissory Notes, Bills of Exchange** *(Exhibit)*

B. Defendant (D1, D2) received a medium of exchange.

I.      *Federal Reserve Notes are debt instruments as evidenced by the word NOTE (As in Federal Reserve Note) that is on the dollar bill.*

II.     *Note is a "debt instrument"* **Black Law 4th Edition.** *(Exhibit)*

III.    **International Monetary Fund (IMF)** *defines "bank checks (if used as a medium of exchange)...money can be anything that can serve as a medium of exchange, something that people can use to buy and sell from one another. (Exhibit)*

IV.     *"Four Media of Exchange commonly available to U.S. consumers: cash [Federal Reserve Notes], check, credit card and debit card." -The Effect of Time on Check and Debit Card Use at Grocery Stores,* **Federal Reserve** *(Exhibit)*

V.      **1 UCC §201** *defines "Money" means a medium of exchange currently authorized or adopted by a domestic or foreign government. (Exhibit)*

VI.     **Alabama Code §7** *defines "(24) "Money" means a medium of exchange currently authorized or adopted by a domestic or foreign government. (Exhibit)*

VII.    **12 USC §1813(l)(1)** *"Money or its equivalent. (1)the unpaid balance of money or its equivalent received or held by a bank or savings association in the usual course of business and for which it has given or is obligated to give credit, either conditionally or unconditionally, to a commercial, checking, savings, time, or thrift account, or which is evidenced by its certificate of deposit, thrift certificate, investment certificate, certificate of indebtedness, or other similar name, or a check or draft drawn against a deposit account and certified by the bank or savings association, or a letter of credit or a traveler's check on which the bank or savings association is primarily liable: Provided, That, without limiting the generality of the term "money or its equivalent", any such account or instrument must be regarded as evidencing the receipt of the equivalent of money when credited or issued in exchange for checks or drafts or for a promissory note upon which the person obtaining any such credit or instrument is primarily or secondarily liable, or for a charge against a deposit account, or in settlement of checks, drafts, or other instruments forwarded to such bank or savings association for collection." (Exhibit)*

VIII.   **U.S. Congress. U.S. Statutes at Large, Volume 48 -1934, 73rd Congress. United States - 1934, 1933. Periodical. Retrieved from the Library of Congress,** *<www.loc.gov/item/llsl-v48/>.* **Senate Document 43, April 17, 1933,** *Part 14. "The laws of the United States recognize two kinds of money, names coin and paper... 'Dollars in currency' means dollars in notes or any paper money current in the community:...as a legal medium there could be no distinction between notes and gold....the court's judgment is not for payment in articles in kind, but for the damages resulting to the creditor in consequences of breach of contract, and this judgment can be paid off and satisfied in whatever money the law has clothes with the attributes of legal tender....it is only by virtue of law that paper notes are money or legal tender; it is only by virtue of law that either coin or paper has a declared value; and only by virtue of law can coin and paper be maintained at a parity in order to afford a proper medium of exchange....the courts* **cannot** *control our citizens' preferences for one kind of money over another kind, or prevent them from giving " (Exhibit)*

IX.     **31 USC §IV** *"The words "United States coins and currency (including Federal reserve notes and circulating notes of Federal reserve banks and national banks)" are substituted for "Circulating notes of national banking associations and United States legal tender notes and other notes and certificates of the United States payable on demand and circulating or intended to circulate as currency and gold, silver, or other coin" (Exhibit)*

C.  Defendant (D1, D2) received money. *(Exhibit)*

I.      **IRS Code 26 USC 6867(d)(2)** *"cash equivalent as a medium of exchange"*

II.     *U.S. Congress. U.S.* **Statutes at Large, Volume 48** *-1934, 73rd Congress. United States - 1934, 1933. Periodical. Retrieved from the Library of Congress,*

*CRIMINAL COMPLAINT Page 21 of 82*

*https://www.loc.gov/item/llsl-v48/. Public Acts and Resolutions of Congress 73rd Congress of the United States. "The laws of the United States recognize two kinds of money, names coin and paper... 'Dollars in currency' means dollars in notes or any paper money current in the community...as a legal medium there could be no distinction between notes and gold....the court's judgment is not for payment in articles in kind, but for the damages resulting to the creditor in consequences of breach of contract; and this judgment can be paid off and satisfied in whatever money the law has clothes with the attributes of legal tender....it is only by virtue of law that paper notes are money or legal tender; it is only by virtue of law that either coin or paper has a declared value; and only by virtue of law can coin and paper be maintained at a parity in order to afford a proper medium of exchange....**THE COURTS CANNOT CONTROL OUR CITIZENS' PREFERENCES FOR ONE KIND OF MONEY OVER ANOTHER KIND, OR PREVENT THEM FROM GIVING** ".(Exhibit)*

III. *"**H.R.5338 - 88th Congress** (1963-1964): An Act to enact the Uniform Commercial Code for the District of Columbia, and for other purposes." Congress.gov, Library of Congress, 30 December 1963, https://www.congress.gov/bill/88th-congress/house-bill/5338. Aka (**Public Law 88-243**, aka UCC) §1-201 (24) "Money: means a medium of exchange currently authorized or adopted by a domestic or foreign government." (Exhibit)*

IV. ***Alabama Code §7*** *defines "(24) "Money" means a medium of exchange currently authorized or adopted by a domestic or foreign government. (Exhibit)*

V. **31 USC §5312** *"Monetary Instruments...negotiable instruments"*

VI. *I Bet You Though David H. Friedman, **Federal Reserve Bank** of NY (4th Ed. 1984), states: Money is anything that has value that banks and people accept as money; money does not have to be issued by the government. (Exhibit)*

VII. *I Bet you Thought by the **Federal Reserve Bank of New York** (Dec. 1977) Part 7, "Money is any generally accepted medium of exchange, not simply coin and paper currency."*

VIII. ***12 USC §1813*** *"Money or its equivalent. (1)the unpaid balance of money or its equivalent received ...which it has given or is obligated to give credit, either conditionally or unconditionally, to a commercial, checking, savings, time, or thrift account... a letter of credit ...Provided, That, without limiting the generality of the term "money or its equivalent", any such account or instrument must be regarded as evidencing the receipt of the equivalent of money when credited or issued in exchange for checks or drafts or for a promissory note upon which the person obtaining any such credit or instrument is primarily or secondarily liable, or for a charge against a deposit account, or in settlement of checks, drafts, or other instruments forwarded to such bank or savings association for collection." (Exhibit)*

IX. *IMF continues to say money can be anything that can serve as a medium of exchange, something that people can use to buy and sell from one another. (Exhibit)*

X. ***Case Law***
- *"made by the executrix be paid in their original form or in their [cash equivalent] as provided herein-Austin v. Pepperman, Supreme Court of Alabama, 1965*
- *"Cash" is defined as either as 'ready money', paper money, an instrument...anything else being used as a medium of exchange..."-Hardy v. State, Supreme Court of Texas, 2003.*
- *"money, that is a medium of exchange, the law know no difference between them."-Thompson v. Butler, United States Supreme Court, 95 U.S. 694 (1877)*

D. Defendant (D1) exchanges negotiable instruments payable in United States currency.

I.  **31 USC §3342.** *Check cashing and exchange transactions. (a) A disbursing official of the United States Government may (1) cash and negotiate negotiable instruments payable in United States currency... (a), the words "negotiable instruments" are substituted for "checks, drafts, bills of exchange, and other instruments" for clarity and consistency. (Exhibit)*

E.  Defendant (D1) was to 'make appropriate entries to the bank's general ledger under

    I.  ***U.S. Congress. U.S. Statutes at Large, Volume 64 -1951, 81st Congress, Session 2. United States*** *- 1951, 1950. Periodical. Retrieved from the Library of Congress, www.loc.gov/item/llsl-v64/ Per the above (2) the term "credit" includes payment, remittance, advice of credit, or authorization to charge and, in cases where the <u>item is received for deposit as well as for payment,</u> such term also includes the making of appropriate entries to the receiving bank's general ledger without regard to whether such item is posted to individual customers' ledgers;*

    II.  **12 CFR §201** *states "201.3 Extensions of credit.. Federal Reserve banks make to depository institutions". (Exhibit)*

    III.  *Credit Banking: (3) Bookkeeping entry representing a deposit of funds into an account. Thomas P. Fitch, Barron's Business Guide Dictionary of Banking Terms. (Exhibit)*

    IV.  *Modern Money Mechanics by the* ***Federal Reserve Bank of Chicago,*** *Part 3, page 6 "what they do when they make loans is to accept promissory notes in exchange for 'credits' they make to the borrower's deposit accounts." (Exhibit)*

    V.  ***Federal Reserve Banks*** *Operating Circular No. 10 reads "Advance means an extension of credit to the borrower". (Exhibit)*

F.  Defendant (D1, D2) has not provided authenticated records from the Federal Reserve the negotiable instrument was not deposited for cash and/or credits.

    I.  ***Bill of Exchange Act*** *"(45) Rules as to presentment for payment. Subject to the provisions of this Act a bill must be duly presented for payment. If it be not so presented the drawer and indorsers shall be discharged." (Exhibit)*

    II.  **31 USC §3342.** *"Check cashing and exchange transactions. (a) A disbursing official of the United States Government may (1) cash and negotiate negotiable instruments payable in United States currency... (a), the words "negotiable instruments" are substituted for "checks, drafts, bills of exchange, and other instruments" for clarity and consistency. (Exhibit)*

G.  It's my understanding under GAAP pursuant to **12 U.S.C. §1831n(a)(2)(A)** Defendant (D1, D2) was to offset the account with the negotiable instrument received from Mr. Groulx. **15 U.S.C. §1666c** mandates Defendant (D2) promptly post the payment to the account. It appears the negotiable instrument Mr. Groulx sent in February 2023 does not appear to be posted. Likewise, **15 U.S.C. §1666d** states Defendant (D1, D2) should have credited balanced to Mr. Groulx account. It appears Mr. Goulx account does not reflect the negotiable instrument applied.

H.  Defendant (D1, D2) did not rebut Mr. Groulx's Affidavit, thereby agreeing by acquiesce to administrative default and contents of Affidavit. Unrebutted Affidavit stands as Truth.

I.  **Case Law**

    1)  **Poole v. State,** ***David Lawrence Poole vs. STATE of Alabama CR-05-1846 May 25, 2007:*** *"Moreover, Poole's claim is sufficiently pleaded to satisfy the pleading requirements in Rule 32.3 and Rule 32.6 (b), and his* ***factual allegations were unrefuted*** *by the State; therefore, they* ***must be accepted as true.*** *See Bates vs. State, 620 So 2d 745.746 (Crim. App. 1992) ("When the State does not respond to a petitioner's allegations, the <u>unrefuted statement of facts must be taken as true</u>" quoting* ***Smith vs. State, 581, So. 2d 1283, 1284 Ala. Crim. 1991.***

    2)  *The state's response to Avery's petition did not address the merits of Avery's jurisdictional claim, therefore Avery's <u>unrefuted claim must be accepted as true.</u> See* ***Bates v. State 620 So. 2d 745 (Ala. Crim. App. 1992).***

3) *"Plaintiff refutes none of these facts. We accept them as true. See Carlile v. Snap-On Tools, 271 Ill. App. 3d 833, 834, 648 N.E.2d 317 (1995) (unrefuted facts accepted as true for purposes of appeal)."*

4) *"Because this Court must treat all unrefuted allegations as true, see Stancie v. State 917 [Fla. 8th DCA 2005] ("When no evidentiary hearing is held [on a motion for post-conviction relief] a movant's allegations are accepted as true unless they are conclusively refuted by the record"), the appellant has alleged*

5) *Non-Rebutted Affidavits are "Prima Facie Evidence in the Case," United States vs. Kis, 658 F.2d, 526, 536-337 (7th Cir. 1981);*

6) *Cert Denied, 50 U.S. L.W. 2169; S.Ct. March 22, 1982. "Indeed, no more than (Affidavits) is necessary to make the Prima Facie Case."*

7) *Seitzer v. Seitzer, 80 Cal. Rptr. 688 "Uncontested Affidavit taken as true in support of Summary Judgment."*

8) *Melorich Builders          v. The SUPERIOR COURT of San Bernardino County (Serbia) 207 Cal.Rptr. 47 (Cal.App.4 Dist. 1984) "Uncontested Affidavit taken as true in Opposition of Summary Judgment."*

9) *"Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading. . . We cannot condone this shocking behavior... This sort of deception will not be tolerated and if this is routine it should be corrected immediately." U.S. v. Tweel, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932.*

10) *"Based on that uncontested affidavit, the court found that Col. Hardesty had personally and properly appointed Lt. Col. Harmon to Pvt. Wright's court-martial." Wright v. Commandant, USDB, No. 03-3214 (10th Cir. 04/09/2004).*

11) *"According to the uncontested affidavit of Dennis Farrington, Vice President/Management Supervisor at Hill, Holliday, the commercial became obsolete as of September 30, 1984, when the new model Fords were introduced, and would not be "aired in any form after that date." Kazmaier's sprayer for injunctive relief is therefore moot." Kazmaier v. Wooten, 761 F.2d 46 (1st Cir. 04/30/1985).*

12) *"Whether or not Thrift now has the original prescription forms submitted to UPA for reimbursement, Thrift submitted an uncontested affidavit stating that, as with Thrift's other claims, UPA failed to pay for the $3,456.07 owed to Thrift upon Thrift's submission of the original claim forms." Thrift Drug Inc. v. Universal Prescription Administrators, 131 F.3D 95 (2d Cir. 12/11/1997)*

13) *..."the government conceded that a single sale was the only connection between the property and the predicate offense; on the day of the transaction the drugs were brought to the claimant's home at the insistence of the government informant; the uncontested affidavit of the claimant indicated that the drugs were present in the home for no more than a few hours; and there was no evidence that the house was used to store drugs. Id. at 1065. On these facts, the court found that there was no "substantial connection" between the claimant's home and the predicate offense." United States. Premises and Real Property at 4492 South Livonia Road, 889 F.2d 1258 (2nd Cir. 11/17/1989)*

14) *"The district court relied on the uncontested affidavit of Robert A. Michlik, the PBGC case officer ... that ... participants were eligible for pension benefits ...." In re Syntex Fabrics Inc., 698 F.2d 199 (3rd Cir. 01/19/1983).*

15) *"This motion was supported by an uncontested affidavit detailing that de Santibanes had essentially no contacts .... The plaintiffs did not contest the information in the affidavit by way of affidavit..."" Lolavar v. Santibanes, 430 F.3d 221 (4th Cir. 12/01/2005).*

16) *"According to their <u>uncontested affidavit</u>... Carmichael simply cannot demonstrate any causal connection ...* **Carmichael v. United Technologies Corp., 835 F.2d 109 (5th Cir. 01/07/1988)"**

17) *"The city responded to appellant's motion for attorney's fees with an (<u>uncontested</u>) <u>affidavit</u> from City Secretary Gorsline. That affidavit, ..., established ... the city had decided to reword its election ballots."* **Sorola v. City of Lamesa, 808 F.2d 435 (5th Cir. 01/27/1987).**

18) *"On the basis of this <u>uncontested affidavit, we</u> can take it as established... the bank records were reasonably available."* **Barrett v. United States and Internal Revenue Service, 795 F.2d 446 (5th Cir. 07/28/1986).**

19) *"The uncontested affidavit of Stevenson's vice-president established that..."* **Albertson v. Stevenson, 749 F.2d 223 (5th Cir. 12/26/1984).**

20) *" The uncontested affidavit establishing appellant's reform or cure was made by appellant's wife at approximately the same time as the affidavits of the other employees. The case for discharge presented to the Merit Systems Review Board for decision, therefore, included an uncontested showing that Bonet was totally reformed or cured."* **Bonet v. United States Postal Service, 712 F.2d 213 (5th Cir. 08/19/1983).**

21) *"The unrebutted affidavit of a MetLife representative establishes..."* **Justofin v. Metropolitan Life Insurance Co., 372 F.3d 517 ( 06/25/2004).**

**VIOLATIONS:** Based upon the laws written above, I feel Defendants (D1, D2, D3, D4, D5) actions are conspiring to violate Mr. Groulx's rights under the law(s).

- ***1 U.S.C. §112, Statutes at Large V. 18, 42 U.S.C. §1985, Bill of Rights, United States of America Constitution, Alabama Constitution** to equal protection of the laws*

- ***18 USC §241** Conspiracy against rights. If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; ...with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured. They shall be fined under this title or imprisoned not more than ten years, or both*

- ***18 USC §242.** Deprivation of rights under color of law. Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ...punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both;*

- ***18 USC §245** Federally protected activities.... (b) Whoever, whether or not acting under color of law, by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with... (B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States...[the above statutes are a benefit, service, privilege, activity Mr. Groulx is exercising]*

- ***18 USC §371** Conspiracy to commit Offense to defraud the United States. If two or more persons conspire either to commit any offense against the United States, or to defraud the United States, or any agency thereof in any manner or for any purpose, and one or more of such persons do any act to effect the object of the conspiracy, each shall be fined under this title or imprisoned not more than five years, or both. If, however, the offense, the commission of which is the object of the conspiracy, is a misdemeanor only, the punishment for such conspiracy shall not exceed the maximum punishment provided for such misdemeanor.*

- ***18 USC §1341.*** *Frauds and swindles. Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses...*

- ***18 USC §1346*** *Definition of "scheme or artifice to defraud". For the purpose of this chapter, the term "scheme or artifice to defraud" includes a scheme or artifice to deprive another of the intangible rights of honest services..*

- ***42 USC §1985.*** *Conspiracy to interfere with civil rights. (3) Depriving persons of rights or privileges. If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws;*

21. For I claim Defendant's letter dated April 6, 2023, alleges Defendant "has not received past due payment on account" does not meet honest services.

A. Defendant (D1, D2) are in receipt of the negotiable instrument (Exhibit) received by Defendant (D1, D2) as evidenced by the USPS green card (Exhibit).

   I. ***U.S. Congress.*** *U.S.* **Statutes at Large, Volume 48 -1934, 73rd Congress.** *United States, - 1934, 1933. Periodical. Retrieved from the* **Library of** *Congress, http://www.loc.gov/item/llsl-v48 , U.S. Congress; U.S. Congress.* **U.S. Statutes at Large, Volume 64 -1951, 81st Congress, Session 2.** *United States, - 1951, 1950. Periodical. Retrieved from the* **Library of Congress, https://www.loc.gov/item/llsl-v64/ ;** *"H.R.5338 - 88th Congress (1963-1964): An Act to enact the* **Uniform Commercial Code** *for the District of Columbia, and for other purposes." Congress.gov, Library of Congress, 30 December 1963, https://www.congress.gov/bill/88th-congress/house-bill/5338 aka (***Public Law 88-243 aka UCC); HR 1491, Public No. 1 73rd Congress of the United States of America at the 1st Session, 1933; Alabama §7-3-103, Alabama §1-3-1, Federal Reserve Act, USC, Federal Reserve, Law of Negotiable Instruments, Bill of Exchange Act etc.*** *(Exhibit)*

   II. ***U.S. Congress.*** *U.S.* **Statutes at Large, Volume 48 -1934, 73rd Congress.** *United States - 1934, 1933. Periodical. Retrieved from the Library of Congress, https://www.loc.gov/item/llsl-v48/. Public Acts and Resolutions of Congress 73rd Congress of the United States. "The laws of the United States recognize two kinds of money, names coin and paper... 'Dollars in currency' means dollars in notes or any paper money current in the community...as a legal medium there could be no distinction between notes and gold....the* ***court's judgment is not for payment in articles in kind, but for the damages resulting to the creditor in consequences of breach of contract,*** *and this judgment can be paid off and satisfied in whatever money the law has clothes with the attributes of legal tender....it is only by virtue of law that paper notes are money or legal tender; it is only by virtue of law that either coin or paper has a declared value; and only by virtue of law can coin and paper be maintained at a parity in order to afford a proper medium of exchange....****THE COURTS CANNOT CONTROL OUR CITIZENS' PREFERENCES FOR ONE KIND OF MONEY OVER ANOTHER KIND, OR PREVENT THEM FROM GIVING***" *(Exhibit)*

   III. ***"H.R.5338 - 88th Congress*** *(1963-1964): An Act to enact the Uniform Commercial Code for the District of Columbia, and for other purposes." Congress.gov, Library of Congress, 30 December 1963, https://www.congress.gov/bill/88th-congress/house-bill/5338.* **(Public Law 88-243)** *aka UCC §1-201 (24) "Money: means a medium of exchange. (Exhibit)*

   IV. ***Alabama Code §7-1-201***"(24) *'Money' means a medium of exchange authorized or adopted by a domestic or foreign government as a part of its currency." (Exhibit)*

   V. ***31 USC §5312*** *"Monetary Instruments...negotiable instruments". (Exhibit)*

VI.   **Federal Reserve** "*Money is any generally accepted medium of exchange, not simply coin and paper currency.*" *(Exhibit)*

VII.   "*Negotiable Instruments are thus given many of the peculiarities of money-i.e. gold and silver coin and bank bills.*" **Friedlander v. Railway Co. 130 U.S. 416; Russell v. Whipple, 2 Cow** (NY) 536; Durgin v. Bartol, 64 Me. 473. **The Law of Negotiable Instruments: Including Promissory Notes, Bills of Exchange.** *(Exhibit)*

VIII.   **12 USC §1813(l)(1)** "*Money or its equivalent. (1)the unpaid balance of money or its equivalent received. (Exhibit)*

IX.   **31 USC §3342.** "*Check cashing and exchange transactions. (a) A disbursing official of the United States Government may (1) cash and negotiate negotiable instruments payable in United States currency... (a), the words "negotiable instruments" are substituted for "checks, drafts, bills of exchange, and other instruments".*

X.   **Alabama Code §7-3-103** "*negotiable instrument" means an unconditional promise or order to pay a fixed amount of money, with or without interest or other charges described in the promise or order, if it: (1) Is payable to bearer or to order at the time it is issued or first comes into possession of a holder; (2) Is payable on demand or at a definite time; and (b) "Instrument" means a negotiable instrument. (c) An order that meets all of the requirements of subsection (a), except subdivision (1), and otherwise falls within the definition of "check" in subsection (f) is a negotiable instrument and a check. (d) A promise or order other than a check is not an instrument if, at the time it is issued or first comes into possession of a holder, it contains a conspicuous statement, however expressed, to the effect that the promise or order is not negotiable or is not an instrument governed by this article. (e) An instrument is a "note" if it is a promise and is a "draft" if it is an order. If an instrument falls within the definition of both "note" and "draft," a person entitled to enforce the instrument may treat it as either. (f) "Check" means (i) a draft, other than a documentary draft, payable on demand and drawn on a bank or (ii) a cashier's check or teller's check. An instrument may be a check even though it is described on its face by another term, such as "money order." (Exhibit)*

XI.   National Association of Credit Management (NACM)'s Principals of Business Credit "Negotiable Instruments. Any medium of exchange recognized as the currency of a government as money." *(Exhibit)*

**VIOLATIONS:** I feel Defendant (D1, D2) actions conspiring with Defendant (D3, D4) supported by Defendant (D5) to allege Mr. Groulx owes money, violates

- Equal protection of the laws, under **United States of America Constitution, Alabama Constitution, Statutes at Large**

- **31 U.S.C. §463** "*...Provisions for payment of obligations. any obligation which purports to give the obligee a right to require payment in gold or a particular kind of coin or currency, or in an amount in money of the United States measured thereby, is declared to be AGAINST PUBLIC POLICY; and no such provision shall be contained in or made with respect to any obligation hereafter incurred. Every obligation, heretofore or hereafter incurred, whether or not any such provision is contained therein or made with respect thereto, shall be discharged upon payment, dollar for dollar, in any coin or currency which at the time of payment Is legal tender for public and private debts...*"

- U.S. Congress. U.S. **Statutes at Large, Volume 48** -1934, 73rd Congress. United States - 1934, 1933. Periodical. Retrieved from the Library of Congress, https://www.loc.gov/item/llsl-v48/. Public Acts and Resolutions of Congress 73rd Congress of the United States. Senate Document 43, April 17, 1933, Part 14. "The laws of the United States recognize two kinds of money, names coin and paper... 'Dollars in currency' means dollars in notes or any paper money current in the community...as a legal medium there could be no distinction between notes and gold....the **court's judgment is not for payment in articles in kind,** but for the damages resulting to the creditor in

*consequences of breach of contract, and this judgment can be paid off and satisfied in whatever money the law has clothes with the attributes of legal tender....it is only by virtue of law that paper notes are money or legal tender; it is only by virtue of law that either coin or paper has a declared value; and only by virtue of law can coin and paper be maintained at a parity in order to afford a proper medium of exchange....the COURTS CANNOT CONTROL OUR CITIZENS' PREFERENCES FOR ONE KIND OF MONEY OVER ANOTHER KIND, OR PREVENT THEM FROM GIVING "*

**VIOLATIONS:** Defendants actions feel like interference with commerce

- ***18 U.S.C. §1951*** *"Interference with Commerce by threats or violence (a) Whoever in any way or degree obstructs, delays, or affects commerce or the movement of any article or commodity in commerce, ...extortion or attempts or conspires so to do, ....(1) The term "robbery" means the unlawful taking or obtaining of personal property from the person or in the presence of another, against his will, by means of actual or threatened force....immediate or future, to his person or property, or property in his custody or possession, or the person or property of a relative or member of his family ....(2) The term "extortion" means the obtaining of property from another, with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right.(3) The term "commerce" means commerce within the District of Columbia, or any Territory or Possession of the United States; all commerce between any point in a State, Territory, Possession, or the District of Columbia and any point outside thereof; all commerce between points within the same State through any place outside such State; and all other commerce over which the United States has jurisdiction."*

**VIOLATIONS:** Defendant (D1, D2, D3, D4, D5) actions I feel are violating

- **18 USC §241** "Conspiracy against rights. If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; ...with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured. They shall be fined under this title or imprisoned not more than ten years, or both. "(Exhibit)

- **18 USC §24.** "Deprivation of rights under color of law. Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ...punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both;" (Exhibit)

- **18 USC §245** "Federally protected activities.... (b) Whoever, whether or not acting under color of law, by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with... (B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States...' (Exhibit)

- **18 USC §371** "Conspiracy to commit Offense to defraud United States. If two or more persons conspire either to commit any offense against the United States, or to defraud the United States, or any agency thereof in any manner or for any purpose, and one or more of such persons do any act to effect the object of the conspiracy, each shall be fined under this title or imprisoned not more than five years, or both. If, however, the offense, the commission of which is the object of the conspiracy, is a misdemeanor only, the punishment for such conspiracy shall not exceed the maximum punishment provided for such misdemeanor."

- **18 USC §1349** "Attempt and conspiracy Any person who attempts or conspires to commit any offense under this chapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy." (Exhibit)

- **42 USC §1985** "Conspiracy to interfere with civil rights. (3) Depriving persons of rights or privilege. If two or more persons in any State or Territory conspire or go in disguise on the

highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws." (Exhibit)

B.   Consumer Financial Protection Bureau claims to have provided Defendant (D3, D4) copies of Defendant (D1, D2) negotiable instruments received. (Exhibit)

C.   *Under 1 USC 112 "Statutes at Large" are the law. Under Statutes at Large Vol 48, 1934, 73rd Congress, H.R.5338 - 88th Congress (1963-1964): aka (Public Law 88-243 aka UCC), Bill of Exchange Act [direct result of Alabama Code §1-3-1], The Law of Negotiable Instruments: Including Promissory Notes, Bills of Exchange and Alabama Code §7* Defendant (D1) became the Holder when receiving the negotiable instrument.

    I.   *"H.R.5338 - 88th Congress (1963-1964): An Act to enact the Uniform Commercial Code for the District of Columbia, and for other purposes." Congress.gov, Library of Congress, 30 December 1963, https://www.congress.gov/bill/88th-congress/house-bill/5338. Aka (Public Law 88-243, aka UCC) §1-201 (24) "Money: means a medium of exchange currently authorized or adopted by a domestic or foreign government." (Exhibit)*

    II.   *Bill of Exchange Act "(45) Rules as to presentment for payment. Subject to the provisions of this Act a bill <u>must be duly presented for payment. If it be not so presented the drawer and indorsers shall be discharged</u>." (Exhibit)*

22.   I claim Defendant (D1, D2, D3, D4) refused 'mediums of exchange' while demanding 'mediums of exchange'; both of which are money. (Exhibit)

A.   Mediums of Exchange

    I.   Federal Reserve Notes are debt instruments as evidenced by the word NOTE (As in Federal Reserve Note) that is on the dollar bill.

    II.   Note is a "debt instrument" *Black Law 4th Edition*. (Exhibit)

    III.   International Monetary Fund (IMF) defines "bank checks (if used as a medium of exchange)... money can be anything that can serve as a medium of exchange, something that people can use to buy and sell from one another. (Exhibit)

    IV.   *"Four Media of Exchange commonly available to U.S. consumers: cash [Federal Reserve Notes], check, credit card and debit card."-The Effect of Time on Check and Debit Card Use at Grocery Stores, Federal Reserve* (Exhibit)

    V.   *H.R.5338 - 88th Congress (1963-1964): An Act to enact the Uniform Commercial Code" 1 UCC §201* defines "Money" means a medium of exchange currently authorized or adopted by a domestic or foreign government. (Exhibit)

    VI.   *Alabama Code §7* defines "(24) "Money" means a medium of exchange currently authorized or adopted by a domestic or foreign government. (Exhibit)

    VII.   *12 USC §1813(l)(1) "Money or its equivalent. (1)the unpaid balance of money or its equivalent received ...in the usual course of business and for which it has given or is obligated to give credit, either conditionally or unconditionally, ... without limiting the generality of the term "money or its equivalent", any such account or instrument must be regarded as evidencing the receipt of the equivalent of money when credited or issued in exchange ...which the person obtaining any such credit or instrument is primarily or secondarily liable, or for a charge against a deposit account, or in settlement of checks, drafts, or other instruments forwarded ... for collection." (Exhibit)*

    VIII.   *31 USC "The words "United States coins and currency (including Federal reserve notes and circulating notes of Federal reserve banks and national banks)" are substituted for "Circulating notes of national banking associations and United States legal tender notes and other notes and certificates of the United States payable on demand and circulating or intended to circulate as currency and gold, silver, or other coin" (Exhibit)*

**VIOLATIONS:** I feel Defendant (D1, D2, D3, D4) actions violate

- ***[1 USC . 112 says Statutes at Large evidence of laws] U.S. Statutes at Large, Volume 48 -1934, 73ʳᵈ Congress. United States, - 1934, 1933 "...<u>courts cannot control our citizens' preferences for one kind of money over another kind, or prevent them from giving</u>"***
- ***26 USC 6867(d)(2)*** *"cash equivalent as a medium of exchange"*
- ***31 USC §463*** *"...Provisions for payment of obligations. any obligation which purports to give the <u>obligee a right to require payment in gold or a particular kind of coin or currency,</u> or in an amount in money of the United States measured thereby, is declared to be **AGAINST PUBLIC POLICY**; and no such provision shall be contained in or made with respect to any obligation hereafter incurred. Every obligation, heretofore or hereafter incurred, whether or not any such provision is contained therein or made with respect thereto, shall be discharged upon payment, dollar for dollar, in any coin or currency which at the time of payment Is legal tender for public and private debts..."*

***VIOLATIONS:*** I feel a result of Defendants (D1, D2, D3, D4, D5) the below are violated

- **18 U.S.C. §245** *"Federally protected activities.... (b) Whoever, whether or not acting under color of law, by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with... (B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States..."*
- **18 USC §241** "Conspiracy against rights. If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; ...with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured. They shall be fined under this title or imprisoned not more than ten years, or both. "(Exhibit)
- **18 USC §24.** "Deprivation of rights under color of law. Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ...punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both;" (Exhibit)
- **18 USC §245** "Federally protected activities.... (b) Whoever, whether or not acting under color of law, by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with... (B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States...' (Exhibit)
- **18 USC §371** "Conspiracy to commit Offense to defraud United States. If two or more persons conspire either to commit any offense against the United States, or to defraud the United States, or any agency thereof in any manner or for any purpose, and one or more of such persons do any act to effect the object of the conspiracy, each shall be fined under this title or imprisoned not more than five years, or both. If, however, the offense, the commission of which is the object of the conspiracy, is a misdemeanor only, the punishment for such conspiracy shall not exceed the maximum punishment provided for such misdemeanor."
- **18 USC §1349** "Attempt and conspiracy Any person who attempts or conspires to commit any offense under this chapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy." (Exhibit)
- **42 USC §1985** "Conspiracy to interfere with civil rights. (3) Depriving persons of rights or privilege. If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the

constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws." (Exhibit)

B.  Defendant (D1) creates Notes (which is aka negotiable instrument aka medium of exchange aka money) evidence by Defendant (D1) Consumer Credit Card Agreement and Disclosure page 5 of 6. (Exhibit)

    I.  *12 CFR §201* states "*201.3 Extensions of credit:. Federal Reserve banks make to depository institutions*". (Exhibit)

    II.  *Credit Banking: (3) Bookkeeping entry representing a deposit of funds into an account. Thomas P. Fitch, Barron's Business Guide Dictionary of Banking Terms.* (Exhibit)

    III.  *Modern Money Mechanics by the* **Federal Reserve Bank of Chicago**, *Part 3, page 6 "what they do when they make loans is to accept promissory notes in exchange for 'credits' they make to the borrower's deposit accounts." (Exhibit)*

    IV.  **Federal Reserve Banks** *Operating Circular No. 10 reads "Advance means an extension of credit to the borrower". (Exhibit)*

    V.  *I Bet you Thought by the* **Federal Reserve Bank of New York** *(Dec. 1977) Part 7, "..banks create checkbook money whenever they grant a loan simply by adding new deposit dollars to accounts on their books in exchange for a borrower's IOU." (Exhibit)*

    VI.  **Federal Reserve Banks** *Operating Circular No. 1 reads "The Bank's approval of a request for an Advance shall be evidenced by, and the Advance shall be deemed made at the time of, the Bank's record of the credit of the amount of the Advance to an Account agreed upon by the Borrower and the Bank." (Exhibit)*

    VII.  *Two Faces of Debt by the* **Federal Reserve Bank of Chicago** *(1992), Part 5, 36. Page 19, (2) In exchange for the note or security, the lending or investing institution 'credits' the depositors account or gives a check that can be deposited at yet another depository at yet another institution. (3) In this case no one loses a deposit the money supply is increased." (Exhibit)*

    VIII.  *Your Money and the Federal Reserve System by the* **Federal Reserve Bank of Minneapolis** *(1959), Part 9, 43, page 9 states "a promise to pay has, in fact, created new spending money...Whether the borrower receives cash or deposit credit, the amount of money available for spending is increased by the amount of the loan. A promise to pay has in fact created new spending money." (Exhibit)*

C.  Defendant (D1, D2) has yet to produce authenticated evidence of the mutual consideration Defendant (D1) exchanged with Mr. Groulx regarding 'note'.

I.  Contract Law mandates mutual consideration between the parties.

II.  If Defendant (D1, D2) position Defendant lent their own money, then I would question why Defendant (per their own documents) require a 'note' from every customer.

D.  Defendant (D1) has yet to produce authenticated evidence WHO provided the value which gave Defendant (D1) 'note' value, which resulted in Defendant (D1) being able to 'deposit' the 'note' for value.

    I.  *"Banks must give us the bookkeeping entries with an affidavit or the banks evidence is hearsay evidence. One cannot enter hearsay evidence into the court":* **Supreme Court of Hawaii, Pacific Concrete Federal Credit Union, Plaintiff Appelle v. Andrew J.S. Kauanoe, Defendant Appellant no 6362 July 17, 1980**

    II.  *Any false representation of material facts made with knowledge of falsity and with intent that it shall be acted on by another in entering into contract, and which is so acted upon, constitutes 'fraud,' and entitles party deceived to avoid contract or recover damages."* **Barnsdall Refining Corn. v. Birnam Wood Oil Co. 92 F 26 817.**

E.  Defendant (D1) has yet to produce authenticated evidence Defendant (D1) lent their own money to give value to 'note', Defendant (D1) is alleging Mr. Groulx owes.

    I.    If Defendant (D1, D2) position is Defendant (D2) complies with **12 USC §1831n(a)(2) and 12 CFR §201** then when Defendant (D1, D2) is required to comply with matching principal.

    II.    A note that is 'cash equivalent' **26 USC 6867(d)(2).**

F.    For I claim, when Defendant (D1, D2) under same laws dishonored instrument, lack of returning instrument, Mr. Groulx did not receive Defendant (D1) terms of the instrument to Defendant (D1) preference, Defendant (D1, D2). Defendant (D1, D2, D3, D4) lacked an agreement with Mr. Groulx whereby Mr. Groulx forfeited Mr. Groulx's rights under Commercial Law.

    I.    *"**H.R.5338 - 88th Congress** (1963-1964): An Act to enact the Uniform Commercial Code for the District of Columbia, and for other purposes." Congress.gov, Library of Congress, 30 December 1963, https://www.congress.gov/bill/88th-congress/house-bill/5338. Aka (**Public Law 88-243**, aka UCC) §1-201 (24) "Money: means a medium of exchange currently authorized or adopted by a domestic or foreign government." (Exhibit)*

    II.    ***Alabama Code §7*** *"Without dishonoring the instrument, the party to whom presentment is made may (i) return the instrument for lack of a necessary indorsement, or (ii) refuse payment or acceptance for failure of the presentment to comply with the terms of the instrument, an agreement of the parties, or other applicable law or rule. (Exhibit)*

**VIOLATIONS:** I feel Defendant (D1, D2, D3, D4) actions are a violation of

- *1 U.S.C. §112, Statutes at Large V. 18, Bill of Rights, United States of America Constitution, Alabama Constitution equal protection of the laws*

- *18 USC §241 Conspiracy against rights. If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; ...with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured. They shall be fined under this title or imprisoned not more than ten years, or both. (Exhibit)*

- *18 USC §242. Deprivation of rights under color of law. Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ...punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; (Exhibit)*

- *18 USC §245 Federally protected activities.... (b) Whoever, whether or not acting under color of law, by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with... (B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States... (Exhibit)*

*[the above statutes are a benefit, service, privilege, activity Mr. Groulx is exercising]*

- *18 USC §1341. Frauds and swindles. Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses... (Exhibit)*

- *18 USC §1346 Definition of 'scheme or artifice to defraud'. For the purpose of this chapter, the term "scheme or artifice to defraud" includes a scheme or artifice to deprive another of the intangible rights of honest services. (Exhibit)*

- *42 USC §1985. Conspiracy to interfere with civil rights. (3) Depriving persons of rights or privileges. If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering*

*the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; (Exhibit)*

23. For I claim April 24, 2023, Defendant (D1, D2), was sent via USPS 7022 2410 000 3913 7324, which Defendant signed for, a Notice of Adequate Assurance of Due Performance, Notice for Request of Confirmation of Terms and Conditions of Agreement and Adequate Assurance of Due Performance that Credit Card Company did not Breach Agreement, Notice of Alleged Loan Dispute. The letter stated, failure to respond will be deemed a dishonor of this notice, breach of alleged lender (Defendant D1, D2) unless Defendant (D1) disputes within 10 days in sworn affidavit under commercial liability. (Exhibit)

A. See USPS Green card signing for acceptance. (Exhibit)

B. Defendant (D1, D2) was asked to sign a sworn affidavit, Defendant (D1) adheres to GAAP. Mr. Groulx has yet to receive a sworn affidavit Defendant (D1) is compliant with Federal Banking Laws and GAAP.

    I. **12 USC Sec. §1831n(a)(2)** *"Banks must follow the Generally Accepted Accounting Principles (GAAP)." (Exhibit) This includes but not limited to **the matching principle."***

I. **Wiley 2003, Interpretation and Application of Generally Accepted Accounting Principles.**

    → Section 41. 1) "Anything accepted by a bank for deposit would be considered as cash. Cash must be available for a demand withdraw."

    → Part 13, Chapter 2. "Current Assets. Per ARB 43, Chapter 3, current assets are cash and other assets that are reasonably expected to be realized in cash or sold or consumed during the normal operating cycle by business...

    → Cash and Cash equivalent ...Anything accepted by a bank for deposit would be considered 'cash'.

C. Defendant (D1, D2) has yet to produce any sworn statement Defendant (D1, D2) in compliance. Therefore, I believe such compliance does not exist. If Defendant (D1, D2) are not in compliance with GAAP, that is a violation.

**VIOLATIONS:** I feel Defendant (D1, D2, D3, D4) colluding actions, violate the below:

- **12 USC Sec. §1831n(a)(2)** *"Banks must follow the Generally Accepted Accounting Principles (GAAP)." This includes but not limited to the matching principle." (Exhibit)*

- **18 USC §241** *Conspiracy against rights. If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; ...with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured. They shall be fined under this title or imprisoned not more than ten years, or both. (Exhibit)*

- **18 USC §242.** *Deprivation of rights under color of law. Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ...punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; (Exhibit)*

- **18 USC §245** *Federally protected activities.... (b) Whoever, whether or not acting under color of law, by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with... (B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States... (Exhibit)*

*[the above statutes are a benefit, service, privilege, activity Mr. Groulx is exercising]*

- **18 USC §1006.** *Federal credit institution entries, reports and transactions. Whoever, being an officer, agent or employee of or connected in any capacity with the Federal Deposit Insurance Corporation, National Credit Union Administration, any Federal home loan bank, the Federal Housing Finance Agency, Farm Credit Administration, Department*

*of Housing and Urban Development, Federal Crop Insurance Corporation, the Secretary of Agriculture acting through the Farmers Home Administration or successor agency, the Rural Development Administration or successor agency, or the Farm Credit System Insurance Corporation, a Farm Credit Bank, a bank for cooperatives or any lending, mortgage, insurance, credit or savings and loan corporation or association authorized or acting under the laws of the United States or any institution, other than an insured bank (as defined in section 656), the accounts of which are insured by the Federal Deposit Insurance Corporation, or by the National Credit Union Administration Board or any small business investment company, with intent to defraud any such institution or any other company, body politic or corporate, or any individual, or to deceive any officer, auditor, examiner or agent of any such institution or of department or agency of the United States, makes any false entry in any book, report or statement of or to any such institution, or without being duly authorized, draws any order or bill of exchange, makes any acceptance, or issues, puts forth or assigns any note, debenture, bond or other obligation, or draft, bill of exchange, mortgage, judgment, or decree, or, with intent to defraud the United States or any agency thereof, or any corporation, institution, or association referred to in this section, participates or shares in or receives directly or indirectly any money, profit, property, or benefits through any transaction, loan, commission, contract, or any other act of any such corporation, institution, or association, shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both. (Exhibit)*

- **18 USC §1038.** *False information and hoaxes (a) Criminal Violation.-(1) In general.- Whoever engages in any conduct with intent to convey false or misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity has taken, is taking, or will take place that would constitute a violation of chapter 2, 10, 11B, 39, 40, 44, 111, or 113B of this title, section 236 of the Atomic Energy Act of 1954 (42 U.S.C. 2284), or section 46502, the second sentence of section 46504, section 46505(b)(3) or (c), section 46506 if homicide or attempted homicide is involved, or section 60123(b) of title 49, shall-(A) be fined under this title or imprisoned not more than 5 years, or both; (Exhibit)*

- **18 USC §1341.** *Frauds and swindles. Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses... (Exhibit)*

- **18 USC §1344.** *Bank fraud. Whoever knowingly executes, or attempts to execute, a scheme or artifice-(1) to defraud a financial institution; or(2) to obtain any of the moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of, a financial institution, by means of false or fraudulent pretenses, representations, or promises; (Exhibit)*

- **18 USC §1346** *Definition of 'scheme or artifice to defraud". For the purpose of this chapter, the term "scheme or artifice to defraud" includes a scheme or artifice to deprive another of the intangible rights of honest services. (Exhibit)*

- **18 USC §1349.** *Attempt and conspiracy. Any person who attempts or conspires to commit any offense under this chapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy. (Exhibit)*

- **18 USC §1623.** *False declarations before grand jury or court (a) Whoever under oath (or in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 of title 28, United States Code) in any proceeding before or ancillary to any court or grand jury of the United States knowingly makes any false material declaration or makes or uses any other information, including any book, paper, document, record, recording, or other material, knowing the same to contain any false material declaration, shall be fined under this title or imprisoned not more than five years, or both. (Exhibit)*

- **18 USC §1951** *Interference with Commerce by threats or violence (a) Whoever in any way or degree obstructs, delays, or affects commerce or the movement of any article or*

*commodity in commerce, by robbery or extortion or attempts or conspires so to do, or commits or threatens physical violence to any person or property in furtherance of a plan or purpose to do anything in violation of this section shall be fined under this title or imprisoned not more than twenty years, or both. (b) As used in this section—(1) The term "robbery" means the unlawful taking or obtaining of personal property from the person or in the presence of another, against his will, by means of actual or threatened force, or violence, or fear of injury, immediate or future, to his person or property, or property in his custody or possession, or the person or property of a relative or member of his family or of anyone in his company at the time of the taking or obtaining.(2) The term "extortion" means the obtaining of property from another, with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right.(3) The term "commerce" means commerce within the District of Columbia, or any Territory or Possession of the United States; all commerce between any point in a State, Territory, Possession, or the District of Columbia and any point outside thereof; all commerce between points within the same State through any place outside such State; and all other commerce over which the United States has jurisdiction. (Exhibit)*

- **18 USC §1961** *Receiving the proceeds of extortion. A person who receives, possesses, conceals, or disposes of any money or other property which was obtained from the commission of any offense under this chapter that is punishable by imprisonment for more than 1 year, knowing the same to have been unlawfully obtained, shall be imprisoned not more than 3 years, fined under this title, or both. (Exhibit)*
- **42 USC §1985.** *Conspiracy to interfere with civil rights. (3) Depriving persons of rights or privileges. If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws.*

24. For I claim Mr. Groulx received a letter from Defendant (D3, D4) claiming to being a 'debt collector' for Defendant (D1). I wrote a letter "refuse to contract" and returned to Defendant (D3, D4). (Exhibit)

   A. Defendant (D1, D2) in a letter USPS 7022 2410 0000 3913 7409 (Exhibit) clearly stated that any contact from an attorney claiming to be 'debt collector', Mr. Groulx would fine $500,000.00 per contact or attempted contact.

   B. Defendant (D1, D2 and/or D3, D4) currently owes Mr. Groulx for three (3) contacts made, after being told REFUSE TO CONTRACT.

   C. Defendant (D3, D4) were mailing statements through the mail demanding money, after Defendant (D1, D2) accepted a negotiable instrument in March 2023.

   **VIOLATIONS:** I feel Defendant (D1, D2) actions violate the laws below; because Defendant (D1, D2) were given a negotiable instrument. I do not believe Defendant (D1, D2, D3, D4) have the authority to disregard **Statutes at Large V. 48,** and **31 USC 463.**

- *U.S. Congress. U.S.* **Statutes at Large, Volume 48** *-1934, 73rd Congress. United States - 1934, 1933. Periodical. Retrieved from the Library of Congress, <www.loc.gov/item/llsl-v48/>. Senate Document 43, April 17, 1933, Part 14. "The laws of the United States recognize two kinds of money, names coin and paper... 'Dollars in currency' means dollars in notes or any paper money current in the community...as a legal medium there could be no distinction between notes and gold....the* **court's judgment is not for payment in articles in kind, but for the damages resulting to the creditor in consequences of breach of contract, and this judgment can be paid off and satisfied in whatever money the law has clothes with the attributes of legal tender.**...*it is only by virtue of law that paper notes are money or legal tender; it is only by virtue of law that either coin or paper has a declared value; and only by virtue of law can coin and paper be maintained at a parity in order to afford a proper medium of exchange....***THE**

**COURTS CANNOT CONTROL OUR CITIZENS' PREFERENCES FOR ONE KIND OF MONEY OVER ANOTHER KIND, OR PREVENT THEM FROM GIVING "**

- **18 USC §245** *Federally protected activities.... (b) Whoever, whether or not acting under color of law, by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with... (B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States... (Exhibit)*

*[the above statutes are a benefit, service, privilege, activity Mr. Groulx is exercising]*

- **18 USC §1038.** *False information and hoaxes (a) Criminal Violation.-(1) In general.- Whoever engages in any conduct with intent to convey false or misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity has taken, is taking, or will take place that would constitute a violation of chapter 2, 10, 11B, 39, 40, 44, 111, or 113B of this title, section 236 of the Atomic Energy Act of 1954 (42 U.S.C. 2284), or section 46502, the second sentence of section 46504, section 46505(b)(3) or (c), section 46506 if homicide or attempted homicide is involved, or section 60123(b) of title 49, shall-(A) be fined under this title or imprisoned not more than 5 years, or both; (Exhibit)*

- **18 USC §1341.** *Frauds and swindles. Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses... (Exhibit)*

- **18 USC §1346.** *Definition of "scheme or artifice to defraud" includes a scheme or artifice to deprive another of the intangible right of honest services. (Exhibit)*

- **18 USC §1951.** *Interference with commerce by threats or violence (a) Whoever in any way or degree obstructs, delays, or affects commerce or the movement of any article or commodity in commerce, by robbery or extortion or attempts or conspires so to do, or commits or threatens physical violence to any person or property in furtherance of a plan or purpose to do anything in violation of this section shall be fined under this title or imprisoned not more than twenty years, or both. (b) As used in this section—(1) The term "robbery" means the unlawful taking or obtaining of personal property from the person or in the presence of another, against his will, by means of actual or threatened force, or violence, or fear of injury, immediate or future, to his person or property, or property in his custody or possession, or the person or property of a relative or member of his family or of anyone in his company at the time of the taking or obtaining. (2) The term "extortion" means the obtaining of property from another, with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right. (3) The term "commerce" means commerce within the District of Columbia, or any Territory or Possession of the United States; all commerce between any point in a State, Territory, Possession, or the District of Columbia and any point outside thereof; all commerce between points within the same State through any place outside such State; and all other commerce over which the United States has jurisdiction. (Exhibit)*

- **42 USC §1985.** *Conspiracy to interfere with civil rights. (3) Depriving persons of rights or privileges. If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws. (Exhibit)*

25.    For I claim Mr. Groulx received a second letter from Defendant (D3) attempting to contract. I wrote on the outside of the envelope "refuse to contract" and returned to Defendant (D3).

    A.    Defendant (D1, D2) were aware any contact by an attorney would result in a fine of $500,000. (Exhibit)

    B.    Defendant (D3, D4) has incurred fines of 1.5M owed to Mr. Groulx from Mr. Groulx fee schedule.

**VIOLATIONS:** I feel Defendant (D1, D2, D3, D4) actions violate Mr. Groulx rights to reject under Contract Law to contract with Defendant (D3, D4)

- ***18 USC §241*** *Conspiracy against rights. If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; ...with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured. They shall be fined under this title or imprisoned not more than ten years, or both. (Exhibit)*

- ***18 USC §242.*** *Deprivation of rights under color of law. Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ...punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; (Exhibit)*

- ***18 USC §245*** *Federally protected activities.... (b) Whoever, whether or not acting under color of law, by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with... (B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States... (Exhibit)*

*[the above statutes are a benefit, service, privilege, activity Mr. Groulx is exercising]*

- ***18 USC §1341.*** *Frauds and swindles. Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses... (Exhibit)*

- ***18 USC §1346*** *Definition of 'scheme or artifice to defraud". For the purpose of this chapter, the term "scheme or artifice to defraud" includes a scheme or artifice to deprive another of the intangible rights of honest services. (Exhibit)*

- ***18 USC §1349*** *Attempt and Conspiracy. Any person who attempts or conspires to commit any offense under this chapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy. (Exhibit)*

- ***18 USC §1957*** *Engaging in monetary transactions in property derived from specified unlawful activity(a) Whoever, in any of the circumstances set forth in subsection (d), knowingly engages or attempts to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and is derived from specified unlawful activity, shall be punished as provided in subsection (b).(b)(1) Except as provided in paragraph (2), the punishment for an offense under this section is a fine under title 18, United States Code, or imprisonment for not more than ten years or both. If the offense involves a pre-retail medical product (as defined in section 670) the punishment for the offense shall be the same as the punishment for an offense under section 670 unless the punishment under this subsection is greater.(2) The court may impose an alternate fine to that imposable under paragraph (1) of not more than twice the amount of the criminally derived property involved in the transaction.(c) In a prosecution for an offense under this section, the Government is not required to prove the defendant knew that the offense from which the criminally derived property was derived was specified unlawful activity.(d) The circumstances referred to in subsection (a) are-(1) that the offense under this section takes place in the United States or in the special maritime and territorial jurisdiction of the United States; or(2) that the offense under this section takes place outside the United States and such special jurisdiction, but the defendant is a United States person (as defined in section 3077 of this title, but excluding the class described in paragraph (2)(D) of such section).(e) Violations of this section may be investigated by such components of the Department of Justice as the Attorney General may direct, and by such components of the Department of the Treasury as the Secretary of the Treasury may direct, as appropriate, and, with respect to offenses over which the Department of Homeland Security has*

jurisdiction, by such components of the Department of Homeland Security as the Secretary of Homeland Security may direct, and, with respect to offenses over which the United States Postal Service has jurisdiction, by the Postal Service. Such authority of the Secretary of the Treasury, the Secretary of Homeland Security, and the Postal Service shall be exercised in accordance with an agreement which shall be entered into by the Secretary of the Treasury, the Secretary of Homeland Security, the Postal Service, and the Attorney General.(f) As used in this section-(1) the term "monetary transaction" means the deposit, withdrawal, transfer, or exchange, in or affecting interstate or foreign commerce, of funds or a monetary instrument (as defined in section 1956(c)(5) of this title) by, through, or to a financial institution (as defined in section 1956 of this title), including any transaction that would be a financial transaction under section 1956(c)(4)(B) of this title, but such term does not include any transaction necessary to preserve a person's right to representation as guaranteed by the sixth amendment to the Constitution;(2) the term "criminally derived property" means any property constituting, or derived from, proceeds obtained from a criminal offense; and(3) the terms "specified unlawful activity" and "proceeds" shall have the meaning given those terms in section 1956 of this title. (Exhibit)

- **18 USC §1961** Receiving the proceeds of extortion. A person who receives, possesses, conceals, or disposes of any money or other property which was obtained from the commission of any offense under this chapter that is punishable by imprisonment for more than 1 year, knowing the same to have been unlawfully obtained, shall be imprisoned not more than 3 years, fined under this title, or both. (Exhibit)

- **42 USC §1985.** Conspiracy to interfere with civil rights. (3) Depriving persons of rights or privileges. If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws. (Exhibit)

- **18 USC §1951.** Interference with commerce by threats or violence (a) Whoever in any way or degree obstructs, delays, or affects commerce or the movement of any article or commodity in commerce, by robbery or extortion or attempts or conspires so to do, or commits or threatens physical violence to any person or property in furtherance of a plan or purpose to do anything in violation of this section shall be fined under this title or imprisoned not more than twenty years, or both. (b) As used in this section—(1) The term "robbery" means the unlawful taking or obtaining of personal property from the person or in the presence of another, against his will, by means of actual or threatened force, or violence, or fear of injury, immediate or future, to his person or property, or property in his custody or possession, or the person or property of a relative or member of his family or of anyone in his company at the time of the taking or obtaining.(2) The term "extortion" means the obtaining of property from another, with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right.(3) The term "commerce" means commerce within the District of Columbia, or any Territory or Possession of the United States; all commerce between any point in a State, Territory, Possession, or the District of Columbia and any point outside thereof; all commerce between points within the same State through any place outside such State; and all other commerce over which the United States has jurisdiction. (Exhibit)

26.   For I claim, at this point, Defendant (D1, D2, D3, D4) were aware of the $500,000 fine for an attorney contacting Mr. Groulx about this matter; given Mr. Groulx issued two (2) legal negotiable instruments, recognized as medium of exchange: *1 **United States Code (USC) 112** ["STATUTES AT LARGE" [SHALL BE EVIDENCE OF LAWS]; U.S. Congress.* U.S. **Statutes at Large, Volume 48 -1934,** 73rd Congress. *United States - 1934, 1933. Periodical. Retrieved from the Library of Congress, http://www.loc.gov/item/llsl-v48 , U.S. Congress; U.S. Congress;* **U.S. Statutes at Large, Volume 64 -1951,** 81st Congress, Session 2. *United States, - 1951, 1950. Periodical. Retrieved from the Library of Congress, https://www.loc.gov/item/llsl-*

*v64/ ; "H.R.5338 - 88th Congress (1963-1964): An Act to enact the **Uniform Commercial Code** for the District of Columbia, and for other purposes." Congress.gov, Library of Congress, 30 December 1963, https://www.congress.gov/bill/88th-congress/house-bill/5338 aka (**Public Law 88-243** aka UCC); HR 1491, Public No. 1 73rd Congress of the United States of America at the 1st Session, 1933; Alabama §7-3-103, Alabama §1-3-1, Federal Reserve Act, Federal Reserve, Law of Negotiable Instruments, Bill of Exchange Act etc.*

**VIOLATIONS:** I feel Defendant (D3, D4) actions violate

- Equal Protection under the law(s) *1 U.S.C. §112, Statutes at Large V. 18, 42 U.S.C. §1985, Bill of Rights, United States of America Constitution, Alabama Constitution*

- *31 U.S.C. §463 "...Provisions for payment of obligations. any obligation which purports to give the obligee a right to require payment in gold or a particular kind of coin or currency, or in an amount in money of the United States measured thereby, is declared to be **AGAINST PUBLIC POLICY**; and no such provision shall be contained in or made with respect to any obligation hereafter incurred. Every obligation, heretofore or hereafter incurred, whether or not any such provision is contained therein or made with respect thereto, __shall be discharged upon payment, dollar for dollar, in any coin or currency which at the time of payment Is legal tender for public and private debts...__"*

- *18 USC §241 "Conspiracy against rights. If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; ...with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured. They shall be fined under this title or imprisoned not more than ten years, or both. " (Exhibit)*

- *18 USC §242 "Deprivation of rights under color of law. Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ...punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; " (Exhibit)*

- *18 USC §245 "Federally protected activities.... (b) Whoever, whether or not acting under color of law, by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with... (B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States.. ". (Exhibit)*

- *18 USC §1038 "False information and hoaxes (a) Criminal Violation.-(1) In general.- Whoever engages in any conduct with intent to convey false or misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity has taken, is taking, or will take place that would constitute a violation of chapter 2, 10, 11B, 39, 40, 44, 111, or 113B of this title, section 236 ...(A) be fined under this title or imprisoned not more than 5 years, or both; "*

- *18 USC §1341 "Frauds and swindles. Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses... "(Exhibit)*

- *18 USC §1346 "Definition of 'scheme or artifice to defraud". For the purpose of this chapter, the term "scheme or artifice to defraud" includes a scheme or artifice to deprive another of the intangible rights of honest services" (Exhibit)*

- *18 USC §1349 "Any person who attempts or conspires to commit any offense under this chapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy. " (Exhibit)*

- **42 USC §1985** *"Conspiracy to interfere with civil rights. (3) Depriving persons of rights or privilege. If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws." (Exhibit)*

27.    For I claim Defendant (D4) attempted to force Mr. Groulx into contract, by sending Mr. Groulx certified mail, demanding monies. Mr. Groulx exercised **18 USC 245.**

**VIOLATIONS:** I feel Defendant (D1, D2, D3, D4) actions violate.

- Equal Protection under the law(s) **1 U.S.C. §112, Statutes at Large V. 18, 42 U.S.C. §1985, Bill of Rights, United States of America Constitution, Alabama Constitution**

- **31 USC §463** *"...Provisions for payment of obligations. any obligation which purports to give the obligee a right to require payment in gold <u>or a particular kind</u> of coin or <u>currency</u>, or in an amount in money of the United States measured thereby, is declared to be <u>AGAINST PUBLIC POLICY</u>; and no such provision shall be contained in or made with respect to any obligation hereafter incurred. Every obligation, heretofore or hereafter incurred, whether or not any such provision is contained therein or made with respect thereto, <u>shall be discharged upon payment, dollar for dollar, in any coin or currency which at the time of payment Is legal tender for public and private debts...</u>" (Exhibit)*

- **1 USC 112 [Statutes at Large are laws], Statutes at Large, Volume 48** *" <u>the courts cannot control our citizens' preferences for one kind of money over another kind, or prevent them from giving</u> "* (Exhibit)

- **18 USC §241** *Conspiracy against rights. If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; ...with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured. They shall be fined under this title or imprisoned not more than ten years, or both. (Exhibit)*

- **18 USC §242.** *Deprivation of rights under color of law. Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ...punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; (Exhibit)*

- **18 USC §245** *Federally protected activities.... (b) Whoever, whether or not acting under color of law, by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with... (B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States... (Exhibit)*

*[the above statutes are a benefit, service, privilege, activity Mr. Groulx is exercising]*

- **18 USC §1341.** *Frauds and swindles. Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses... (Exhibit)*

- **18 USC §1346** *Definition of 'scheme or artifice to defraud". For the purpose of this chapter, the term "scheme or artifice to defraud" includes a scheme or artifice to deprive another of the intangible rights of honest services. (Exhibit)*

- **18 USC §1349.** *Attempt and conspiracy Any person who attempts or conspires to commit any offense under this chapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy. (Exhibit)*

- **18 USC §1957** *Engaging in monetary transactions in property derived from specified unlawful activity(a) Whoever, in any of the circumstances set forth in subsection (d), knowingly engages or attempts to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and is derived from specified unlawful activity, shall be punished as provided in subsection (b).(b)(1) Except as provided in paragraph (2), the punishment for an offense under this section is a fine under title 18, United States Code, or imprisonment for not more than ten years or both. If the offense involves a pre-retail medical product (as defined in section 670) the punishment for the offense shall be the same as the punishment for an offense under section 670 unless the punishment under this subsection is greater.(2) The court may impose an alternate fine to that imposable under paragraph (1) of not more than twice the amount of the criminally derived property involved in the transaction.(c) In a prosecution for an offense under this section, the Government is not required to prove the defendant knew that the offense from which the criminally derived property was derived was specified unlawful activity.(d) The circumstances referred to in subsection (a) are-(1) that the offense under this section takes place in the United States or in the special maritime and territorial jurisdiction of the United States; or(2) that the offense under this section takes place outside the United States and such special jurisdiction, but the defendant is a United States person (as defined in section 3077 of this title, but excluding the class described in paragraph (2)(D) of such section).(e) Violations of this section may be investigated by such components of the Department of Justice as the Attorney General may direct, and by such components of the Department of the Treasury as the Secretary of the Treasury may direct, as appropriate, and, with respect to offenses over which the Department of Homeland Security has jurisdiction, by such components of the Department of Homeland Security as the Secretary of Homeland Security may direct, and, with respect to offenses over which the United States Postal Service has jurisdiction, by the Postal Service. Such authority of the Secretary of the Treasury, the Secretary of Homeland Security, and the Postal Service shall be exercised in accordance with an agreement which shall be entered into by the Secretary of the Treasury, the Secretary of Homeland Security, the Postal Service, and the Attorney General.(f) As used in this section-(1) the term "monetary transaction" means the deposit, withdrawal, transfer, or exchange, in or affecting interstate or foreign commerce, of funds or a monetary instrument (as defined in section 1956(c)(5) of this title) by, through, or to a financial institution (as defined in section 1956 of this title), including any transaction that would be a financial transaction under section 1956(c)(4)(B) of this title, but such term does not include any transaction necessary to preserve a person's right to representation as guaranteed by the sixth amendment to the Constitution;(2) the term "criminally derived property" means any property constituting, or derived from, proceeds obtained from a criminal offense; and(3) the terms "specified unlawful activity" and "proceeds" shall have the meaning given those terms in section 1956 of this title. (Exhibit)*
- **18 USC §1961** *Receiving the proceeds of extortion. A person who receives, possesses, conceals, or disposes of any money or other property which was obtained from the commission of any offense under this chapter that is punishable by imprisonment for more than 1 year, knowing the same to have been unlawfully obtained, shall be imprisoned not more than 3 years, fined under this title, or both. (Exhibit)*
- **42 USC §1985.** *Conspiracy to interfere with civil rights. (3) Depriving persons of rights or privileges. If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws. (Exhibit)*
- **18 USC §1951.** *Interference with commerce by threats or violence (a) Whoever in any way or degree obstructs, delays, or affects commerce or the movement of any article or commodity in commerce, by robbery or extortion or attempts or conspires so to do, or*

commits or threatens physical violence to any person or property in furtherance of a plan or purpose to do anything in violation of this section shall be fined under this title or imprisoned not more than twenty years, or both. (b) As used in this section—(1) The term "robbery" means the unlawful taking or obtaining of personal property from the person or in the presence of another, against his will, by means of actual or threatened force, or violence, or fear of injury, immediate or future, to his person or property, or property in his custody or possession, or the person or property of a relative or member of his family or of anyone in his company at the time of the taking or obtaining.(2) The term "extortion" means the obtaining of property from another, with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right.(3) The term "commerce" means commerce within the District of Columbia, or any Territory or Possession of the United States; all commerce between any point in a State, Territory, Possession, or the District of Columbia and any point outside thereof; all commerce between points within the same State through any place outside such State; and all other commerce over which the United State has jurisdiction. (Exhibit)

28. For I claim I sent a complaint to Alabama Attorney General Steve Marshall. via Certified mail # 7022 2410 0000 3913 7256, requesting Mr. Marshall assistance in enforcing the current laws. Mr. Groulx did not receive a response
**VIOLATIONS:** I feel Attorney General inaction to uphold the laws of the land, violates Oath of Office.

29. For I claim I filed a Consumer Financial Protection Bureau (CFPB) complaint against Defendant (D1, D2, D3, D4). (Exhibit )

30. For I claim CFPB wrote sending Defendant (D3, D4) copies of the letter and negotiable instrument sent to Defendant (D1, D2) (Exhibit)

31. For I claim CFPB informed me CFPB forwarded the Complaint to National Credit Union Administration. (Exhibit )

32. For I claim the National Credit Union Administration informed me NCUA forwarded a complaint to the State of Alabama Credit Union Administration. (Exhibit)

   A.    The State of Alabama Credit Union Administration stated they cannot get involved so long as there is a court matter. (Exhibit)
**VIOLATIONS:** I feel the State of Alabama Credit Union Administration letter is not consistent with the below.

   • **Alabama §5-17-8** Administrator of Alabama Credit Union Administration (c)1 "The administrator may, with the approval of a majority of the Credit Union Board of the Alabama Credit Union Administration, issue a cease and desist order upon finding that the credit union or any officer, director, committee member, or employee has done any one of the following: a. **Committed any violation of a law, rule, or regulation.** (Exhibit)

33. For I claim, after Defendant (D2, D3) failed attempts to coerce contract with Mr. Groulx. Defendant (D1, D2) conspired with Defendant (D3, D4) filed a civil case DV 04-2023-900128.00 against conspiring with Defendant (D5, D6, D7, D8, D9) to unlawfully and illegally secure property from Mr. Groulx who was exercising Mr. Groulx's federally protected activity under the law.

   A.    Mr. Groulx exercised Mr. Groulx's federally protected rights/privileges under **1 United States Code (USC) 112 ["STATUTES AT LARGE" [SHALL BE EVIDENCE OF LAWS];** U.S. Congress. U.S. **Statutes at Large, Volume 48 -1934,** 73rd Congress. United States, - 1934, 1933. Periodical. Retrieved from the Library of Congress, http://www.loc.gov/item/llsl-v48 , U.S. Congress; U.S. **Statutes at Large, Volume 64** -1951, 81st Congress, Session 2. United States, - 1951, 1950. Periodical. Retrieved from the Library of Congress, https://www.loc.gov/item/llsl-v64/ ; **"H.R.5338 - 88th Congress** (1963-1964): An Act to enact the **Uniform Commercial Code** for the District of Columbia, and for other purposes." Congress.gov, Library of Congress, 30 December 1963, https://www.congress.gov/bill/88th-congress/house-bill/5338 aka **(Public Law 88-243 aka UCC); HR 1491, Public No. 1 73rd Congress**

64.  **Alabama Constitution Article 1, Section 7,** *"That no person shall be accused ... except in cases ascertained by law, and according to the form which the same has prescribed; and no person shall be punished but by virtue of a law established and promulgated prior to the offense and legally applied." (Exhibit)*

65.  **Alabama Constitution, Article 1, Section 10.** *"That no person shall be barred from prosecuting or defending before any tribunal in this State, by himself or counsel, any civil cause to which he is a party." (Exhibit)*Mr. Groulx's right to defend himself has been hindered by Defendants (D3, D4, D5, D7, D8, D9).*

66.  **Alabama Constitution, Article 1, Section 13.** *"That all courts shall be open; and that every person, for any injury done him, in his lands, goods, person, or reputation, shall have a remedy by due process of law; and right and justice shall be administered without sale, denial, or delay." (Exhibit)*

Pursuant to **28 USC § 1746(1)** "...any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same, such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:"

I declare under penalty of perjury under the laws of the United States of America [not United States] that the                foregoing                is                true                and                correct. Executed on this the _____ day, of the ____ month, in the year of our Lord and Savior, two thousand twenty-three.



Authorized signature of the represented person. 2-401. Done in good faith. Given for patent rights. All rights reserved. Without prejudice pursuant to UCC 1-207, UCC 1-308, UCC 3-402a. nonrecourse

Notary used without prejudice to my rights:

BE IT REMEMBERED, That on this **10** day of **August** in the year of our LORD, two thousand and twenty-one, personally appeared before me, the Subscriber, a Notary Public for the **Alabama**, Chauncy Richard, party to this Document, known to me personally to be such, and he acknowledged this Document to be his/her act and deed. Given under my hand and seal of office, the day and year aforesaid.

_____ *Savannah Causey* _____ Notary Public Sitting in, and for,
The _____

> SAVANNAH CAUSEY
> My Commission Expires
> June 21, 2026

*CRIMINAL COMPLAINT Page 82 of 82*

homicide is involved, or section 60123(b) of title 49, shall-(A) be fined under this title or imprisoned not more than 5 years, or both; (Exhibit)

- **18 USC §1341.** Frauds and swindles. Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation occurs in relation to, or involving any benefit authorized, transported, transmitted, transferred, disbursed, or paid in connection with, a presidentially declared major disaster or emergency (as those terms are defined in section 102 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5122)), or affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both. (Exhibit)
- **18 USC §1346** Definition of "scheme or artifice to defraud". For the purpose of this chapter, the term "scheme or artifice to defraud" includes a scheme or artifice to deprive another of the intangible rights of honest services. (Exhibit)
- **18 USC §1349.** Attempt and conspiracy Any person who attempts or conspires to commit any offense under this chapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy. (Exhibit)
- **42 USC §1985.** Conspiracy to interfere with civil rights. (3) Depriving persons of rights or privileges. If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws. (Exhibit

58. I feel Attorney General Steve Marshall inaction to support and defend the laws of the United States of America, violated Mr. Marshall Oath of Office; and, Mr. Groulx equal protection **1 U.S.C. 112, Statutes at Large V. 18, 42 U.S.C. 1985, Bill of Rights, United States Constitution, Alabama Constitution** of the laws.

59. **13th Amendment to the Constitution** of the United States of America. (Exhibit)

60. **Bill of Rights IV**. "The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation". (Exhibit)

61. **Bill of Rights V** "No one is to be deprived of life, liberty, or property without due process of law." (Exhibit)

62. **Alabama Constitution Article 1.** "That all men are equally free and independent; that they are endowed by their Creator with certain inalienable rights; that among these are life, liberty and the pursuit of happiness." (Exhibit)

63. **Alabama Constitution Article 1, Section 5,** The people shall be secure in their persons, houses, papers, and possessions from unreasonable seizure or searches, and that no warrants shall issue to search any place or to seize any person or thing without probable cause, supported by oath or affirmation. (Exhibit)

*CRIMINAL COMPLAINT Page 81 of 82*

disbursed, or paid in connection with, a presidentially declared major disaster or emergency (as those terms are defined in section 102 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5122)), or affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both. (Exhibit)

- **18 USC §1346** Definition of "scheme or artifice to defraud". For the purpose of this chapter, the term "scheme or artifice to defraud" includes a scheme or artifice to deprive another of the intangible rights of honest services. (Exhibit)

- **18 USC §1349.** Attempt and conspiracy Any person who attempts or conspires to commit any offense under this chapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy. (Exhibit)

- **42 USC §1985.** Conspiracy to interfere with civil rights. (3) Depriving persons of rights or privileges. If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws. (Exhibit)

57.  For I claim, that Defendants (D1, D2, D3, D4, D5, D6, D7, D8, D9) conspire to deprive Complainant's property of their life, liberty, or their rights and their money, which are their property, without due process of law, and thereby injury, oppress, threaten, or intimidate Complainant in the free exercise of their secured rights, therefore violating.

**VIOLATIONS:** I feel Defendant (D1, D2, D3, D4, D5, D6, D7, D8, D9) actions in collusion have violated

- **1 U.S.C. §112, Statutes at Large V. 18, 42 U.S.C. §1985, Bill of Rights, United States of America Constitution, Alabama Constitution** equal protection of the laws (even aforementioned laws)

- **18 USC §241** Conspiracy against rights. If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; ...with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured. They shall be fined under this title or imprisoned not more than ten years, or both.

- **18 USC §242.** Deprivation of rights under color of law. Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ...punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; (Exhibit)

- **18 USC §245** Federally protected activities.... (b) Whoever, whether or not acting under color of law, by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with... (B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States... (Exhibit)

- **18 USC §1038.** False information and hoaxes (a) Criminal Violation.-(1) In general.- Whoever engages in any conduct with intent to convey false or misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity has taken, is taking, or will take place that would constitute a violation of chapter 2, 10, 11B, 39, 40, 44, 111, or 113B of this title, section 236 of the Atomic Energy Act of 1954 (42 U.S.C. 2284), or section 46502, the second sentence of section 46504, section 46505(b)(3) or (c), section 46506 if homicide or attempted

56. For I claim, according to Autauga Case detail, July 11, 2023 the court entered "motion for service by ordinary mail." (Exhibit)

   1.     According to the USPS meter stamp from court, the date shows July 19, 2023.

       I.     If the court in fact, had the motion on July 11, 2023, then it seems reasonable the court and Defendant (D3,D4) could have presented it to Mr. Groulx during July 18, 2023 hearing.

      II.     On the other hand, the USPS meter stamp does support, Defendant (D5) statement to Defendant (D3) to backdate the motion, reflected in the case detail.

      III.     Or is Defendant (D5) claiming the court held a motion filed July 11, 2023 until July 19, 2023 and then mailed it?

**VIOLATIONS:** I feel Defendant (D5) actions violate Oath of Office to uphold the laws of the land and operate in honesty and integrity.

- ***18 USC §241*** *Conspiracy against rights. If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; ...with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured. They shall be fined under this title or imprisoned not more than ten years, or both.*

- ***18 USC §242.*** *Deprivation of rights under color of law. Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ...punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; (Exhibit)*

- ***18 USC §245*** *Federally protected activities.... (b) Whoever, whether or not acting under color of law, by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with... (B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States... (Exhibit)*

- ***18 USC §1038.*** *False information and hoaxes (a) Criminal Violation.-(1) In general.- Whoever engages in any conduct with intent to convey false or misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity has taken, is taking, or will take place that would constitute a violation of chapter 2, 10, 11B, 39, 40, 44, 111, or 113B of this title, section 236 of the Atomic Energy Act of 1954 (42 U.S.C. 2284), or section 46502, the second sentence of section 46504, section 46505(b)(3) or (c), section 46506 if homicide or attempted homicide is involved, or section 60123(b) of title 49, shall-(A) be fined under this title or imprisoned not more than 5 years, or both; (Exhibit)*

- ***18 USC §1341.*** *Frauds and swindles. Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation occurs in relation to, or involving any benefit authorized, transported, transmitted, transferred,*

*CRIMINAL COMPLAINT Page 79 of 82*

B.  If Defendant (D3, D5) in honest dealings believed or knew Mr. Groulx had been served, why would Defendant (D3) be acting to serve the summons on Mr. Groulx?  By the actions of Defendant (D3, D5) it leads a reasonable person to ascertain, Defendant (D3, D5) knows Mr. Groulx was not.

**VIOLATIONS:** I know Defendant (D5) made a false statement in court, and I believe said action violate.

- ● ***Oath of Office***
- ● ***18 USC §1001****. Statements or entries generally. Whoever, in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraudulent statements or representations, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be fined under this title or imprisoned not more than five years, or both. (Exhibit)*
- ● ***18 USC §1038****. False information and hoaxes (a) Criminal Violation.-(1) In general.- Whoever engages in any conduct with intent to convey false or misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity has taken, is taking, or will take place that would constitute a violation of chapter 2, 10, 11B, 39, 40, 44, 111, or 113B of this title, section 236 of the Atomic Energy Act of 1954 (42 U.S.C. 2284), or section 46502, the second sentence of section 46504, section 46505(b)(3) or (c), section 46506 if homicide or attempted homicide is involved, or section 60123(b) of title 49, shall-(A) be fined under this title or imprisoned not more than 5 years, or both; (Exhibit)*
- ● ***18 USC §1341****. Frauds and swindles. Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation occurs in relation to, or involving any benefit authorized, transported, transmitted, transferred, disbursed, or paid in connection with, a presidentially declared major disaster or emergency (as those terms are defined in section 102 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5122)), or affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both. (Exhibit)*
- ● ***18 USC §1346*** *Definition of 'scheme or artifice to defraud". For the purpose of this chapter, the term "scheme or artifice to defraud" includes a scheme or artifice to deprive another of the intangible rights of honest services. (Exhibit)*

**VIOLATIONS:** I feel Defendant (D4) had an Professional Ethic duty, to report the unlawful activity of Defendant (D5) backdating a motion, to mislead the court.

**CASE LAW** I believe it also could be seen as a fraud upon the court.

- ● *Any false representation of material facts made with knowledge of falsity and with intent that it shall be acted on by another in entering into contract, and which is so acted upon, constitutes 'fraud,' and entitles the party deceived to avoid contract or recover damages."* ***Barnsdall Refining Corn. v. Birnam Wood Oil Co. 92 F 26 817.***

- ***18 USC §245*** *Federally protected activities.... (b) Whoever, whether or not acting under color of law, by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with... (B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States... (Exhibit)*
- ***18 USC §1038.*** *False information and hoaxes (a) Criminal Violation.-(1) In general.- Whoever engages in any conduct with intent to convey false or misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity has taken, is taking, or will take place that would constitute a violation of chapter 2, 10, 11B, 39, 40, 44, 111, or 113B of this title, section 236 of the Atomic Energy Act of 1954 (42 U.S.C. 2284), or section 46502, the second sentence of section 46504, section 46505(b)(3) or (c), section 46506 if homicide or attempted homicide is involved, or section 60123(b) of title 49, shall-(A) be fined under this title or imprisoned not more than 5 years, or both; (Exhibit)*
- ***18 USC §1341.*** *Frauds and swindles. Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation occurs in relation to, or involving any benefit authorized, transported, transmitted, transferred, disbursed, or paid in connection with, a presidentially declared major disaster or emergency (as those terms are defined in section 102 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5122)), or affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both. (Exhibit)*
- ***18 USC §1346*** *Definition of 'scheme or artifice to defraud". For the purpose of this chapter, the term "scheme or artifice to defraud" includes a scheme or artifice to deprive another of the intangible rights of honest services. (Exhibit)*
- ***18 USC §1349.*** *Attempt and conspiracy Any person who attempts or conspires to commit any offense under this chapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy. (Exhibit)*
- ***42 USC §1985.*** *Conspiracy to interfere with civil rights. (3) Depriving persons of rights or privileges. If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws. (Exhibit)*

55.  For I claim, I personally witnessed, as did the courtroom camera, and many people who attended court, July 18, 2023 Defendant (D3) asked Defendant (D5) if Mr. Groulx had been served. Defendant (D5) stated 'yes'. For I claim, Defendant (D5) statements are not truthful.

   A.  Yet, Defendant (D3) told Defendant (D5) they filed to have Mr. Groulx served, and to provide for a few days.

disbursed, or paid in connection with, a presidentially declared major disaster or emergency (as those terms are defined in section 102 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5122)), or affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both. (Exhibit)

- **18 USC §1346** Definition of 'scheme or artifice to defraud'. For the purpose of this chapter, the term "scheme or artifice to defraud" includes a scheme or artifice to deprive another of the intangible rights of honest services. (Exhibit)

- **18 USC §1349.** Attempt and conspiracy Any person who attempts or conspires to commit any offense under this chapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy. (Exhibit)

- **42 USC §1985.** Conspiracy to interfere with civil rights. (3) Depriving persons of rights or privileges. If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws. (Exhibit)

52. For I claim, the court has the power to punish the misbehavior of any person who obstructs the administration of justice.
    **VIOLATIONS:** I feel Defendant (D5, D8) actions necessitate the court exercise the 'power of the court'.

- **18 USC §401** Power of the Court. A court of the United States shall have power to punish by fine or imprisonment, or both, at its discretion, such contempt of its authority, and none other, as— (1) Misbehavior of any person in its presence or so near thereto as to obstruct the administration of justice; (2) Misbehavior of any of its officers in their official transactions; (3) Disobedience or resistance to its lawful writ, process, order, rule, decree, or command. (Exhibit)

53. For I claim at all times relevant, Mr. Groulx was endowed with certain clearly established and unalienable rights which are protected by the **Constitution for the United States of America.**

54. I claim that Defendants (D1, D2, D3, D4, D5, D6, D7, D8, D9) conspire to involved Mr. Groulx in a fraud against himself/herself, which violates his/her faith and right of conscience, and thereby injure, oppress, threaten, or intimate Mr. Groulx in the free exercise of his/her rights, which is secured to him/her by the **1st Amendment of the Constitution.**
    **VIOLATIONS:** I feel Defendant (D1, D2, D3, D4, D5, D6, D7, D8, D9) action have conspired to violate

- **1 U.S.C. §112, Statutes at Large V. 18, 42 U.S.C. §1985, Bill of Rights, United States of America Constitution, Alabama Constitution** equal protection under the law(s).

- **18 USC §241** Conspiracy against rights. If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; ...with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured. They shall be fined under this title or imprisoned not more than ten years, or both. (Exhibit)

- **18 USC §242.** Deprivation of rights under color of law. Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ...punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; (Exhibit)

information indicates that an activity has taken, is taking, or will take place that would constitute a violation ...shall-(A) be fined under this title or imprisoned not more than 5 years, or both; (Exhibit)

- **18 USC §1623** *False Declaration before court. (a) Whoever under oath (or in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 of title 28, United States Code) in any proceeding before or ancillary to any court or grand jury of the United States knowingly makes any false material declaration or makes or uses any other information, including any book, paper, document, record, recording, or other material, knowing the same to contain any false material declaration, shall be fined under this title or imprisoned not more than five years, or both... (Exhibit)*

**VIOLATIONS:** I feel Defendant (D5) actions violate

- **18 USC §241** *Conspiracy against rights. If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; ...with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured. They shall be fined under this title or imprisoned not more than ten years, or both.*

- **18 USC §242.** *Deprivation of rights under color of law. Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ...punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; (Exhibit)*

- **18 USC §245** *Federally protected activities.... (b) Whoever, whether or not acting under color of law, by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with... (B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States...(Exhibit)*

- **18 USC §1038.** *False information and hoaxes (a) Criminal Violation.-(1) In general.- Whoever engages in any conduct with intent to convey false or misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity has taken, is taking, or will take place that would constitute a violation of chapter 2, 10, 11B, 39, 40, 44, 111, or 113B of this title, section 236 of the Atomic Energy Act of 1954 (42 U.S.C. 2284), or section 46502, the second sentence of section 46504, section 46505(b)(3) or (c), section 46506 if homicide or attempted homicide is involved, or section 60123(b) of title 49, shall-(A) be fined under this title or imprisoned not more than 5 years, or both; (Exhibit)*

- **18 USC §1341.** *Frauds and swindles. Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation occurs in relation to, or involving any benefit authorized, transported, transmitted, transferred,*

- **42 USC §1985.** *Conspiracy to interfere with civil rights. (3) Depriving persons of rights or privileges. If two or more persons in any State or Territory conspire ... for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; (Exhibit)*

50.   For I claim, Defendant (D5) filed in the record (Exhibit)

A.   Date : 7/25/2023 12:02:21 PM. Comments : D001-OTHER /DISPOSED BY SEPARATE ORDER

B.   Date : 7/25/2023 12:02:27 PM. Comments : D001-OTHER /DISPOSED BY SEPARATE ORDER

C.   The documents in the record, posted by Defendant (D5) state "Defendant's motion for an order compelling plaintiff and Process server to answer interrogatories are denied". (Exhibit)

**VIOLATIONS:** I feel Defendant (D5) actions violate

- Equal protection under the law(s) *United States of America Constitution,* due process rights and others aforementioned.
- **18 USC §402** *"Contempts constituting crimes. Any person, corporation or association willfully disobeying any lawful <u>writ, process, order, rule, decree, or command</u> of any district court of the United States or any court of the District of Columbia, by doing any act or thing therein, or thereby forbidden, if the act or thing so done be of such character as to constitute also a criminal offense under any statute of the United States or under the laws of any State in which the act was committed, shall be prosecuted for such contempt as provided in section 3691 of this title and shall be punished by a fine under this title or imprisonment, or both." (Exhibit)*
- **Bill of Rights V** *"No one is to be deprived of life, liberty, or property without due process of law."*
- **Alabama Constitution, Article 1, Section 13.** *"That all courts shall be open; and that every person, for any injury done him, in his lands, goods, person, or reputation, shall have a remedy by due process of law; and right and justice shall be administered without sale, denial, or delay."*

51.   For I claim, Defendant (D5) filed in the record "Defendant was physically present in Court, but refused to approach the bench and would only repeat the words "I am making a special appearance."

**VIOLATIONS:** I saw first hand, the statement filed in court record by Defendant (D5), is false and misleading; and therefore violates

- Violates     Defendant     (D5)     Oath     of     office. https://www.sos.alabama.gov/sites/default/files/Oaths%20of%20Office/DistrictCourtJudge.pdf
  "I [Jessica Kelley Sanders], solemnly swear (or affirm as the case may be) that I will support the Constitution of the United States, and the Constitution of the State of Alabama, so long as I continue a citizen thereof; and that I will <u>faithfully and honestly discharge the duties of the office</u> upon which I am about to enter, to the best of my ability. So help me God."
- **18 USC §1001.** *Statements or entries generally. Whoever, in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraudulent statements or representations, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be fined under this title or imprisoned not more than five years, or both. (Exhibit)*
- **18 USC §1038.** *False information and hoaxes (a) Criminal Violation.-(1) In general.- Whoever engages in any conduct with intent to convey false or misleading information under circumstances where such information may reasonably be believed and where such*

*afterward disqualified from holding any office under the Government of the United States. (Exhibit)*

49. For I claim, Defendant (D5) denied Motion to Compel sent by Mr. Groulx, limiting Mr. Groulx's questions to five (5). Mr. Groulx is entitled to equal protection under the law(s) per **United States of America Constitution, Alabama Constitution, Bill of Rights** and aforementioned above.

**VIOLATIONS:** I feel Defendant (D5) actions violate **Civil Rules of Procedure.**

- Rule 33 states "A party shall not propound more than forty (40) interrogatories to any other party without leave of court.

**VIOLATION:** I believe Defendants (D5) ongoing actions violate

- **1 U.S.C. §112, Statutes at Large V. 18, 42 U.S.C. §1985, Bill of Rights, United States of America Constitution, Alabama Constitution** to equal protection of the laws (even aforementioned laws)

- **18 USC §241** *Conspiracy against rights. If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; ...with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured. They shall be fined under this title or imprisoned not more than ten years, or both. (Exhibit)*

- **18 USC §242.** *Deprivation of rights under color of law. Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ...punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; (Exhibit)*

- **18 USC §245** *Federally protected activities.... (b) Whoever, whether or not acting under color of law, by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with... (B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States... (Exhibit)*

*[the above federal statutes and laws are a benefit, service, privilege, activity Mr. Groulx is exercising]*

- **18 USC §1349.** *Attempt and conspiracy Any person who attempts or conspires to commit any offense under this chapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy. (Exhibit)*

- **18 USC §1951.** *Interference with commerce by threats or violence (a) Whoever in any way or degree obstructs, delays, or affects commerce or the movement of any article or commodity in commerce, by robbery or extortion or attempts or conspires so to do, or commits or threatens physical violence to any person or property in furtherance of a plan or purpose to do anything in violation of this section shall be fined under this title or imprisoned not more than twenty years, or both. (b) As used in this section—(1) The term "robbery" means the unlawful taking or obtaining of personal property from the person or in the presence of another, against his will, by means of actual or threatened force, or violence, or fear of injury, immediate or future, to his person or property, or property in his custody or possession, or the person or property of a relative or member of his family or of anyone in his company at the time of the taking or obtaining.(2) The term "extortion" means the obtaining of property from another, with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right.(3) The term "commerce" means commerce within the District of Columbia, or any Territory or Possession of the United States; ... all other commerce over which the United States has jurisdiction. (Exhibit)*

*CRIMINAL COMPLAINT Page 73 of 82*

*or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws. (Exhibit)*

47.    For I claim, Defendant (D5) was sent via USPS 9589 0710 5270 0081 9128 31 a 2nd copy of Jurisdictional Challenge, a 3rd copy of Rebuttal to Complaint, a 3rd copy Demand for Particulars and a Motion to Dismiss. (Exhibit)

48.    For I claim, if Mr. Groulx made photo copies of the original documents sent to Defendant (D5), should not the signatures be on the original that is on the copy? (Exhibit)

   A.    Mr. Groulx is in possession of documents that were sent to the court, and the records in the court are **not** mirror copies but are incomplete.

**VIOLATIONS:**

- *18 USC § 2076 - Clerk of United States District Court: Whoever, being a clerk of a district court of the United States, willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both. (Exhibit)*

- *18 USC § 2071 - Concealment, removal, or mutilation generally: (a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both. (b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. (Exhibit)*

- *U.S. Congress. U.S. Statutes at Large, Volume 18 -1875: 43rd Congress; Revised Statutes in Force, Relating to D.C., and Post Roads; Public Treaties in Force. United States - 1875, 1873. Periodical. Retrieved from the Library of Congress, <www.loc.gov/item/llsl-v18/>.*

   o    *Sec. §5403. Every person who willfully destroys or attempts to destroy, or with intent to steal or destroy, takes and carries away any record, paper, or proceeding of a court of justice, filed or deposited with any clerk or officer of such court, or any paper, or document, or record filed or deposited in any public office, or with any judicial or public officer, shall without reference to the value of the record, paper, document or proceeding so taken, pay a fine of not more than two thousand dollars, or suffer imprisonment, at hard labor, not more than three years, or both. (Exhibit)*

   o    *Sec. §5407. If two or more persons in any State or Territory conspire for the purpose of impeding, hindering, obstructing or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injury him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of person, to the equal protection of the laws, each of such person shall be punished by a fine of not less than five hundred nor more than five thousand dollars, or by imprisonment, with or without hard labor, not less than six months nor more than six years, or by both such fine and imprisonment. (Exhibit)*

   o    *Sec. §5408. Every officer, having the custody of any record, document, paper, or proceeding specified in section fifty-four hundred and three, who fraudulently takes away, or withdraws, or destroys any such record, document, paper, or proceeding filed in his office or deposited with him or in his custody shall pay a fine of not more than two thousand dollars, or suffer imprisonment at hard labor not more than three years, or both; and shall moreover, forfeit his office and be forever*

*afterward disqualified from holding any office under the Government of the United States. (Exhibit)*

**VIOLATIONS:** I feel Defendant (D8) actions violate Mr. Groulx's rights.

- *Mr. Groulx is entitled **to equal protection of the laws, United States of America Constitution, Bill of Rights, Alabama Constitution, Statutes at Large** and (even aforementioned laws)*

- *U.S. Congress. U.S. **Statutes at Large**, Volume 48 -1934, 73rd Congress. United States - 1934, 1933. Periodical. Retrieved from the Library of Congress, <www.loc.gov/item/llsl-v48/>. Senate Document 43, April 17, 1933, Part 14. "The laws of the United States recognize two kinds of money, names coin and paper... **'Dollars in currency' means dollars in notes or any paper money current in the community...as a legal medium there could be no distinction** between notes and gold....the **court's judgment is not for payment in articles in kind, but for the damages resulting to the creditor in consequences of breach of contract**, and this judgment can be paid off and satisfied in whatever money the law has clothes with the attributes of legal tender....it is only by virtue of law that paper notes are money or legal tender; it is only by virtue of law that either coin or paper has a declared value; and only by virtue of law can coin and paper be maintained at a parity in order to afford a proper medium of exchange....the **COURTS CANNOT CONTROL OUR CITIZENS' PREFERENCES FOR ONE KIND OF MONEY OVER ANOTHER KIND, OR PREVENT THEM FROM GIVING "***

- ***18 USC §241** Conspiracy against rights. If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; ...with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured. They shall be fined under this title or imprisoned not more than ten years, or both. (Exhibit)*

- ***18 USC §242.** Deprivation of rights under color of law. Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ...punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; (Exhibit)*

- ***18 USC §245** Federally protected activities.... (b) Whoever, whether or not acting under color of law, by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with... (B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States... (Exhibit)*

- ***18 USC §371** Conspiracy to commit Offense to defraud the United States. If two or more persons conspire either to commit any offense against the United States, or to defraud the United States, or any agency thereof in any manner or for any purpose, and one or more of such persons do any act to effect the object of the conspiracy, each shall be fined under this title or imprisoned not more than five years, or both. If, however, the offense, the commission of which is the object of the conspiracy, is a misdemeanor only, the punishment for such conspiracy shall not exceed the maximum punishment provided for such misdemeanor. (Exhibit)*

- ***18 USC §1349.** Attempt and conspiracy Any person who attempts or conspires to commit any offense under this chapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy. (Exhibit)*

- ***42 USC §1985.** Conspiracy to interfere with civil rights. (3) Depriving persons of rights or privileges. If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly*

46.     For I claim Defendant (D8) refused to file Rebuttal to Complaint, and Demand for Particulars in the record shortly after receiving twice (2) June 5th and 7th, 2023. (Exhibit) As of June 22, 2023, the Rebuttal Response to Complaint and Demand for Particulars was not listed in the court record. (Exhibit) To date, Mr. Groulx has not received a response from the court or Defendant (D5, D8).

**VIOLATIONS:** I feel Defendant (D8, D5) actions violate **CASE LAW**

- *An instrument is deemed in law filed at the time it is delivered to the clerk, regardless of whether the instrument is file marked.* **Standard Fire Ins. Co. v. LaCoke, 585 S.W.2d 678,   680   (Tex.1979);** Hanover   Fire   Ins.   Co.   v. **Shrader, 89 Tex. 35, 42, 33 S.W. 112, 113 (1895);** Turner v. State, *41 Tex. 549, 552   (1874);* Holman   v.   Chevaillier, *14 Tex. 337,   339-40   (1855);* Beal   v. **Alexander, 6 Tex. 531, 541 (1855)**

**VIOLATIONS:** I feel Defendant (D5, D8) actions to return documents sent to the court violate

- *18 USC § 2076 - Clerk of United States District Court: Whoever, being a clerk of a district court of the United States, willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both. (Exhibit)*

- *18 USC § 2071 - Concealment, removal, or mutilation generally: (a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both. (b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. (Exhibit)*

- *U.S. Congress. U.S. Statutes at Large, Volume 18 -1875: 43rd Congress;* Revised Statutes in Force, Relating to D.C., and Post Roads; Public Treaties in Force. United States - 1875, 1873. Periodical. Retrieved from the Library of Congress, <www.loc.gov/item/llsl-v18/>.
  - *Sec. §5403. Every person who willfully destroys or attempts to destroy, or with intent to steal or destroy, takes and carries away any record, paper, or proceeding of a court of justice, filed or deposited with any clerk or officer of such court, or any paper, or document, or record filed or deposited in any public office, or with any judicial or public officer, shall without reference to the value of the record, paper, document or proceeding so taken, pay a fine of not more than two thousand dollars, or suffer imprisonment, at hard labor, not more than three years, or both. (Exhibit)*
  - *Sec. §5407. If two or more persons in any State or Territory conspire for the purpose of impeding, hindering, obstructing or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injury him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of person, to the equal protection of the laws, each of such person shall be punished by a fine of not less than five hundred nor more than five thousand dollars, or by imprisonment, with or without hard labor, not less than six months nor more than six years, or by both such fine and imprisonment. (Exhibit)*
  - *Sec. §5408. Every officer, having the custody of any record, document, paper, or proceeding specified in section fifty-four hundred and three, who fraudulently takes away, or withdraws, or destroys any such record, document, paper, or proceeding filed in his office or deposited with him or in his custody shall pay a fine of not more than two thousand dollars, or suffer imprisonment at hard labor not more than three years, or both; and shall moreover, forfeit his office and be forever*

*CRIMINAL COMPLAINT Page 70 of 82*

- ***18 USC §1349.*** *Attempt and conspiracy Any person who attempts or conspires to commit any offense under this chapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy. (Exhibit)*
- ***42 USC §1985.*** *Conspiracy to interfere with civil rights. (3) Depriving persons of rights or privileges. If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws. (Exhibit)*

45. For I claim, Mr. Groulx was denied 'complainant filing' but Mr. Groulx has not received a copy of the summons or complaint filed May 2023. Mr. Groulx has not received due process, when Mr. Groulx lacks being informed of what Defendant (D8) denied submitted by Mr. Groulx .

**VIOLATIONS:** I feel Defendant (D5, D8) actions violate Mr. Groulx's equal protection under the law(s).

- ***42 U.S.C. §1985*** *to equal protection of the laws,* **United States of America Constitution, Alabama Constitution, Bill of Rights, Statutes at Large** *and (even aforementioned laws)*
- *U.S. Congress. U.S. Statutes at Large, Volume 18 -1875: "...the <u>court's judgment is not for payment in articles in kind, but for the damages resulting to the creditor in consequences of breach of contract... the courts cannot control our citizens' preferences for one kind of money over another kind, or prevent them from giving...intent to deny to any citizen the equal protection of the laws...</u>"*
- ***18 USC §402.*** *Contempts constituting crimes. Any person, corporation or association willfully disobeying any lawful writ, process, order, rule, decree, or command of any district court of the United States or any court of the District of Columbia, by doing any act or thing therein, or thereby forbidden, if the act or thing so done be of such character as to constitute also a criminal offense under any statute of the United States or under the laws of any State in which the act was committed, shall be prosecuted for such contempt as provided in section 3691 of this title and shall be punished by a fine under this title or imprisonment, or both. (Exhibit)*

***Federal Rules of Civil Procedure***
- ***Rule 4*** *mandates "(A) delivering a copy of the summons and of the complaint to the individual personally; (B) leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there; or (Exhibit)*
- ***Rule 5.2.*** *Privacy Protection for Filings Made with the Court state (a) Redacted Filings. "electronic or paper filing with the court that contains an individual's social security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or a financial-account number, a party or nonparty making the filing may include only: (1) the last four digits of the social-security number and tax-payer-identification number; (2) the year of the individual's birth; (3) the minor's initials; and (4) the last four digits of the financial-account number. (Exhibit)*
- ***Rule 12 (h),*** *"if the court determines at any time that it lacks jurisdiction, the court must dismiss the action." (Exhibit)*

***Alabama Civil Rule of Procedure***
- ***Rule 4*** *mandates "serving the individual or by leaving a copy of the summons and the complaint at the individual's dwelling house or usual place of abode." (Exhibit)*
- ***Rule 4*** *states "If service of process is refused, and the certified mail receipt or the return of the person serving process states that service of process has been refused, the clerk shall send by ordinary mail a copy of the summons or other process and complaint or other document to be served to the defendant at the address set forth in the complaint or other document to be served." (Exhibit)*

*- 1875, 1873. Periodical. Retrieved from the Library of Congress, <www.loc.gov/item/llsl-v18/>.*

○ **Sec. §5403.** *Every person who willfully destroys or attempts to destroy, or with intent to steal or destroy, takes and carries away any record, paper, or proceeding of a court of justice, filed or deposited with any clerk or officer of such court, or any paper, or document, or record filed or deposited in any public office, or with any judicial or public officer, shall without reference to the value of the record, paper, document or proceeding so taken, pay a fine of not more than two thousand dollars, or suffer imprisonment, at hard labor, not more than three years, or both. (Exhibit)*

○ **Sec. §5407.** *If two or more persons in any State or Territory conspire for the purpose of impeding, hindering, obstructing or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injury him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of person, to the equal protection of the laws, each of such person shall be punished by a fine of not less than five hundred nor more than five thousand dollars, or by imprisonment, with or without hard labor, not less than six months nor more than six years, or by both such fine and imprisonment. (Exhibit)*

○ **Sec. §5408.** *Every officer, having the custody of any record, document, paper, or proceeding specified in section fifty-four hundred and three, who fraudulently takes away, or withdraws, or destroys any such record, document, paper, or proceeding filed in his office or deposited with him or in his custody shall pay a fine of not more than two thousand dollars, or suffer imprisonment at hard labor not more than three years, or both; and shall moreover, forfeit his office and be forever afterward disqualified from holding any office under the Government of the United States. (Exhibit)*

**VIOLATIONS:** I feel Defendant (D8) actions violate Mr. Groulx's rights.

- **18 USC §241** *Conspiracy against rights. If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; ...with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured. They shall be fined under this title or imprisoned not more than ten years, or both. (Exhibit)*

- **18 USC §242.** *Deprivation of rights under color of law. Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ...punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; (Exhibit)*

- **18 USC §245** *Federally protected activities.... (b) Whoever, whether or not acting under color of law, by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with... (B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States... (Exhibit)*

- **18 USC §371** *Conspiracy to commit Offense to defraud United States. If two or more persons conspire either to commit any offense against the United States, or to defraud the United States, or any agency thereof in any manner or for any purpose, and one or more of such persons do any act to effect the object of the conspiracy, each shall be fined under this title or imprisoned not more than five years, or both. If, however, the offense, the commission of which is the object of the conspiracy, is a misdemeanor only, the punishment for such conspiracy shall not exceed the maximum punishment provided for such misdemeanor.*

*States, ...punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; (Exhibit)*

- *18 USC §245 Federally protected activities.... (b) Whoever, whether or not acting under color of law, by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with... (B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States... (Exhibit)*

- *18 USC §371 Conspiracy to commit Offense to defraud United States. If two or more persons conspire either to commit any offense against the United States, or to defraud the United States, or any agency thereof in any manner or for any purpose, and one or more of such persons do any act to effect the object of the conspiracy, each shall be fined under this title or imprisoned not more than five years, or both. If, however, the offense, the commission of which is the object of the conspiracy, is a misdemeanor only, the punishment for such conspiracy shall not exceed the maximum punishment provided for such misdemeanor. (Exhibit)*

- *§1349. Attempt and conspiracy Any person who attempts or conspires to commit any offense under this chapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy. (Exhibit)*

- *42 USC §1985. Conspiracy to interfere with civil rights. (3) Depriving persons of rights or privileges. If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws. (Exhibit)*

44. For I claim Defendant (D8) was sent Motion for Rebuttal and Demand for Particulars for Mr. Groulx civil case, via email 6-7-2023 and fax 6-5-2023 (Exhibit). Defendant (D8) returned the filing sent via fax stating Defendant (D8) cannot accept documents faxed. (Exhibit)

**VIOLATIONS: CASE LAW**

- *An instrument is deemed in law filed at the time it is delivered to the clerk, regardless of whether the instrument is file marked. Standard Fire Ins. Co. v. LaCoke, 585 S.W.2d 678, 680 (Tex.1979); Hanover Fire Ins. Co. v. Shrader, 89 Tex. 35, 42, 33 S.W. 112, 113 (1895); Turner v. State, 41 Tex. 549, 552 (1874); Holman v. Chevaillier, 14 Tex. 337, 339-40 (1855); Beal v. Alexander, 6 Tex. 531, 541 (1855)*

- *Biffle v Morton Rubber Indus., Inc., 785 SW 2d 143, 144 - Documents are deemed filed when delivered to clerk*

**VIOLATIONS:** I feel Defendant (D5, D8) actions returning documents sent to the court violate

- *18 U.S. Code § 2076 - Clerk of United States District Court: Whoever, being a clerk of a district court of the United States, willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both. (Exhibit)*

- *18 U.S. Code § 2071 - Concealment, removal, or mutilation generally: (a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both. (b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. (Exhibit)*

- *U.S. Congress. U.S. Statutes at Large, Volume 18 -1875: 43rd Congress; Revised Statutes in Force, Relating to D.C., and Post Roads; Public Treaties in Force. United States*

*CRIMINAL COMPLAINT Page 67 of 82*

- ***U.S. Congress. U.S. Statutes at Large, Volume 18 -1875: 43rd Congress;*** *Revised Statutes in Force, Relating to D.C., and Post Roads; Public Treaties in Force. United States - 1875, 1873. Periodical. Retrieved from the Library of Congress, <www.loc.gov/item/llsl-v18/>.*
- ***Sec. §5403.*** *Every person who willfully destroys or attempts to destroy, or with intent to steal or destroy, takes and carries away any record, paper, or proceeding of a court of justice, filed or deposited with any clerk or officer of such court, or any paper, or document, or record filed or deposited in any public office, or with any judicial or public officer, shall without reference to the value of the record, paper, document or proceeding so taken, pay a fine of not more than two thousand dollars, or suffer imprisonment, at hard labor, not more than three years, or both. (Exhibit)*
- ***Sec. §5407.*** *If two or more persons in any State or Territory conspire for the purpose of impeding, hindering, obstructing or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injury him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of person, to the equal protection of the laws, each of such person shall be punished by a fine of not less than five hundred nor more than five thousand dollars, or by imprisonment, with or without hard labor, not less than six months nor more than six years, or by both such fine and imprisonment. (Exhibit)*
- ***Sec. §5408.*** *Every officer, having the custody of any record, document, paper, or proceeding specified in section fifty-four hundred and three, who fraudulently takes away, or withdraws, or destroys any such record, document, paper, or proceeding filed in his office or deposited with him or in his custody shall pay a fine of not more than two thousand dollars, or suffer imprisonment at hard labor not more than three years, or both; and shall moreover, forfeit his office and be forever afterward disqualified from holding any office under the Government of the United States. (Exhibit)*

43. Shortly after Mr. Groulx's filing of Jurisdictional Challenge, Defendant (D5) according to Autauga County electronic filing records on June 3, 2023 issued an Order to coerce Mr. Groulx to contract on July 18, 2023. (Exhibit) Allow me to remind you, Mr. Groulx had not received a copy of the summons and complaint from the court as required under Federal and State Civil Rules of Procedure.

**VIOLATIONS:** Defendant (D5, D8) actions feel like a violation of Mr. Groulx's rights to equal protection of the law(s)

- ***1 U.S.C. §112, Statutes at Large V. 18, 42 U.S.C. §1985, Bill of Rights, United States of America Constitution, Alabama Constitution to equal protection of the laws (even aforementioned laws)***
- *U.S. Congress. U.S.* ***Statutes at Large, Volume 18 -1875:*** *"...the <u>court's judgment is not for payment in articles in kind, but for the damages resulting to the creditor in consequences of breach of contract... the COURTS CANNOT CONTROL OUR CITIZENS' PREFERENCES FOR ONE KIND OF MONEY OVER ANOTHER KIND, OR PREVENT THEM FROM GIVING...INTENT TO DENY TO ANY CITIZEN THE EQUAL PROTECTION OF THE LAWS...</u>"*
- ***18 USC §241*** *Conspiracy against rights. If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; ...with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured. They shall be fined under this title or imprisoned not more than ten years, or both. (Exhibit)*
- ***18 USC §242.*** *Deprivation of rights under color of law. Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United*

- *1 U.S.C. §112, Statutes at Large V. 18, 42 U.S.C. §1985, Bill of Rights, United States of America Constitution, Alabama Constitution to equal protection of the laws (even aforementioned laws)*
- *Alabama Rules of Civil Procedure Rule 5. ...every order required by its terms to be served, every pleading subsequent to the original complaint unless the court otherwise orders because of numerous defendants, every paper relating to discovery required to be served upon a party unless the court otherwise orders, every written motion other than one which may be heard ex parte, and every written notice, appearance, demand, offer of judgment, designation of record on appeal, and similar paper shall be served upon each of the parties.. (Exhibit)*
- *38 USC §45 (c) Notice of Court Actions... Immediately upon issuance of an opinion, memorandum decision, or order, or entry of judgment, the Clerk shall send a copy to each party to the proceeding, and shall note the date of issuance in the docket. (Exhibit)*
- Due process requires, at a minimum, that an individual be given a meaningful opportunity to be heard prior to being subjected to force of law to a significant deprivation...That the hearing required by due process is subject to waiver, and is not fixed in form, does not affect its root requirement that an individual be given an opportunity for a hearing before he is deprived of any significant property interest..."**[401 US 378-379] Randone v. Appellant Dept. 1971, 5 C 3d 536, 550. KHV and HEC.**
- **42 USC §1985** "Conspiracy to interfere with civil rights. (3) Depriving persons of rights or privilege. If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws." (Exhibit)

E.    Mr. Groulx was informed that the Motion of Jurisdictional Challenge was missing the signature page of Mr. Groulx when it was uploaded. Court shows 8 pages, while the Motion for Jurisdictional Challenge consists of 9 pages (includes Mr. Groulx signature and the notary signature). (Exhibit)

## VIOLATION: CASE LAW

- *An instrument is deemed in law filed at the time it is delivered to the clerk, regardless of whether the instrument is file marked. Standard Fire Ins. Co. v. LaCoke, 585 S.W.2d 678, 680 (Tex.1979); Hanover Fire Ins. Co. v. Shrader, 89 Tex. 35, 42, 33 S.W. 112, 113 (1895); Turner v. State, 41 Tex. 549, 552 (1874); Holman v. Chevaillier, 14 Tex. 337, 339-40 (1855); Beal v. Alexander, 6 Tex. 531, 541 (1855)*
- *Biffle v Morton Rubber Indus., Inc., 785 SW 2d 143, 144 - Documents are deemed filed when delivered to clerk*

**VIOLATIONS:** I feel Defendant (D5, D8) actions violate

- *18 U.S. Code § 2076 - Clerk of United States District Court: Whoever, being a clerk of a district court of the United States, willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both. (Exhibit)*
- *18 US. Code § 2071 - Concealment, removal, or mutilation generally: (a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both. (b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. (Exhibit)*

deprived of any significant property interest..."[401 US 378-379] **Randone v. Appellant Dept. 1971, 5 C 3d 536, 550. KHV and HEC.**

- *42 USC §1985 "Conspiracy to interfere with civil rights. (3) Depriving persons of rights or privilege. If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws." (Exhibit)*

42. For I claim I sent, the Jurisdiction Challenge, to Defendant (D8), May 26, 2023, via USPS 9589 0710 5270 0081 9115 44 accepted 5-30-2023; and to Defendant (D4) via USPS 9589 0710 5270 0081 9114 90. (Exhibit)

A. Mr. Groulx was not provided information from the court and/or court clerk, on the status of the filing.

**VIOLATIONS:** I feel the actions of Defendant (D5, D8) violate

- *38 USC §45 (c) Notice of Court Actions... Immediately upon issuance of an opinion, memorandum decision, or order, or entry of judgment, the Clerk shall send a copy to each party to the proceeding, and shall note the date of issuance in the docket. (Exhibit)*

B. 6-2-2023 'Answer of Complaint denied'; yet, Mr. Groulx does not know what 'denied' was for. (Exhibit)

**VIOLATIONS:** I feel Defendant (D5, D8) actions violate

- *1 U.S.C. §112, Statutes at Large V. 18, 42 U.S.C. §1985, Bill of Rights, United States of America Constitution, Alabama Constitution equal protection of the laws (even aforementioned laws)*

- *Alabama Rules of Civil Procedure Rule 5. ...every order required by its terms to be served, every pleading subsequent to the original complaint unless the court otherwise orders because of numerous defendants, every paper relating to discovery required to be served upon a party unless the court otherwise orders, every written motion other than one which may be heard ex parte, and every written notice, appearance, demand, offer of judgment, designation of record on appeal, and similar paper shall be served upon each of the parties.. (Exhibit)*

- *38 USC §45 (c) Notice of Court Actions... Immediately upon issuance of an opinion, memorandum decision, or order, or entry of judgment, the Clerk shall send a copy to each party to the proceeding, and shall note the date of issuance in the docket. (Exhibit)*

- Due process requires, at a minimum, that an individual be given a meaningful opportunity to be heard prior to being subjected by force of law to a significant deprivation...That the hearing required by due process is subject to waiver, and is not fixed in form, does not affect its root requirement that an individual be given an opportunity for a hearing before he is deprived of any significant property interest..."[401 US 378-379] **Randone v. Appellant Dept. 1971, 5 C 3d 536, 550. KHV and HEC.**

- *42 USC §1985 "Conspiracy to interfere with civil rights. (3) Depriving persons of rights or privileges. If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws." (Exhibit)*

C. Defendant (D8) was sent another copy of Motion to Challenge Jurisdiction, via email. (5-28-2023 Exhibit)

D. Mr. Groulx has yet to receive anything from the court Defendant (D5,D8) on the standing of the Jurisdiction Challenge or evidence it was entered into the court record.

**VIOLATIONS:**

- ***18 USC §1961*** *Receiving the proceeds of extortion. A person who receives, possesses, conceals, or disposes of any money or other property which was obtained from the commission of any offense under this chapter that is punishable by imprisonment for more than 1 year, knowing the same to have been unlawfully obtained, shall be imprisoned not more than 3 years, fined under this title, or both. (Exhibit)*
- ***42 USC §1985.*** *Conspiracy to interfere with civil rights. (3) Depriving persons of rights or privileges. If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws. (Exhibit)*

41.    For I claim an email has been sent to Defendant (D5, D8) office (Exhibit) in attempts for Mr. Groulx to stay informed on the case.

A.    Mr. Groulx wrote Defendant (D8) see email (Exhibit) dated 6-22-2023 "..how will I receive updates on items filed on the account (civil case)...Whose public duty is obligated to keep a party informed of actions filed against them?" To date, Mr. Groulx has not received a copy of the documents nor a response who is responsible for providing any accused a copy of the filings.

**VIOLATIONS:** I feel Defendant (D5, D8) continued actions violate

- Equal protection under the law(s) **United States of America Constitution, Alabama Constitution, Bill of Rights** (and aforementioned laws)
- ***38 USC §45 (c)*** *"Notice of Court Actions... Immediately upon issuance of an opinion, memorandum decision, or order, or entry of judgment, the Clerk shall send a copy to each party to the proceeding, and shall note the date of issuance in the docket. " (Exhibit)*
- ***18 U.S. Code § 2076*** *– "Clerk of United States District Court: Whoever, being a clerk of a district court of the United States, willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both." (Exhibit)*

B.    Ms. Sanford replied "if you want to apply for e-file you need to go to the website efile.alacourt.gov". (Exhibit)

C.    Mr. Groulx sent Ms. Sanford a reply email "my only desire is to receive, as my right, to obtain copies of all items filed against me required under... Civil Rules of Procedure.. Who as a public official, duty under their oath and bond, is duty bound, to inform me of items filed with the court?" To date, Mr. Groulx has yet to receive a reply. (Exhibit)

**VIOLATIONS:** I feel Mr. Groulx not receiving filing of pleadings or other papers, violates

- ***1 U.S.C. §112, Statutes at Large V. 18, 42 U.S.C. §1985, Bill of Rights, United States of America Constitution, Alabama Constitution*** *equal protection of the laws (even aforementioned laws)*
- ***Alabama Rules of Civil Procedure Rule 5.*** *...every order required by its terms to be served, every pleading subsequent to the original complaint unless the court otherwise orders because of numerous defendants, every paper relating to discovery required to be served upon a party unless the court otherwise orders, every written motion other than one which may be heard ex parte, and every written notice, appearance, demand, offer of judgment, designation of record on appeal, and similar paper shall be served upon each of the parties.. (Exhibit)*
- ***38 USC §45 (c)*** *Notice of Court Actions... Immediately upon issuance of an opinion, memorandum decision, or order, or entry of judgment, the Clerk shall send a copy to each party to the proceeding, and shall note the date of issuance in the docket. (Exhibit)*
- Due process requires, at a minimum, that an individual be given a meaningful opportunity to be heard prior to being subjected by force of law to a significant deprivation...That the hearing required by due process is subject to waiver, and is not fixed in form, does not affect its root requirement that an individual be given an opportunity for a hearing before he is

**VIOLATIONS:** I feel Defendant (D5) actions accepting and standing on a false statement violates

- ***United States Constitution Fifth Amendment.*** *"...be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation." (Exhibit)*
- ***United States Constitution Seventh Amendment.*** *"...no fact tried by a jury, shall be otherwise reexamined in any Court of the United States, then according to the rules of the common law...." (Exhibit)*
- ***Alabama Constitution, Article 1, Section 13.*** *"That all courts shall be open; and that every person, for any injury done to him, in his lands, goods, person, or reputation, shall have a remedy by due process of law; and right and justice shall be administered without sale, denial, or delay." (Exhibit)*
- ***18 USC §241*** *Conspiracy against rights. If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; ...with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured. They shall be fined under this title or imprisoned not more than ten years, or both. (Exhibit)*
- ***18 USC §242.*** *Deprivation of rights under color of law. Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ...punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; (Exhibit)*
- ***18 USC §245*** *Federally protected activities.... (b) Whoever, whether or not acting under color of law, by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with... (B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States... (Exhibit)*
- ***18 USC §1341.*** *Frauds and swindles. Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation occurs in relation to, or involving any benefit authorized, transported, transmitted, transferred, disbursed, or paid in connection with, a presidentially declared major disaster or emergency (as those terms are defined in section 102 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5122)), or affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both. (Exhibit)*
- ***18 USC §1349.*** *Attempt and conspiracy Any person who attempts or conspires to commit any offense under this chapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy. (Exhibit)*

*CRIMINAL COMPLAINT Page 62 of 82*

*owner, parks or stands an occupied or unoccupied motor vehicle in, or repeatedly drives a motor vehicle through or within, a parking area which is located on privately owned property ... (Exhibit)*

*Notice*

*Private Property*

**VIOLATIONS:** I claim Defendant (D9) actions and statement to the court are not accurate and I feel Defendant (D9) statement signed on the Summons Civil violate

- ***18 USC §1001. Statements or entries generally.** Whoever, in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraudulent statements or representations, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be fined under this title or imprisoned not more than five years, or both. (Exhibit)*

- ***18 USC §1623.** False declarations before grand jury or court (a) Whoever under oath (or in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 of title 28, United States Code) in any proceeding before or ancillary to any court or grand jury of the United States knowingly makes any false material declaration or makes or uses any other information, including any book, paper, document, record, recording, or other material, knowing the same to contain any false material declaration, shall be fined under this title or imprisoned not more than five years, or both.(b) For I claim, Mr. Groulx has evidence Defendant (D9) claims do not align with video surveillance of series of events.*

40.    Defendant (D9) claims to have 'personally' served Mr. Groulx on May 31, 2023. Surveillance video reveals conflicts with Defendant (D9) claims. (Exhibit)

A.    Defendant (D9) claims to have 'personally' served Mr. Groulx at Mr. Groulx address of 1549 Fogarty Road, Prattville, Alabama. A business surveillance, combined with hundred(s) of present employees can show Mr. Groulx was not in the town of Prattville, when Defendant (D9) claims to have personally served Mr. Groulx.

B.    Defendant (D9) claims to have 'personally' served Mr. Groulx with summons and complaint; yet the property surveillance shows Defendant (D9) leaving with property with the same USPS envelope Defendant (D9) claims to have personally delivered. (Exhibit)

**VIOLATIONS:** I feel Defendant (D9) court record claim violate

- ***18 USC §1001. Statements or entries generally.** Whoever, in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraudulent statements or representations, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be fined under this title or imprisoned not more than five years, or both. (Exhibit)*

- **18 USC §1623.** *False declarations before grand jury or court (a) Whoever under oath (or in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 of title 28, United States Code) in any proceeding before or ancillary to any court or grand jury of the United States knowingly makes any false material declaration or makes or uses any other information, including any book, paper, document, record, recording, or other material, knowing the same to contain any false material declaration, shall be fined under this title or imprisoned not more than five years, or both.(b) As a result of the inaccurate claims made by Defendant (D9), Defendant (D5) scheduled a court hearing; although Mr. Groulx has yet to be served a copy of the Summons and Complaint, required under Federal and State Civil Rules of Procedure. (Exhibit)*

*CRIMINAL COMPLAINT Page 61 of 82*

- ***18 USC §1341.*** *Frauds and swindles. Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses... (Exhibit)*
- ***18 USC §1346*** *Definition of "scheme or artifice to defraud". For the purpose of this chapter, the term "scheme or artifice to defraud" includes a scheme or artifice to deprive another of the intangible rights of honest services. (Exhibit)*
- **18 USC §1349** *Any person who attempts or conspires to commit any offense under this chapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy. (Exhibit)*
- ***42 USC §1985.*** *Conspiracy to interfere with civil rights. (3) Depriving persons of rights or privileges. If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws. (Exhibit)*
- ***Alabama Executive Order No. 734*** *"...Response time. The agency shall acknowledge the request within two business days of receiving it and shall be prepared to provide a substantive response fulfilling or denying the request within 15 business days of acknowledging receipt. Although the agency may extend this period in 15-business-day increments upon written notice to the requester..." (Exhibit)*

39.   For it's my belief, under the direction of Defendant (D5, D8) masterminded by Defendant (D3, D4); for I claim,  Defendant (D9) criminally trespassed onto private property violating multiple 4+ no trespassing signs, through a private property barrier restricting access, violating a public land lease Instrument 641987, Book 2022, Page 16 which reads in part "...all who enter this land are subject without permission, uninvited will be viewed, interpreted and seen as entering private property unlawfully...2,500 ounces of gold coin per incident, land use fee...you accept all of the above terms in full...both in an individual and official capacity...violations of RIGHTS of the owner, or those under his protection, shall be assessed a civil penalty of One (1) Million dollars in silver coins for each violation. Damages may also be prosecuted under **18 USC 241, 242**...etc." and claiming to have personally served Mr. Groulx 5-31-2023, signed 'Return of Service' statement. (Exhibit)

**VIOLATIONS:** I believe the Alabama **Constitution** does not grant Defendant (D5, D6, D7, D8) authority to suspend laws. Therefore, I feel actions violate

- ***Alabama Constitution Section 21*** *"That no power of suspending laws shall be exercised except by Legislature". (Exhibit)*
- ***Alabama Code §13A-7-1*** *Criminal Trespassing. "(3) ENTER OR REMAIN UNLAWFULLY. A person "enters or remains unlawfully" in or upon premises when he is not licensed, invited or privileged to do so." (Exhibit)*
- ***Alabama Code §13A-7-2*** *Criminal Trespassing in the first degree. "(a) A person is guilty of criminal trespass in the first degree if he knowingly enters or remains unlawfully in a dwelling." (Exhibit)*
- ***Alabama Code §13A-7-3*** *Criminal Trespass in the Second degree. "Criminal trespass in the second degree. (a) A person is guilty of criminal trespass in the second degree if he knowingly enters or remains unlawfully in a building or upon real property which is fenced or enclosed in a manner designed to exclude intruders.(b) Criminal trespass in the second degree is a Class C misdemeanor. (Exhibit)*
- ***Alabama Code §13A-7-4*** *Criminal Trespass in the third degree. "Criminal trespass in the third degree. (a) A person is guilty of criminal trespass in the third degree when he knowingly enters or remains unlawfully in or upon premises. (b) Criminal trespass in the third degree is a violation." (Exhibit)*
- ***Alabama Code §13A-7-4.1*** *Criminal Trespass by motor vehicle. (a) A person commits the offense of criminal trespass by motor vehicle when the person, after having been requested not to do so ...by a properly identified owner or an authorized agent of the*

38.  For I claim, I filed a FOIA/PA with Defendant (D7) USPS 9589071052700081913692 as a result of Defendant (D7) trespass by way of misrepresentation. USPS shows delivered June 7, 2023. (Exhibit)

A.  I requested in writing the call placed to Defendant (D7) and yet have not received it. (Exhibit) The call will show Defendant (D7) statement in the court record, is Defendant (D7) opinion, it was never stated by the caller.

**VIOLATIONS:** I feel Defendant (D7) actions are a violation

- *Oath of Office  to uphold the laws of the land.*
- *18 USC §1001. Statements or entries generally. Whoever, in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraudulent statements or representations, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be fined under this title or imprisoned not more than five years, or both. (Exhibit)*
- *18 USC §1623. False declarations before grand jury or court (a) Whoever under oath (or in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 of title 28, United States Code) in any proceeding before or ancillary to any court or grand jury of the United States knowingly makes any false material declaration or makes or uses any other information, including any book, paper, document, record, recording, or other material, knowing the same to contain any false material declaration, shall be fined under this title or imprisoned not more than five years, or both...(e) Proof beyond a reasonable doubt under this section is sufficient for conviction. It shall not be necessary that such proof be made by any particular number of witnesses or by documentary or other type of evidence.*

**VIOLATIONS:** I feel Defendant (D7) has willfully and intentionally violated, through inaction of providing the call into Defendant (D7) station, under FOIA/PA; including failing to acknowledge receipt of the request. When Defendant (D7) knows said call will show Defendant (D7) label assigned to Mr. Groulx, originated by Defendant (D7) not from the callers' mouth. Defendant (D7) actions or inaction is a violation of

- *18 USC §241 Conspiracy against rights. If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; ...with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured. They shall be fined under this title or imprisoned not more than ten years, or both. (Exhibit)*
- *18 USC §242. Deprivation of rights under color of law. Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ...punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; (Exhibit)*
- *18 USC §245 Federally protected activities.... (b) Whoever, whether or not acting under color of law, by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with... (B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States... (Exhibit)*
- *18 USC §1038. False information and hoaxes (a) Criminal Violation.-(1) In general.- Whoever engages in any conduct with intent to convey false or misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity has taken, is taking, or will take place that would constitute a violation of chapter 2, 10, 11B, 39, 40, 44, 111, or 113B of this title, section 236 ...(A) be fined under this title or imprisoned not more than 5 years, or both;*

*CRIMINAL COMPLAINT Page 59 of 82*

*as provided in section 3691 of this title and shall be punished by a fine under this title or imprisonment, or both. (Exhibit)*

37.    For I claim it appears Defendant (D1, D2) through (D3, D4) filed with Defendant (D8) to get Defendant (D5) to directly/indirectly request Defendant (D6) criminally trespass. Mr. Groulx has a Public Land Lease Instrument 641987, Book 2022, Page 16 which reads in part "...all who enter this land are subject without permission, uninvited will be viewed, interpreted and seen as entering private property unlawfully...2,500 ounces of gold coin per incident, land use fee...you accept all of the above terms in full...both in an individual and official capacity...violations of RIGHTS of the owner, or those under his protection, shall be assessed a civil penalty of One (1) Million dollars in silver coins for each violation. Damages may also be prosecuted under **18 USC 241, 242**...etc"; and multiple 4+ no trespassing signs.

**VIOLATION:** I feel Defendant (D1, D2, D3, D4, D5, D6, D8) actions violate

- *Equal protection of the laws,* **United States of America Constitution, Alabama Constitution, Bill of Rights, Statutes at Large** *and (even aforementioned laws)*
- **Alabama Constitution Section 21** *"That no power of suspending laws shall be exercised except by Legislature". (Exhibit)*
- **18 USC §402.** *Contempts constituting crimes. Any person, corporation or association willfully disobeying any lawful writ, process, order, rule, decree, or command of any district court of the United States or any court of the District of Columbia, by doing any act or thing therein, or thereby forbidden, if the act or thing so done be of such character as to constitute also a criminal offense under any statute of the United States or under the laws of any State in which the act was committed, shall be prosecuted for such contempt as provided in section 3691 of this title and shall be punished by a fine under this title or imprisonment, or both. (Exhibit)*

**VIOLATIONS:** I feel Defendant (D6, D9) instructions given by Defendant (D5, D8) resulted in Defendant (D6, D9) committing the following.

- **Alabama Code §13A-7-1** *Enter or Remain Unlawfully "(3) ENTER OR REMAIN UNLAWFULLY. A person "enters or remains unlawfully" in or upon premises when he is not licensed, invited or privileged to do so."*
- **Alabama Code §13A-7-2** *Criminal Trespassing in the first degree. "(a) A person is guilty of criminal trespass in the first degree if he knowingly enters or remains unlawfully in a dwelling."*
- **Alabama Code §13A-7-3** *Criminal Trespass in the Second degree. "Criminal trespass in the second degree. (a) A person is guilty of criminal trespass in the second degree if he knowingly enters or remains unlawfully in a building or upon real property which is fenced or enclosed in a manner designed to exclude intruders.(b) Criminal trespass in the second degree is a Class C misdemeanor.*
- **Alabama Code §13A-7-4** *Criminal Trespass in the third degree. "Criminal trespass in the third degree. (a) A person is guilty of criminal trespass in the third degree when he knowingly enters or remains unlawfully in or upon premises. (b) Criminal trespass in the third degree is a violation."*
- **Alabama Code §13A-7-4.1** *Criminal Trespass by motor vehicle. (a) A person commits the offense of criminal trespass by motor vehicle when the person, after having been requested not to do so ...by a properly identified owner or an authorized agent of the owner, parks or stands an occupied or unoccupied motor vehicle in, or repeatedly drives a motor vehicle through or within, a parking area which is located on privately owned property ...*

*Notice*

*Private Property*

*CRIMINAL COMPLAINT Page 58 of 82*

the Secretary of Homeland Security, and the Postal Service shall be exercised in accordance with an agreement which shall be entered into by the Secretary of the Treasury, the Secretary of Homeland Security, the Postal Service, and the Attorney General.(f) As used in this section-(1) the term "monetary transaction" means the deposit, withdrawal, transfer, or exchange, in or affecting interstate or foreign commerce, of funds or a monetary instrument (as defined in section 1956(c)(5) of this title) by, through, or to a financial institution (as defined in section 1956 of this title), including any transaction that would be a financial transaction under section 1956(c)(4)(B) of this title, but such term does not include any transaction necessary to preserve a person's right to representation as guaranteed by the sixth amendment to the Constitution;(2) the term "criminally derived property" means any property constituting, or derived from, proceeds obtained from a criminal offense; and(3) the terms "specified unlawful activity" and "proceeds" shall have the meaning given those terms in section 1956 of this title. (Exhibit)

- **18 USC §1961** Receiving the proceeds of extortion. A person who receives, possesses, conceals, or disposes of any money or other property which was obtained from the commission of any offense under this chapter that is punishable by imprisonment for more than 1 year, knowing the same to have been unlawfully obtained, shall be imprisoned not more than 3 years, fined under this title, or both. (Exhibit)

- **42 USC §1985.** Conspiracy to interfere with civil rights. (3) Depriving persons of rights or privileges. If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws. (Exhibit)

36.    Defendant (D1, D2) is colluding with Defendant (D3, D4, D5, , D6, D7, D8, D9) on violating Mr. Groulx's due process rights, in efforts to obtain, what appears as 'swift' easy money.

   A.    Mr. Groulx due process rights require Mr. Groulx to be served a copy of the summons and complaint, when Mr. Groulx is accused in court.

**VIOLATIONS:** I feel Defendant (D3, D4, D5, D8) actions violate

- *Equal protection of the laws,* **United States of America Constitution, Alabama Constitution, Bill of Rights, Statutes at Large** *and (even aforementioned laws)*

- *Federal Rule of Civil Procedure. Rule 4 mandates "(A) delivering a copy of the summons and of the complaint to the individual personally; (B) leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there; or (Exhibit)*

- *Alabama Civil Rules of Procedure. Rule 4 mandates "serving the individual or by leaving a copy of the summons and the complaint at the individual's dwelling house or usual place of abode." (Exhibit)*

- *Rule 4 states "If service of process is refused, and the certified mail receipt or the return of the person serving process states that service of process has been refused, the clerk shall send by ordinary mail a copy of the summons or other process and complaint or other document to be served to the defendant at the address set forth in the complaint or other document to be served." (Exhibit)*

- *18 USC §402. Contempts constituting crimes. Any person, corporation or association willfully disobeying any lawful writ, process, order, rule, decree, or command of any district court of the United States or any court of the District of Columbia, by doing any act or thing therein, or thereby forbidden, if the act or thing so done be of such character as to constitute also a criminal offense under any statute of the United States or under the laws of any State in which the act was committed, shall be prosecuted for such contempt*

2284), or section 46502, the second sentence of section 46504, section 46505(b)(3) or (c), section 46506 if homicide or attempted homicide is involved, or section 60123(b) of title 49, shall-(A) be fined under this title or imprisoned not more than 5 years, or both; (Exhibit)

- **18 USC §1341.** Frauds and swindles. Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation occurs in relation to, or involving any benefit authorized, transported, transmitted, transferred, disbursed, or paid in connection with, a presidentially declared major disaster or emergency (as those terms are defined in section 102 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5122)), or affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both. (Exhibit)

- **18 USC 1957** Engaging in monetary transactions in property derived from specified unlawful activity(a) Whoever, in any of the circumstances set forth in subsection (d), knowingly engages or attempts to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and is derived from specified unlawful activity, shall be punished as provided in subsection (b).(b)(1) Except as provided in paragraph (2), the punishment for an offense under this section is a fine under title 18, United States Code, or imprisonment for not more than ten years or both. If the offense involves a pre-retail medical product (as defined in section 670) the punishment for the offense shall be the same as the punishment for an offense under section 670 unless the punishment under this subsection is greater.(2) The court may impose an alternate fine to that imposable under paragraph (1) of not more than twice the amount of the criminally derived property involved in the transaction.(c) In a prosecution for an offense under this section, the Government is not required to prove the defendant knew that the offense from which the criminally derived property was derived was specified unlawful activity.(d) The circumstances referred to in subsection (a) are-(1) that the offense under this section takes place in the United States or in the special maritime and territorial jurisdiction of the United States; or(2) that the offense under this section takes place outside the United States and such special jurisdiction, but the defendant is a United States person (as defined in section 3077 of this title, but excluding the class described in paragraph (2)(D) of such section).(e) Violations of this section may be investigated by such components of the Department of Justice as the Attorney General may direct, and by such components of the Department of the Treasury as the Secretary of the Treasury may direct, as appropriate, and, with respect to offenses over which the Department of Homeland Security has jurisdiction, by such components of the Department of Homeland Security as the Secretary of Homeland Security may direct, and, with respect to offenses over which the United States Postal Service has jurisdiction, by the Postal Service. Such authority of the Secretary of the Treasury,

17) *"The city responded to appellant's motion for attorney's fees with an (uncontested) affidavit from City Secretary Gorsline. That affidavit, ..., established ... the city had decided to reword its election ballots."* **Sorola v. City of Lamesa, 808 F.2d 435 (5th Cir. 01/27/1987).**

18) *"On the basis of this uncontested affidavit, we can take it as established... the bank records were reasonably available."* **Barrett v. United States and Internal Revenue Service, 795 F.2d 446 (5th Cir. 07/28/1986).**

19) *"The uncontested affidavit of Stevenson's vice-president established that..."* **Albertson v. Stevenson, 749 F.2d 223 (5th Cir. 12/26/1984).**

20) *" The uncontested affidavit establishing appellant's reform or cure was made by appellant's wife at approximately the same time as the affidavits of the other employees. The case for discharge presented to the Merit Systems Review Board for decision, therefore, included an uncontested showing that Bonet was totally reformed or cured."* **Bonet v. United States Postal Service, 712 F.2d 213 (5th Cir. 08/19/1983).**

21) *"The unrebutted affidavit of a MetLife representative establishes..."* **Justofin v. Metropolitan Life Insurance Co., 372 F.3d 517 ( 06/25/2004)**

**VIOLATIONS:** I feel Defendant (D1, D2, D3, D4) actions resulted in violating

- *Equal protection of the laws,* **United States of America Constitution, Alabama Constitution, Bill of Rights, Statutes at Large** *and (even aforementioned laws)*

- ***18 USC §241*** *Conspiracy against rights. If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; ...with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured. They shall be fined under this title or imprisoned not more than ten years, or both. (Exhibit)*

- ***18 USC §242.*** *Deprivation of rights under color of law. Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ...punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; (Exhibit)*

- ***18 USC §245*** *Federally protected activities.... (b) Whoever, whether or not acting under color of law, by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with... (B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States... (Exhibit)*

*[the above statutes are a benefit, service, privilege, activity Mr. Groulx is exercising]*

- ***18 USC §371*** *Conspiracy to commit Offense to defraud United States. If two or more persons conspire either to commit any offense against the United States, or to defraud the United States, or any agency thereof in any manner or for any purpose, and one or more of such persons do any act to effect the object of the conspiracy, each shall be fined under this title or imprisoned not more than five years, or both. If, however, the offense, the commission of which is the object of the conspiracy, is a misdemeanor only, the punishment for such conspiracy shall not exceed the maximum punishment provided for such misdemeanor. (Exhibit)*

- ***18 USC §1038.*** *False information and hoaxes (a) Criminal Violation.-(1) In general.-Whoever engages in any conduct with intent to convey false or misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity has taken, is taking, or will take place that would constitute a violation of chapter 2, 10, 11B, 39, 40, 44, 111, or 113B of this title, section 236 of the Atomic Energy Act of 1954 (42 U.S.C.*

4)      *"Because this <u>Court must treat all unrefuted allegations as true</u>, see **Stancie v. State 917 [Fla. 8th DCA 2005]** ("When no evidentiary hearing is held [on a motion for post-conviction relief] a movant's allegations are accepted as true unless they are conclusively refuted by the record"), the appellant has alleged*

5)      <u>Non-Rebutted Affidavits are "Prima Facie Evidence in the Case</u>," **United States vs. Kis, 658 F.2d, 526, 536-337 (7th Cir. 1981);**

6)      *Cert Denied,* **50 U.S. L.W. 2169; S.Ct. March 22, 1982.** *"Indeed, no more than (Affidavits) is necessary to make the Prima Facie Case."*

7)      **Seitzer v. Seitzer, 80 Cal. Rptr. 688** *"<u>Uncontested Affidavit taken as true in support of Summary Judgment.</u>"*

8)      **Melorich Builders           v. The SUPERIOR COURT of San Bernardino County (Serbia) 207 Cal.Rptr. 47 (Cal.App.4 Dist. 1984)** *"<u>Uncontested Affidavit taken as true in Opposition of Summary Judgment.</u>"*

9)      *"Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading... We cannot condone this shocking behavior... This sort of deception will not be tolerated and if this is routine it should be corrected immediately."* **U.S. v. Tweel, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932.**

10)     *"Based on that <u>uncontested affidavit</u>, the court found that Col. Hardesty had personally and properly appointed Lt. Col. Harmon to Pvt. Wright's court-martial."* **Wright v. Commandant, USDB, No. 03-3214 (10th Cir. 04/09/2004).**

11)     *"According to the <u>uncontested affidavit</u> of Dennis Farrington, Vice President/Management Supervisor at Hill, Holliday, the commercial became obsolete as of September 30, 1984, when the new model Fords were introduced, and would not be "aired in any form after that date." Kazmaier's prayer for injunctive relief is therefore moot."* **Kazmaier v. Wooten, 761 F.2d 46 (1st Cir. 04/30/1985).**

12)     *"Whether or not Thrift now has the original prescription forms submitted to UPA for reimbursement, Thrift submitted an <u>uncontested affidavit</u> stating that, as with Thrift's other claims, UPA failed to pay for the $3,456.07 owed to Thrift upon Thrift's submission of the original claim forms."* **Thrift Drug Inc. v. Universal Prescription Administrators, 131 F.3D 95 (2d Cir. 12/11/1997)**

13)     *..."the government conceded that a single sale was the only connection between the property and the predicate offense; on the day of the transaction the drugs were brought to the claimant's home at the insistence of the government informant; the <u>uncontested affidavit</u> of the claimant indicated that the drugs were present in the home for no more than a few hours; and there was no evidence that the house was used to store drugs. Id. at 1065. On these facts, the court found that there was no "substantial connection" between the claimant's home and the predicate offense."* **United States. Premises and Real Property at 4492 South Livonia Road, 889 F.2d 1258 (2nd Cir. 11/17/1989)**

14)     *"The district court relied on the <u>uncontested affidavit</u> of Robert A. Michlik, the PBGC case officer ... that ... participants were eligible for pension benefits ...."* **In re Syntex Fabrics Inc., 698 F.2d 199 (3rd Cir. 01/19/1983).**

15)     *"This motion was <u>supported by an uncontested affidavit</u> detailing that de Santibanes had essentially no contacts .... The **plaintiffs did not contest the information in the affidavit by way of affidavit..."* **Lolavar v. Santibanes, 430 F.3d 221 (4th Cir. 12/01/2005).**

16)     *"According to their <u>uncontested affidavit</u>... Carmichael simply cannot demonstrate any causal connection ...* **Carmichael v. United Technologies Corp., 835 F.2d 109 (5th Cir. 01/07/1988)"**

*CRIMINAL COMPLAINT Page 54 of 82*

- **42 USC §1985.** *Conspiracy to interfere with civil rights. (3) Depriving persons of rights or privileges. If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws.* (Exhibit)

- **18 USC §1951.** *Interference with commerce by threats or violence (a) Whoever in any way or degree obstructs, delays, or affects commerce or the movement of any article or commodity in commerce, by robbery or extortion or attempts or conspires so to do, or commits or threatens physical violence to any person or property in furtherance of a plan or purpose to do anything in violation of this section shall be fined under this title or imprisoned not more than twenty years, or both. (b) As used in this section—(1) The term "robbery" means the unlawful taking or obtaining of personal property from the person or in the presence of another, against his will, by means of actual or threatened force, or violence, or fear of injury, immediate or future, to his person or property, or property in his custody or possession, or the person or property of a relative or member of his family or of anyone in his company at the time of the taking or obtaining.(2) The term "extortion" means the obtaining of property from another, with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right.(3) The term "commerce" means commerce within the District of Columbia, or any Territory or Possession of the United States; all commerce between any point in a State, Territory, Possession, or the District of Columbia and any point outside thereof; all commerce between points within the same State through any place outside such State; and all other commerce over which the United States has jurisdiction.* (Exhibit)

B. Defendant (D1, D2, D3, D4) are in possession of an unrebutted affidavit sent to Defendant (D1, D2). (Exhibit)

**VIOLATIONS:** I feel Defendant (D1, D2, D3, D4) actions to disregard the unrebutted affidavit, violate

- **18 USC §402.** *Contempts constituting crimes. Any person, corporation or association willfully disobeying any lawful **writ, process, order, rule, decree, or command** of any district court of the United States or any court of the District of Columbia, by doing any act or thing therein, or thereby forbidden, if the act or thing so done be of such character as to constitute also a criminal offense under any statute of the United States or under the laws of any State in which the act was committed, shall be prosecuted for such contempt as provided in section 3691 of this title and shall be punished by a fine under this title or imprisonment, or both.* (Exhibit)

- **CASE LAW:**

1) **Poole v. State,** *David Lawrence Poole vs. STATE of Alabama CR-05-1846 May 25, 2007:*
   "*Moreover, Poole's claim is sufficiently pleaded to satisfy the pleading requirements in Rule 32.3 and Rule 32.6 (b), and his **factual allegations were unrefuted** by the State; therefore, they **must be accepted as true**. See **Bates vs. State**, 620 So 2d 745.746 (Crim. App. 1992) ("When the State does not respond to a petitioner's allegations, the <u>unrefuted statement of facts must be taken as true</u>" quoting **Smith vs. State, 581, So. 2d 1283, 1284 Ala. Crim. 1991**).*

2) *The state's response to Avery's petition did not address the merits of Avery's jurisdictional claim, therefore Avery's <u>unrefuted claim must be accepted as true</u>. See **Bates v. State 620 So. 2d 745 (Ala. Crim. App. 1992**).*

3) *"<u>Plaintiff refutes none of these facts. We accept them as true</u>. See **Carlile v. Snap-On Tools, 271 Ill. App. 3d 833, 834, 648 N.E. 2d 317 (1995**) (<u>unrefuted facts accepted as true for purposes of appeal</u>)."*

*for the offense, the commission of which was the object of the attempt or conspiracy. (Exhibit)*

- **18 USC §1623**. *False declarations before grand jury or court (a) Whoever under oath (or in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 of title 28, United States Code) in any proceeding before or ancillary to any court or grand jury of the United States knowingly makes any false material declaration or makes or uses any other information, including any book, paper, document, record, recording, or other material, knowing the same to contain any false material declaration, shall be fined under this title or imprisoned not more than five years, or both. (Exhibit)*

- **18 USC §1957**. *Engaging in monetary transactions in property derived from specified unlawful activity(a) Whoever, in any of the circumstances set forth in subsection (d), knowingly engages or attempts to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and is derived from specified unlawful activity, shall be punished as provided in subsection (b).(b)(1) Except as provided in paragraph (2), the punishment for an offense under this section is a fine under title 18, United States Code, or imprisonment for not more than ten years or both. If the offense involves a pre-retail medical product (as defined in section 670) the punishment for the offense shall be the same as the punishment for an offense under section 670 unless the punishment under this subsection is greater.(2) The court may impose an alternate fine to that imposable under paragraph (1) of not more than twice the amount of the criminally derived property involved in the transaction.(c) In a prosecution for an offense under this section, the Government is not required to prove the defendant knew that the offense from which the criminally derived property was derived was specified unlawful activity.(d) The circumstances referred to in subsection (a) are-(1) that the offense under this section takes place in the United States or in the special maritime and territorial jurisdiction of the United States; or(2) that the offense under this section takes place outside the United States and such special jurisdiction, but the defendant is a United States person (as defined in section 3077 of this title, but excluding the class described in paragraph (2)(D) of such section).(e) Violations of this section may be investigated by such components of the Department of Justice as the Attorney General may direct, and by such components of the Department of the Treasury as the Secretary of the Treasury may direct, as appropriate, and, with respect to offenses over which the Department of Homeland Security has jurisdiction, by such components of the Department of Homeland Security as the Secretary of Homeland Security may direct, and, with respect to offenses over which the United States Postal Service has jurisdiction, by the Postal Service. Such authority of the Secretary of the Treasury, the Secretary of Homeland Security, and the Postal Service shall be exercised in accordance with an agreement which shall be entered into by the Secretary of the Treasury, the Secretary of Homeland Security, the Postal Service, and the Attorney General.(f) As used in this section-(1) the term "monetary transaction" means the deposit, withdrawal, transfer, or exchange, in or affecting interstate or foreign commerce, of funds or a monetary instrument (as defined in section 1956(c)(5) of this title) by, through, or to a financial institution (as defined in section 1956 of this title), including any transaction that would be a financial transaction under section 1956(c)(4)(B) of this title, but such term does not include any transaction necessary to preserve a person's right to representation as guaranteed by the sixth amendment to the Constitution;(2) the term "criminally derived property" means any property constituting, or derived from, proceeds obtained from a criminal offense; and(3) the terms "specified unlawful activity" and "proceeds" shall have the meaning given those terms in section 1956 of this title. (Exhibit)*

- **18 USC §1961** *Receiving the proceeds of extortion. A person who receives, possesses, conceals, or disposes of any money or other property which was obtained from the commission of any offense under this chapter that is punishable by imprisonment for more than 1 year, knowing the same to have been unlawfully obtained, shall be imprisoned not more than 3 years, fined under this title, or both. (Exhibit)*

*CRIMINAL COMPLAINT Page 52 of 82*

*afford a proper medium of exchange....**the courts cannot control our citizens' preferences for one kind of money over another kind, or prevent them from giving** "(Exhibit)*

- **18 USC §241** *Conspiracy against rights. If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; ...with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured. They shall be fined under this title or imprisoned not more than ten years, or both. (Exhibit)*

- **18 USC §242.** *Deprivation of rights under color of law. Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ...punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; (Exhibit)*

- **18 USC §245** *Federally protected activities.... (b) Whoever, whether or not acting under color of law, by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with... (B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States... (Exhibit)*

*[the above statutes are a benefit, service, privilege, activity Mr. Groulx is exercising]*

- **18 USC §1001.** *Statements or entries generally. Whoever, in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraudulent statements or representations, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be fined under this title or imprisoned not more than five years, or both. (Exhibit)*

- **18 USC §1038.** *False information and hoaxes (a) Criminal Violation.-(1) In general.-Whoever engages in any conduct with intent to convey false or misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity has taken, is taking, or will take place that would constitute a violation of chapter 2, 10, 11B, 39, 40, 44, 111, or 113B of this title, section 236 of the Atomic Energy Act of 1954 (42 U.S.C. 2284), or section 46502, the second sentence of section 46504, section 46505(b)(3) or (c), section 46506 if homicide or attempted homicide is involved, or section 60123(b) of title 49, shall-(A) be fined under this title or imprisoned not more than 5 years, or both; (Exhibit)*

- **18 USC §1341.** *Frauds and swindles. Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses... (Exhibit)*

- **18 USC §1346** *Definition of 'scheme or artifice to defraud". For the purpose of this chapter, the term "scheme or artifice to defraud" includes a scheme or artifice to deprive another of the intangible rights of honest services. (Exhibit)*

- **18 USC §872.** *Extortion by officers or employees of the United States Whoever, being an officer, or employee of the United States or any department or agency thereof, or representing himself to be or assuming to act as such, under color or pretense of office or employment commits or attempts an act of extortion, shall be fined under this title or imprisoned not more than three years, or both; but if the amount so extorted or demanded does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both. (Exhibit)*

- **18 USC §1349.** *Attempt and conspiracy. Any person who attempts or conspires to commit any offense under this chapter shall be subject to the same penalties as those prescribed*

*CRIMINAL COMPLAINT Page 51 of 82*

*not more than one year, or both. It shall not be a defense that the accused person had any interest in such moneys or funds. (Exhibit)*

- ***18 USC §880.*** *Receiving the proceeds of extortion, A person who receives, possesses, conceals, or disposes of any money or other property which was obtained from the commission of any offense under this chapter that is punishable by imprisonment for more than 1 year, knowing the same to have been unlawfully obtained, shall be imprisoned not more than 3 years, fined under this title, or both. (Exhibit)*

- ***18 USC §1001.*** *Statements or entries generally. Whoever, in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraudulent statements or representations, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be fined under this title or imprisoned not more than five years, or both. (Exhibit)*

- ***18 USC 1346*** *Definition of 'scheme or artifice to defraud". For the purpose of this chapter, the term "scheme or artifice to defraud" includes a scheme or artifice to deprive another of the intangible rights of honest services. (Exhibit)*

35.    For I claim Defendant (D3, D4) filed 'MAURICE GROULX' owes $8,931.75 and Mr. Groulx should pay the aforementioned; and $2,974.27 to Defendant (D3, D4) for attorney fees. Seeking a judgment against Complainant for $12,009.70. (Exhibit)

A.    Mr. Groulx provided a negotiable instrument under ***1 United States Code (USC) 112 ["STATUTES AT LARGE" [SHALL BE EVIDENCE OF LAWS]; U.S. Congress.*** **U.S. Statutes at Large, Volume 48 -1934,** 73rd Congress. *United States, - 1934, 1933. Periodical. Retrieved from the Library of Congress, http://www.loc.gov/item/llsl-v48 , U.S. Congress;* **U.S. Congress; U.S. Statutes at Large, Volume 64 -1951, 81st Congress, Session 2.** *United States, - 1951, 1950. Periodical. Retrieved from the Library of Congress, https://www.loc.gov/item/llsl-v64/ ;* ***"H.R.5338 - 88th Congress*** *(1963-1964): An Act to enact the* **Uniform Commercial Code** *for the District of Columbia, and for other purposes." Congress.gov, Library of Congress, 30 December 1963, https://www.congress.gov/bill/88th-congress/house-bill/5338 aka* (**Public Law 88-243 aka UCC**); **HR 1491, Public No. 1** *73rd* **Congress of the United States of America at the 1st Session, 1933;** *Alabama §7-3-103,* **Alabama §1-3-1, Federal Reserve Act, Federal Reserve, Law of Negotiable Instruments, Bill of Exchange Act** *etc.*

**VIOLATIONS:** *I feel Defendant (D1, D2, D3, D4) actions violate*

- ***31 USC §463*** *"...Provisions for payment of obligations. any obligation which purports to give the obligee a right to require payment in gold* <u>or a particular kind</u> *of coin or* <u>currency</u>, *or in an amount in money of the United States measured thereby, is declared to be* **AGAINST PUBLIC POLICY;** *and no such provision shall be contained in or made with respect to any obligation hereafter incurred. Every obligation, heretofore or hereafter incurred, whether or not any such provision is contained therein or made with respect thereto,* <u>shall be discharged upon payment, dollar for dollar, in any coin or currency which at the time of payment Is legal tender for public and private debts..."</u>

- ***H.R.5338 - 88th Congress*** *-1934, 73rd Congress. United States, - 1934, 1933. Periodical. Retrieved from the Library of Congress,* <u>https://www.loc.gov/item/llsl-v48/</u>. *Public Acts and Resolutions of Congress 73rd Congress of the United States. "The laws of the United States recognize two kinds of money, names coin and paper... 'Dollars in currency' means dollars in notes or any paper money current in the community...as a legal medium there could be no distinction between notes and gold....the court's judgment is not for payment in articles in kind, but for the damages resulting to the creditor in consequences of breach of contract, and this judgment can be paid off and satisfied in whatever money the law has clothes with the attributes of legal tender....it is only by virtue of law that paper notes are money or legal tender; it is only by virtue of law that either coin or paper has a declared value; and only by virtue of law can coin and paper be maintained at a parity in order to*

H. **Alabama Title 7** *defines "(24) "Money" means a medium of exchange currently authorized or adopted by a domestic or foreign government.*

I. **U.S. Congress. U.S. Statutes at Large, Volume 48 -1934, 73rd Congress.** *United States - 1934, 1933. Periodical. Retrieved from the Library of Congress, <www.loc.gov/item/llsl-v48/>. Senate Document 43, April 17, 1933,* Part 14. "The laws of the United States recognize two kinds of money, names coin and paper... 'Dollars in currency' means dollars in notes or any paper money current in the community...as a legal medium there could be no distinction between notes and gold....the court's judgment is not for payment in articles in kind, but for the damages resulting to the creditor in consequences of breach of contract, and this judgment can be paid off and satisfied in whatever money the law has clothes with the attributes of legal tender....it is only by virtue of law that paper notes are money or legal tender; it is only by virtue of law that either coin or paper has a declared value; and only by virtue of law can coin and paper be maintained at a parity in order to afford a proper medium of exchange....the **courts cannot control our citizens' preferences for one kind of money over another kind, or prevent them from giving** " *(Exhibit)*

J. **Bill of Exchange Act** "*(45) Rules as to presentment for payment. Subject to the provisions of this Act a bill must be duly presented for payment. If it be not so presented the drawer and indorsers shall be discharged." (Exhibit)*

K. **National Association of Credit Management (NACM)'s** Principals of Business Credit "Negotiable Instruments. Any medium of exchange recognized as the currency of a government as money." (Exhibit)

L. "*Negotiable Instruments are thus given many of the peculiarities of money-i.e. gold and silver coin and bank bills." Friedlander v. Railway Co. 130 U.S. 416; Russell v. Whipple, 2 Cow (NY) 536; Durgin v. Bartol, 64 Me. 473.* **The Law of Negotiable Instruments: Including Promissory Notes, Bills of Exchange** *(Exhibit)*

**VIOLATION:** I feel Defendant (D3, D4, D5) actions violate.

- **18 USC §286.** *Conspiracy to defraud the Government with respect to claims. Whoever enters into any agreement, combination, or conspiracy to defraud the United States, or any department or agency thereof, by obtaining or aiding to obtain the payment or allowance of any false, fictitious or fraudulent claim, shall be fined under this title or imprisoned not more than ten years, or both. (Exhibit)*

- **18 USC §471** *Obligations or securities of the United States. Whoever, with intent to defraud, falsely makes, forges, counterfeits, or alters any obligation or other security of the United States, shall be fined under this title or imprisoned not more than 20 years, or both. (Exhibit)*

- **18 USC §371** *Conspiracy to commit Offense to defraud United States. If two or more persons conspire either to commit any offense against the United States, or to defraud the United States, or any agency thereof in any manner or for any purpose, and one or more of such persons do any act to effect the object of the conspiracy, each shall be fined under this title or imprisoned not more than five years, or both. If, however, the offense, the commission of which is the object of the conspiracy, is a misdemeanor only, the punishment for such conspiracy shall not exceed the maximum punishment provided for such misdemeanor. (Exhibit)*

- **18 USC §645.** *Court officers generally Whoever, being a United States marshal, clerk, receiver, referee, trustee, or other officer of a United States court, or any deputy, assistant, or employee of any such officer, retains or converts to his own use or to the use of another or after demand by the party entitled thereto, unlawfully retains any money coming into his hands by virtue of his official relation, position or employment, is guilty of embezzlement and shall, where the offense is not otherwise punishable by enactment of Congress, be fined under this title or not more than double the value of the money so embezzled, whichever is greater, or imprisoned not more than ten years, or both; but if the amount embezzled does not exceed $1,000, he shall be fined under this title or imprisoned*

- ● *12 USC Sec. §1831n(a)(2) "Banks must follow the Generally Accepted Accounting Principles (GAAP)." (Exhibit) This includes but not limited to the matching principle." (Exhibit)*

- ● *18 USC §1005 Bank entries, reports and transactions. Whoever makes any false entry in any book, report, or statement of such bank; company, branch, agency, or organization with intent to injure or defraud such bank, company, branch, agency, or organization, or any other company, body politic or corporate, or any individual person. (Exhibit)*

- ● *18 USC §1006. Federal credit institution entries, reports and transactions Whoever, being an officer, agent or employee of or connected in any capacity with the Federal Deposit Insurance Corporation, <u>National Credit Union Administration</u>, ... acting under the laws of the United States or any institution, other than an insured bank (as defined in section 656), the accounts of which are insured by the Federal Deposit Insurance Corporation, or by the National Credit Union Administration Board ...with intent to defraud any ... any individual, or to deceive any officer, auditor, examiner or agent of any such institution or of department or agency of the United States, makes any false entry in any book, report or statement of or to any such institution, or without being duly authorized, draws any order or bill of exchange, makes any acceptance, or issues, puts forth or assigns any note, debenture, bond or other obligation, or draft, bill of exchange, mortgage, judgment, or decree, or, with intent to defraud the United States or any agency thereof, or any corporation, institution, or association referred to in this section, participates or shares in or receives directly or indirectly any money, profit, property, or benefits through any transaction, loan, commission, contract, or any other act of any such corporation, institution, or association, shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both. (Exhibit)*

34. I feel Defendants (D4, D5) are conspiring to defraud through the bonds created through Court Registry Investment System (CRIS) paid by IRS/Treasury. As Defendant (D1) received two (2) negotiable instrument aka medium of exchange aka cash equivalent.

A. **Internal Revenue Service Code 26 U.S.C. §6867(d)(2)** <u>"Cash Equivalent means: any bearer obligation, any medium of exchange."</u>

B. *31 USC §5312 "Monetary Instruments...negotiable instruments"*

C. *I Bet You Though David H. Friedman, **Federal Reserve Bank** of NY (4th Ed. 1984), states: Money is anything that has value that banks and people accept as money; <u>money does not have to be issued by the government</u>. (Exhibit)*

D. *I Bet you Thought by the **Federal Reserve Bank of New York** (Dec. 1977) Part 7, <u>"Money is any generally accepted medium of exchange</u>, not simply coin and paper currency."*

E. *12 USC Section §1813 (l)(1) "Deposit (1) the <u>unpaid balance of money or its equivalent received</u> or held by a bank or saving association in the usual course of business for which it has given or is <u>obligated to give credit</u>...evidenced by...certificate of indebtedness or other similar name or a check or draft drawn against a deposit account...letter of credit...on which the bank or savings association is primarily liable: Provided, that, without limiting the generality of the term "<u>money or its equivalent</u>", any such account or <u>instrument MUST be regarded as evidencing the receipt of the equivalent of money when credited</u> or issued in exchange for checks or drafts or for a promissory note upon which the person obtaining ANY such credit or instrument is primarily or secondarily liable, or for a charge against a deposit account, or in a settlement of checks, drafts, or other instruments forwarded to such bank or savings association for collection." (Exhibit)*

F. IMF continues to say money can be anything that can serve as a medium of exchange, something that people can use to buy and sell from one another. (Exhibit)

G. *H.R.5338 - 88th Congress [1 UCC §201] defines <u>"Money" means a medium of exchange</u> currently authorized or adopted by a domestic or foreign government. (Exhibit)*

*credit.(3) The term "debtor", with reference to any given extension of credit, refers to any person to whom that extension of credit is made, or to any person who guarantees the repayment of that extension of credit, or in any manner undertakes to indemnify the creditor against loss resulting from the failure of any person to whom that extension of credit is made to repay the same.(4) The repayment of any extension of credit includes the repayment, satisfaction, or discharge in whole or in part of any debt or claim, acknowledged or disputed, valid or invalid, resulting from or in connection with that extension of credit.(5) To collect an extension of credit means to induce in any way any person to make repayment thereof. (Exhibit)*

- **18 USC §880.** *Receiving the proceeds of extortion, A person who receives, possesses, conceals, or disposes of any money or other property which was obtained from the commission of any offense under this chapter that is punishable by imprisonment for more than 1 year, knowing the same to have been unlawfully obtained, shall be imprisoned not more than 3 years, fined under this title, or both. (Exhibit)*

II.  **Case Law**

1)  *"Banks must give us the bookkeeping entries with an affidavit or the banks evidence is hearsay evidence. One cannot enter hearsay evidence into the court":* **Supreme Court of Hawaii, Pacific Concrete Federal Credit Union, Plaintiff Appelle v. Andrew J.S. Kauanoe, Defendant Appellant no 6362 July 17, 1980**

2)  *"It is not necessary for rescission of a contract that the party making the misrepresentation should have known that it was false, but recovery is allowed even though misrepresentation is innocently made, because it would be unjust to allow one who made false representations, even innocently, to retain the fruits of a bargain induced by such representations."* **Whipp v. Iverson, 43 Wis 2d 166.**

3)  *Any false representation of material facts made with knowledge of falsity and with intent that it shall be acted on by another in entering into contract, and which is so acted upon, constitutes 'fraud,' and entitles party deceived to avoid contract or recover damages."* **Barnsdall Refining Corn. v. Birnam Wood Oil Co. 92 F 26 817.**

D.  According to Defendant (D1) Consumer Credit Card Agreement, page 5 of 6, "**SIGNATURE ON THIS NOTE**".

I.  **12 USC Sec. §1831n(a)(2)** *"Banks must follow the Generally Accepted Accounting Principles (GAAP)." (Exhibit) This includes but not limited to the matching principle." (Exhibit)*

II.  **U.S. Congress. U.S. Statutes at Large, Volume 64 -1951, 81st Congress, Session 2. United States, - 1951, 1950.** *Periodical. Retrieved from the Library of Congress, www.loc.gov/item/llsl-v64/ Per the above (2) the term "credit" includes payment, remittance, advice of credit, or authorization to charge and, in cases where the <u>item is received for deposit as well as for payment</u>, such term also includes the making of appropriate entries to the receiving bank's general ledger without regard to whether such item is posted to individual customers' ledgers; (Exhibit)*

III.  **Wiley 2003, Interpretation and Application of Generally Accepted Accounting Principles.**

→  Section 41. 1) "Anything accepted by a bank for deposit would be considered as cash. Cash must be available for a demand withdraw."

→  Part 13, Chapter 2. "Current Assets. Per ARB 43, Chapter 3, current assets are cash and other assets that are reasonably expected to be realized in cash or sold or consumed during the normal operating cycle by business...

→  Cash and Cash equivalent ...Anything accepted by a bank for deposit would be considered 'cash'.

**VIOLATIONS:** I feel Defendant (D1, D2, D3, D4) actions violate

*believed and where such information indicates that an activity has taken, is taking, or will take place that would constitute a violation of chapter 2, 10, 11B, 39, 40, 44, 111, or 113B of this title, section 236 of the Atomic Energy Act of 1954 (42 U.S.C. 2284), or section 46502, the second sentence of section 46504, section 46505(b)(3) or (c), section 46506 if homicide or attempted homicide is involved, or section 60123(b) of title 49, shall-(A) be fined under this title or imprisoned not more than 5 years, or both; (Exhibit)*

- **18 USC §1341.** *Frauds and swindles. Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation occurs in relation to, or involving any benefit authorized, transported, transmitted, transferred, disbursed, or paid in connection with, a presidentially declared major disaster or emergency (as those terms are defined in section 102 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5122)), or affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both. (Exhibit)*

- **18 USC §1346** *Definition of 'scheme or artifice to defraud". For the purpose of this chapter, the term "scheme or artifice to defraud" includes a scheme or artifice to deprive another of the intangible rights of honest services. (Exhibit)*

- **18 USC §1001.** *Statements or entries generally. Whoever, in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraudulent statements or representations, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be fined under this title or imprisoned not more than five years, or both. (Exhibit)*

- **18 USC 1623** *False Declaration before court False declarations before grand jury or court (a) Whoever under oath (or in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 of title 28, United States Code) in any proceeding before or ancillary to any court or grand jury of the United States knowingly makes any false material declaration or makes or uses any other information, including any book, paper, document, record, recording, or other material, knowing the same to contain any false material declaration, shall be fined under this title or imprisoned not more than five years, or both. (Exhibit)*

- **18 USC §891-894.** *Extortion Credit Transactions. For the purposes of this chapter: (1) To extend credit means to make or renew any loan, or to enter into any agreement, tacit or express, whereby the repayment or satisfaction of any debt or claim, whether acknowledged or disputed, valid or invalid, and however arising, may or will be deferred.(2) The term "creditor", with reference to any given extension of credit, refers to any person making that extension of credit, or to any person claiming by, under, or through any person making that extension of*

by imprisonment for more than 1 year, knowing the same to have been unlawfully obtained, shall be imprisoned not more than 3 years, fined under this title, or both. (Exhibit)

- **42 USC §1985.** Conspiracy to interfere with civil rights. (3) Depriving persons of rights or privileges. If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws. (Exhibit)

- **18 USC §1951.** Interference with commerce by threats or violence (a) Whoever in any way or degree obstructs, delays, or affects commerce or the movement of any article or commodity in commerce, by robbery or extortion or attempts or conspires so to do, or commits or threatens physical violence to any person or property in furtherance of a plan or purpose to do anything in violation of this section shall be fined under this title or imprisoned not more than twenty years, or both. (b) As used in this section—(1) The term "robbery" means the unlawful taking or obtaining of personal property from the person or in the presence of another, against his will, by means of actual or threatened force, or violence, or fear of injury, immediate or future, to his person or property, or property in his custody or possession, or the person or property of a relative or member of his family or of anyone in his company at the time of the taking or obtaining.(2) The term "extortion" means the obtaining of property from another, with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right.(3) The term "commerce" means commerce within the District of Columbia, or any Territory or Possession of the United States; all commerce between any point in a State, Territory, Possession, or the District of Columbia and any point outside thereof; all commerce between points within the same State through any place outside such State; and all other commerce over which the United States has jurisdiction. (Exhibit)

B.  Defendant (D3, D4) submitted an incomplete credit application (Exhibit) which included Mr. Groulx full birthday and full financial account number.

I.  According to Defendant (D1) own website, Defendant (D1) does not accept incomplete applications. (Exhibit)

**VIOLATIONS:** I feel Defendant (D4) actions violate

- **Federal Rule of Civil Procedure Rule 5.2.** Privacy Protection for Filings Made with the Court state (a) Redacted Filings. "electronic or paper filing with the court that contains an individual's social security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or a financial-account number, a party or nonparty making the filing may include only: (1) the last four digits of the social-security number and tax- payer-identification number; (2) the year of the individual's birth; (3) the minor's initials; and (4) the last four digits of the financial-account number. (Exhibit)

C.  Defendant (D1, D2, D3, D4) submitted what appears to be a fraudulent document and signature on a blank credit card application, excluding date of birth, account number and alleged signature.

I.  The Platinum Visa and Platinum Mastercard Credit Card Agreement for Defendant (D1) has a quite different looking signature page (not produced by Defendant (D1, D2, D3, D4) than what Defendant (D1, D2, D3, D4) produced. (Exhibit)

**VIOLATIONS:** Defendant (D1, D2, D3, D4) actions feel like a violation

- **18 USC §1038.** False information and hoaxes (a) Criminal Violation.-(1) In general.-Whoever engages in any conduct with intent to convey false or misleading information under circumstances where such information may reasonably be

- **18 USC §1346** *Definition of 'scheme or artifice to defraud". For the purpose of this chapter, the term "scheme or artifice to defraud" includes a scheme or artifice to deprive another of the intangible rights of honest services. (Exhibit)*

- **18 USC §1349** *Attempt and Conspiracy Any person who attempts or conspires to commit any offense under this chapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy. (Exhibit)*

- **18 USC §1957** *Engaging in monetary transactions in property derived from specified unlawful activity(a) Whoever, in any of the circumstances set forth in subsection (d), knowingly engages or attempts to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and is derived from specified unlawful activity, shall be punished as provided in subsection (b).(b)(1) Except as provided in paragraph (2), the punishment for an offense under this section is a fine under title 18, United States Code, or imprisonment for not more than ten years or both. If the offense involves a pre-retail medical product (as defined in section 670) the punishment for the offense shall be the same as the punishment for an offense under section 670 unless the punishment under this subsection is greater.(2) The court may impose an alternate fine to that imposable under paragraph (1) of not more than twice the amount of the criminally derived property involved in the transaction.(c) In a prosecution for an offense under this section, the Government is not required to prove the defendant knew that the offense from which the criminally derived property was derived was specified unlawful activity.(d) The circumstances referred to in subsection (a) are-(1) that the offense under this section takes place in the United States or in the special maritime and territorial jurisdiction of the United States; or(2) that the offense under this section takes place outside the United States and such special jurisdiction, but the defendant is a United States person (as defined in section 3077 of this title, but excluding the class described in paragraph (2)(D) of such section).(e) Violations of this section may be investigated by such components of the Department of Justice as the Attorney General may direct, and by such components of the Department of the Treasury as the Secretary of the Treasury may direct, as appropriate, and, with respect to offenses over which the Department of Homeland Security has jurisdiction, by such components of the Department of Homeland Security as the Secretary of Homeland Security may direct, and, with respect to offenses over which the United States Postal Service has jurisdiction, by the Postal Service. Such authority of the Secretary of the Treasury, the Secretary of Homeland Security, and the Postal Service shall be exercised in accordance with an agreement which shall be entered into by the Secretary of the Treasury, the Secretary of Homeland Security, the Postal Service, and the Attorney General.(f) As used in this section-(1) the term "monetary transaction" means the deposit, withdrawal, transfer, or exchange, in or affecting interstate or foreign commerce, of funds or a monetary instrument (as defined in section 1956(c)(5) of this title) by, through, or to a financial institution (as defined in section 1956 of this title), including any transaction that would be a financial transaction under section 1956(c)(4)(B) of this title, but such term does not include any transaction necessary to preserve a person's right to representation as guaranteed by the sixth amendment to the Constitution;(2) the term "criminally derived property" means any property constituting, or derived from, proceeds obtained from a criminal offense; and(3) the terms "specified unlawful activity" and "proceeds" shall have the meaning given those terms in section 1956 of this title. (Exhibit)*

- **18 USC §1961** *Receiving the proceeds of extortion. A person who receives, possesses, conceals, or disposes of any money or other property which was obtained from the commission of any offense under this chapter that is punishable*

*of the United States of America at the 1st Session, 1933; Alabama §7-3-103, Alabama §1-3-1, Federal Reserve Act, Federal Reserve, Law of Negotiable Instruments, Bill of Exchange Act etc.*

**VIOLATIONS:** I feel Defendant (D1, D2, D3, D4, D5, D6, D7) actions violate

- *Equal protection under the law* Equal Protection under the law(s) *1 U.S.C. §112, Statutes at Large V. 18, 42 U.S.C. §1985, Bill of Rights, United States of America Constitution, Alabama Constitution*

- **1 USC 112 [Statues at Large are laws]** U.S. Congress. **U.S. Statutes at Large, Volume 48** -1934, 73rd Congress. United States, - 1934, 1933. Periodical. Retrieved from the Library of Congress, <www.loc.gov/item/llsl-v48/>. Senate Document 43, April 17, 1933, Part 14. "The laws of the United States recognize two kinds of money, names coin and paper... 'Dollars in currency' means dollars in notes or any paper money current in the community...as a legal medium there could be no distinction between notes and gold....the court's judgment is not for payment in articles in kind, but for the damages resulting to the creditor in consequences of breach of contract, and this judgment can be paid off and satisfied in whatever money the law has clothes with the attributes of legal tender....it is only by virtue of law that paper notes are money or legal tender; it is only by virtue of law that either coin or paper has a declared value; and only by virtue of law can coin and paper be maintained at a parity in order to afford a proper medium of exchange....**THE COURTS CANNOT CONTROL OUR CITIZENS' PREFERENCES FOR ONE KIND OF MONEY OVER ANOTHER KIND, OR PREVENT THEM FROM GIVING** " (Exhibit)

- **31 USC §463** "...Provisions for payment of obligations. any obligation which purports to give the obligee a right to require payment in gold <u>or a particular kind</u> of coin or <u>currency</u>, or in an amount in money of the United States measured thereby, is declared to be **AGAINST PUBLIC POLICY;** and no such provision shall be contained in or made with respect to any obligation hereafter incurred. Every obligation, heretofore or hereafter incurred, whether or not any such provision is contained therein or made with respect thereto, **shall be discharged upon payment, dollar for dollar, in any coin or currency which at the time of payment Is legal tender for public and private debts...**"

- **18 USC §241** *Conspiracy against rights. If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; ...with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured. They shall be fined under this title or imprisoned not more than ten years, or both. (Exhibit)*

- **18 USC §242.** *Deprivation of rights under color of law. Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ...punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; (Exhibit)*

- **18 USC §245** *Federally protected activities.... (b) Whoever, whether or not acting under color of law, by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with... (B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States... (Exhibit)*

*[the above statutes are a benefit, service, privilege, activity Mr. Groulx is exercising]*

- **18 USC §1341.** *Frauds and swindles. Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses... (Exhibit)*