IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CHAUNCY RICHARD, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:23cv491-MHT |
| ) | |
| MAX CREDIT UNION, et al., ) | |
| ) | |
|    Defendants. ) | |

## ORDER

Upon consideration of plaintiff's motion to dismiss (Doc. 6), it is ORDERED that the motion is construed as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

DONE, this the 11th day of September, 2023.

                                         /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE